**E-FILED**
Friday, 19 August, 2005  11:00:35 AM
Clerk, U.S. District Court, ILCD



EXHIBIT
A

# FREEMAN UNITED
# COAL MINING COMPANY

## AND

# UNITED MINE WORKERS
# OF AMERICA

# MEMORANDUM
# OF
# UNDERSTANDING
# REGARDING
# NEW EMPLOYEES
# 2003

## Memorandum of Understanding
### Regarding NEW Employees

This Memorandum of Understanding Regarding New Employees ("New Employee MOU" or "this MOU") is entered into by and among the International Union, United Mine Workers of America, hereinafter referred to as the "UMWA" or "Union"; and Freeman United Coal Mining Company, hereinafter referred to as "Freeman" or the "Employer," both of which are sometimes jointly referred to as the "Parties." The Parties have simultaneously herewith entered into the Freeman United Coal Mining Company and United Mine Workers of America Bituminous Coal Wage Agreement of 2003 ("the 2003 Collective Bargaining Agreement") that, in regard to individuals hired after the Effective Date of this MOU, shall be modified and superceded by the provisions of this MOU. In the event of a conflict between the terms and conditions of the 2003 Collective Bargaining Agreement or any terms and conditions of employment, and this MOU, this MOU shall prevail.

WHEREAS, the Parties recognize that the Employer operates its mines and facilities with its employees in the high sulfur Illinois Basin ("Basin"). The market conditions and opportunities in the Basin present the Parties with unique and difficult challenges;

THEREFORE, in consideration of the difficult market conditions confronting the parties and the desire of the parties that Freeman hire New employees to work at its mines and facilities covered by a collective bargaining agreement with the UMWA it is mutually agreed as follows:

1.    This New Employee MOU constitutes the terms and conditions of employment, as set forth herein, for all New Hires as that term is defined in this MOU. Unless specifically modified herein, the terms of the 2003 Collective Bargaining Agreement shall apply to the employees covered by this MOU. The terms of this MOU are mutually agreed upon by the Parties as set forth below.

2.    The term "New Hire" shall mean an individual who: a) is hired by the Employer on or after the Effective Date of the 2003 Collective Bargaining Agreement; and b) has not actively worked in a coal mining job for a coal company for at least twenty-four (24) consecutive months during the ten (10) years immediately prior to the date of hire of such New Hire by Freeman. Throughout this MOU, where appropriate, New Hire(s) will also be referred to as "employee" and "employees." This MOU shall cover all New Hires.

3.    All Employees actively employed as of the Effective Date of the 2003 Collective Bargaining Agreement are not covered by the terms and conditions of this MOU; such Employees are covered by and subject to the Freeman United Coal Mining Company and United Mine Workers of America Bituminous Coal Wage Agreement of 2003.

1

4.    **Article IV**

    A.    Article IV Section (d) of the 2003 Collective Bargaining Agreement shall be superceded and modified as follows:

        Paragraphs (4), (8), (9) and (10) of this Section (d) shall only be applicable to a New Hire in relation to the sharing of Sunday, holiday and/or idle day work among other New Hires and also subsequent to such New Hire completing his twelve (12) month period of work as an Apprentice.

    B.    Article IV Section (e) shall be superceded and modified as follows:

        The standard hourly wage rates paid for work performed by a New Hire as a Trainee and as an Apprentice under the this MOU are set forth in Appendix A hereto.

        Section (e) first paragraph and the Appendices referenced herein shall apply to a New Hire when each such New Hire completes his twelve (12) month period as an Apprentice.  The standard daily wage rates paid for work performed under the 2003 Collective Bargaining Agreement are set forth in Appendix AA, the job titles within the respective classifications are grouped in Appendix B, Part I, which includes the five grades for underground jobs in deep mines, Appendix B, Part II, which includes the five grades for jobs in strip and auger mines, and Appendix B, Part III, which includes the four grades for jobs in preparation plants and other surface facilities for deep or surface mines. The standard daily wage rate for each job classification shall be the standard daily wage rate for all job titles included in such classification. The list of job titles within each classification indicates only the rates to be paid to employees bearing such job titles. No Employer shall have authority to introduce any job title or any classification into a mine in which it does not presently exist, except where permitted under any Skills Enhancement Program adopted by the parties pursuant to Article XVI (g).

        Section (e) second paragraph shall apply to a New Hire when each such New Hire completes his twelve (12) month period as an Apprentice.  Where an employee believes that the duties which he is required to perform are appropriate to a job title and classification other than those which have been assigned to him, he may file and process a grievance under Article XXIII (Settlement of Disputes) to be classified under the proper classification. Should an arbitrator decide that the complaining employee has been improperly classified, he shall order the Employer to properly classify him. If the new classification involves a higher rate, the Employer shall reimburse him for all wages he would have earned had he been properly classified, retroactive to the date he filed his grievance. The time limit for the filing of

2

grievances imposed by Article XXIII, Section (d) (Settlement of Disputes) shall not be applicable to this section.

5.    **Article IX**

Article IX Section (e)(1) of the 2003 Collective Bargaining Agreement shall be superceded and modified as follows:

(1)  During the calendar years 2003, 2004, 2005, 2006 and 2007, each classified employee with one year or more of classified service with his Employer shall become eligible for Personal or Sick Leave, at his regular straight time classified rate paid at eight (8) hours straight time rate only for working days on which the employee is absent from work for reasons of sickness, accident, emergency, or personal business in accordance with the following schedule:

(a)    Each employee who has actively worked for twelve (12) consecutive months ("the Qualifying Period") during the term of the 2003 Collective Bargaining Agreement shall receive during each succeeding year a total of  three (3) days, provided that the employee has actively worked at least one day in each calendar month.  In the event that an employee has not actively worked at least one day in each of the twelve (12) calendar months during the Qualifying Period, that employee's Qualifying Period for Personal or Sick leave shall be extended by one month for each unworked month; and

(b)    Each employee who has actively worked for twenty-four (24) months ("the Second Qualifying Period") during the term of the 2003 Collective Bargaining Agreement shall receive during each succeeding year a total of five (5) days, provided that the employee has actively worked at least one day in each calendar month.  In the event that an employee has not worked at least one day in each of the twenty-four (24) calendar months during the Second Qualifying Period, that employee's Qualifying Period for Personal and Sick leave shall be extended by one month for each unworked month.

In no event shall any employee receive more than five (5) Personal or Sick Leave Days in any given calendar year.  Once an employee becomes eligible for the full five (5) days of Personal or Sick Leave under this Section (e) from that time forward his Personal or Sick Leave Days shall be taken off and/or paid during each succeeding calendar year in accordance with the terms of this Section (e) of the 2003 Collective Bargaining Agreement.

6.    **Article X**

Article X of the 2003 Collective Bargaining Agreement shall be superceded and modified as follows:

3

Each New Hire/employee covered by this MOU and the 2003 Collective Bargaining Agreement who is a classified Apprentice or has completed his twelve (12) month period of work as an Apprentice shall receive a wage increase in accordance with the schedule below:

| Effective Date | Wage Increase |
|---|---|
| January 16, 2004 | $0.40 per hour |
| January 16, 2005 | $0.40 per hour |
| January 16, 2006 | $0.30 per hour |

The above wage increases are already included in the standard hourly and daily wage rate set forth in Appendix A and AA. There shall be no duplication of the annual wage increase for any employee.

7.    **Article XII**

Article XII Section (e) of the 2003 Collective Bargaining Agreement shall be superceded and modified as follows:

Employees who do not work on the foregoing holidays will be paid their regular earnings which shall not exceed eight (8) hours pay at straight time rate for such day, provided such employee was not absent his last scheduled day prior to or his first scheduled day following the holiday because of an unexcused absence.

8.    **Article XIII**

Article XIII Section (e) of the 2003 Collective Bargaining Agreement shall be superceded and modified as follows:

For the calendar years of 2003, 2004, 2005, 2006 and 2007 each employee who has actively worked for twelve (12) consecutive months ("the Qualifying Period") during the term of the 2003 Collective Bargaining Agreement shall receive two (2) additional days of paid vacation, provided that the employee has actively worked at least one day in each such calendar month. In the event that an employee has not actively worked at least one day in each of the twelve (12) calendar months during the Qualifying Period, that employee's eligibility period for Floating Vacation Days shall be extended by one month for each unworked month.

For the calendar years of 2003, 2004, 2005, 2006 and 2007 each employee who has actively worked for twenty-four (24) months ("the Second Qualifying Period") during the term of the 2003 Collective Bargaining Agreement shall receive four (4) additional days of paid vacation, provided that the employee has actively worked at

4

least one day in each calendar month. In the event that an employee has not actively worked at least one day in each of the twenty-four (24) calendar months during the Second Qualifying Period, that employee's eligibility period for four (4) Floating Vacation Days shall be extended by one month for each unworked month.

In no event shall any employee receive more than four (4) Floating Vacation Days in any given calendar year. Once an employee becomes eligible for the full four (4) **Floating Vacation Days** under this Section (e) from that time forward his Floating Vacation Days shall be taken off and/or paid during each succeeding calendar year in accordance with the terms of Section (e) of the 2003 Collective Bargaining Agreement. Once an employee qualifies, as provided for herein, for the two (2) or four (4) Floating Vacation Days he retains the right to such days under the 2003 Collective Bargaining Agreement.

9.      **Article XVI**

Article XVI Section (e) and (f) of the 2003 Collective Bargaining Agreement shall be superceded and modified as follows:

A.      Section (e) Maintenance Training and Rate of Pay

When any underground employee is awarded a Repairman trainee classification, the starting rate of a trainee shall be at Wage Grade 2. The trainee shall progress to Repairman Apprentice Wage Grade 3 in a maximum of twelve (12) months if he meets the classification standards for the maintenance classification. The Repairman Apprentice shall remain in Wage Grade 3 for a maximum of twelve (12) months at which time he progresses to Wage Grade 5 if his progress is such as to meet the standards for the highest rated maintenance job. When a maintenance trainee classification is awarded for an outside or surface classification (covered by Appendix AA, or Appendix B), the applicable progression as described above in this paragraph shall be Wage Grades 1 and 2.

Notwithstanding any other provision of the 2003 Collective Bargaining Agreement or this MOU, a New Hire shall not be eligible to bid on a Maintenance-Trainee or Electrical-Trainee job or vacancy until such New Hire has completed his twelve (12) month period of work as an Apprentice.

B.      Section (h) New Inexperienced Employees

Subsequent to receipt of the required safety and job training, each new employee in an underground and/or surface mine hired after the date of the 2003 Collective Bargaining Agreement shall be permitted to operate as appropriate, as designated by management, any mining machines at the face,

5

or work on or operate any transportation equipment or mobile equipment. During a ninety (90) calendar day period from his first date of active work ("the probationary period") the new employee shall be classified as a Probationary Trainee in order to permit him to gain maximum familiarity with the work of the mine as a whole, but to minimize exposure to hazards until more extensive experience in mining is achieved. At the end of the ninety (90) day working day period, he shall be assigned by the Employer to be a classified New Hire as set forth in Article XIX Section (b). Nothing in this section shall authorize any practice more permissive than that established by any applicable law. Probationary Trainees shall be subject to the provisions of Article XIX Section (b) paragraphs 1 and 2 as set forth below.

10.  **Article XVII**

Article XVII of the 2003 Collective Bargaining Agreement shall be superceded and modified as follows:

Within Article XVII Sections (b)(1) and (2)(a); (c); (d) the first paragraph and subparagraphs 1 and 2; (e); (f); (g); (h) provided that a New Hire may only list on a panel form the classifications of Trainee or Apprentice as appropriate; (k); (l) and (m) shall apply to all New Hires immediately upon hire; all remaining sections of Article XVII shall apply to New Hires when each such New Hire completes his twelve (12) month period as an Apprentice.

11.  **Article XIX**

Article XIX of the 2003 Collective Bargaining Agreement shall be superceded and modified as follows:

Sections (a); (b); (d); (e) and (f) shall apply to a New Hire when each such New Hire completes his twelve (12) month period of work as an Apprentice. All remaining sections of Article XIX shall apply to New Hires immediately.

Section (b) Classification Requirement That Shall Apply to All New Hires - Probationary Trainee, New Hire and Apprentice

(1)    The initial ninety (90) day period of active work by each new employee shall be that employee's Probationary Period; and such employee shall be designated as a Probationary Trainee. Each Probationary Trainee may be assigned to perform the work of any classification on any shift.

(2)    In the event that the Probationary Trainee, in Management's sole discretion, does not perform his assigned tasks safely, productively and efficiently, and/or is absent from work or commits a dischargable offense such employee

6

may be discharged without any recourse under the 2003 Collective Bargaining Agreement.

(3)    Subsequent to ninety (90) days of his active work each Probationary Trainee--unless prohibited by law--shall be classified as a New Hire for the next nine (9) calendar months that he actively performs work. Each New Hire may be assigned to perform the work of any classification on any shift.

(4)    Subsequent to the first twelve (12) months that a New Hire actively performs work for the Employer (which twelve (12) months shall include their Probationary Period), then such New Hire shall be classified as an Apprentice and shall remain in such Apprentice Classification for the subsequent twelve (12) months that he actively performs work as an Apprentice. Each Apprentice may be assigned to perform the work of any classification on any shift. Subsequent to completion of active work for twelve (12) months as an Apprentice, each employee may bid on another classification as provided for in Article XVII of the 2003 Collective Bargaining Agreement.

12.    **Article XIX**

Article XIX of the 2003 Collective Bargaining Agreement shall be superceded and modified by adding a new Section (g) as follows:

Section (g) Employees Hired After January 16, 2003

After the Effective Date of the 2003 Collective Bargaining Agreement, each individual who is a New Hire, as so defined in paragraph No. 2 of this MOU shall be paid for classified work performed only as established and set forth in this MOU.

7

13. **Article XX**

   A.   Article XX Section (c) shall be modified as follows:

   **New Freeman Medical Plan**

   Freeman shall establish and maintain an employee benefit plan, the New Freeman Medical Plan (such Plan will have identical terms to the Employer Benefit Plan except as modified herein), to provide, implemented through insurance carrier(s), health and other non-pension benefits for its employees covered by this MOU for the duration of the 2003 Collective Bargaining Agreement.

   B.   Article XX Section (e)(5) of the 2003 Collective Bargaining Agreement shall be superceded and modified and applicable to all individuals hired after the Effective Date of this MOU as follows:

   Disputes arising under the 2003 Collective Bargaining Agreement with regard to the New Freeman Medical Plan established in (c)(2) above shall be referred to the Special Arbitration Process. The Special Arbitration Process will recognize as precedential the appropriate Resolutions of Disputes issued by the Trustees of the 1974 Pension Plan. Such disputes shall not be processed under the provisions of Article XXIII (Settlement of Disputes).

   C.   **Health Care**

   Article XX (10) Health Care of the 2003 Collective Bargaining Agreement shall be superceded and modified as follows:

   **Explanatory Note on Employer Provided Health Plans**

   Active miners and their spouses and dependents, and disabled miners, covered by this MOU, under the age of 55 and their spouses and dependants covered by this MOU will receive health care provided by Freeman through insurance carriers pursuant to the New Freeman Medical Plan. A health services card identifying the Participant's eligibility for benefits under the health plan shall be provided by Freeman.

   The Special Arbitration Process shall resolve any disputes to assure consistent application of the health plan provisions in the New Freeman Medical Plan and of the managed care programs authorized by the 2003 Collective Bargaining Agreement.

8

Enhanced Cost Containment Program

In an effort to address the problems generated by the ever-increasing cost of health care, while maintaining a high level of benefits, the parties have mutually agreed to adopt managed care and cost containment programs.

a. Coordination of Benefits

If an individual is eligible for health insurance coverage under both the New Freeman Medical Plan and another source, Freeman shall not be deemed to be liable for primary coverage for such individual but rather shall be considered subject to providing secondary coverage. The "birthday rule" shall apply only where dual coverage of the employee exists. In no event will the New Freeman Medical Plan be required to pay more than it otherwise would have paid without regard to this provision.

c. The Deductible provision of the 2003 Collective Bargaining Agreement at the third paragraph only is superceded and modified as    follows:

All health benefits provided under the New Freeman Medical Plan will be subject to a $600 deductible per family per calendar year. The first $600 of all covered medical expenses incurred by any covered family member will be counted toward satisfying the deductible. Vision care and prescription drug expenses are not subject to the deductible. The deductible requirement only applies to benefits provided to covered active, laid-off and disabled employees (and spouses and dependents) under the New Freeman Medical Plan maintained pursuant to this Article.

d.    Health Care Participating Provider Lists (PPL), Subsection 18 and the chart of copayments contained in the 2003 Collective Bargaining Agreement is superceded and modified as provided in Appendix C hereto and incorporated by reference and made part of this MOU.

14.    **Article XXI**

Article XXI Section (e) of the 2003 Collective Bargaining Agreement  shall be superceded and modified as follows:

(1) During his first 45 working days a new inexperienced employee shall be given adequate instruction by his Employer on the work practices and mining conditions in the mine in which he is working. At surface mines, the initial ninety (90) day period of active work by each New Hire/employee shall be the employee's Probationary Period; and such employee shall be designated as a Probationary

Trainee. Each Probationary Trainee may be assigned to perform the work of any classification on any shift.

15. **Article XXII**

Article XXII Section (i) of the 2003 Collective Bargaining Agreement shall be superceded and modified as follows:

The Attendance Control Program set forth in this section shall be applicable to all individuals recalled or hired during the term of the 2003 Collective Bargaining Agreement, and shall remain in full force and effect for the duration of that Agreement. Any individual who is recalled or hired to work at anytime subsequent to ten (10) days after the effective date of the 2003 Collective Bargaining Agreement shall for duration of the 2003 Collective Bargaining Agreement be subject to the special attendance control program described as follows:

A.      Regular work attendance shall be required by the Employer for all employees. The Employer shall maintain a record of individual absenteeism. In addition to the other provisions under this Article, any employee who makes a habit of laying off for single days and continues to do so after having been warned by management, with notice to the Mine Committee, may be discharged. All absences shall be accounted for as either (a) excused, or (b) unexcused. For the purposes of Employer's Attendance Control Program herein, an employee's particular absence from work shall be considered excused by Employer if, and only if, accounted for and charged as either (1) a day or days of bereavement, jury duty, or military duty as set forth in Article IX of the 2003 Collective Bargaining Agreement, (2) a holiday or holidays as set forth in Article XII of the 2003 Collective Bargaining Agreement, (3) a day or days of vacation as set forth in Article XIII of the 2003 Collective Bargaining Agreement , (4) a personal leave day or days as set forth in Article IX of the 2003 Collective Bargaining Agreement, (5) a day or days on which the employee has qualified for sickness and accident benefits as set forth in Article XI of the 2003 Collective Bargaining Agreement, (6) a day or days of graduated vacation (which may be taken by an employee with only twenty-four (24) hours notice to the appropriate supervisor), as set forth in Article XIV of the 2003 Collective Bargaining Agreement; Provided, however, that an employee shall be charged a graduated vacation day for each absence he incurs up to the maximum number of such days for which he is otherwise eligible each year; or (7) an excused day or days due to extraordinary circumstances which was so excused by the Mine Superintendent or his designee. Such days may be granted within the Employer's sole discretion.

B.    In the event an employee incurs two (2) consecutive or two (2) non-consecutive unexcused absences in any calendar month, it is within the Employer's sole discretion to discharge him.

C.    In the event an employee incurs three (3) non-consecutive unexcused absences from work during any ninety (90) calendar day period at any time during the 2003 Collective Bargaining Agreement, within the sole discretion of the Employer, the employee may either be discharged or he shall be designated an irregular worker and shall thereupon be issued a first written warning notice to that effect by Employer. In the event the irregular-worker employee should thereafter incur one additional unexcused absence from work within one hundred eighty (180) calendar days after the issuance of said first written warning notice, he shall, again within the sole discretion of the Employer, either be discharged or be issued a second written warning notice to that effect by Employer.

In the event the irregular-worker employee should thereafter incur one additional unexcused absence from work within one hundred eighty (180) calendar days after the issuance date of said second written warning notice, he shall be discharged.

A designated irregular-worker who works without incurring any additional unexcused absences within one hundred eighty (180) calendar days after the issuance of either the aforesaid first or second warning notices shall no longer be designated an irregular-worker, unless he thereafter again becomes designated an irregular-worker under this section.

D.    Nothing in this section shall preclude the Employer from establishing or enforcing work rules regarding tardiness or leaving the shift early. Specifically, two (2) days tardy or leaving shift early within any ninety (90) day period shall be considered the equivalent of one unexcused absence.

16.    **Article XXIII**

Article XXIII of the 2003 Collective Bargaining Agreement shall be superceded and modified as follows:

The provisions of this Article XXIII do not apply to any employee who is designated as a Probationary Trainee in regard to any actions related to discharge of such employee.

17.    **Article XXIV**

11

Article XXIV of the 2003 Collective Bargaining Agreement shall be superceded and modified as follows:

The provisions of this Article XXIV do not apply to any employee who is designated as a Probationary Trainee.

18.   Notwithstanding anything in the 2003 Collective Bargaining Agreement to the contrary, no New Hire shall be entitled to have his regularly scheduled overtime included in any payments for contractual paid days off either under this MOU or the 2003 Collective Bargaining Agreement until such New Hire completes active work for twelve (12) months as an Apprentice in accordance with this New Employee MOU.

This Memorandum of Understanding contains all the agreements of the Parties and the same may be amended or altered only by agreement in writing, signed by the Parties.

IN WITNESS WHEREOF, the Parties hereto have caused this Memorandum of Understanding to be signed, this 16th day of January , 2003 to become effective upon the date that the 2003 Collective Bargaining Agreement (including this MOU) is  ratified and approved ("Effective Date") by the membership employed by Freeman on the Effective Date.

Joseph R. Angleton
Authorized Representative
International Union
United Miners Workers of America

Donald H. Dame
Authorized Representative
Freeman United Coal Mining
Company

12

## TABLE I-A
## ESTIMATED PENSION FOR RETIREMENT
### AT AGE 62 FOR RETIREMENTS IN THE
### FIRST TWO YEARS OF THE 2003 AGREEMENT

| | COLUMN A Pre-89 Signatory Service | | COLUMN B 89 Signatory Service | | COLUMN C 90-93 Signatory Service | | COLUMN D Post-93 Signatory Service |
|---|---|---|---|---|---|---|---|
| 1 | $ 38.50 | 1 | $46.00 | 1 | $ 50.50 | 1 | $ 53.50 |
| 2 | $ 77.00 | | | 2 | $101.00 | 2 | $ 107.00 |
| 3 | $ 115.50 | | | 3 | $151.50 | 3 | $ 160.50 |
| 4 | $ 154.00 | | | 4 | $202.00 | 4 | $ 214.00 |
| 5 | $ 192.50 | | | | | 5 | $ 267.50 |
| 6 | $ 231.00 | | | | | 6 | $ 321.00 |
| 7 | $ 269.50 | | | | | 7 | $ 374.50 |
| 8 | $ 308.00 | | | | | 8 | $ 428.00 |
| 9 | $ 346.50 | | | | | 9 | $ 481.50 |
| 10 | $ 385.00 | | | | | 10 | $ 535.00 |
| 11 | $ 424.00 | | | | | 11 | $ 588.50 |
| 12 | $ 463.00 | | | | | 12 | $ 642.00 |
| 13 | $ 502.00 | | | | | 13 | $ 695.50 |
| 14 | $ 541.00 | | | | | 14 | $ 749.00 |
| 15 | $ 580.00 | | | | | 15 | $ 802.50 |
| 16 | $ 619.00 | | | | | 16 | $ 856.00 |
| 17 | $ 658.00 | | | | | 17 | $ 909.50 |
| 18 | $ 697.00 | | | | | 18 | $ 963.00 |
| 19 | $ 736.00 | | | | | 19 | $1016.50 |
| 20 | $ 775.00 | | | | | 20 | $1070.00 |
| 21 | $ 814.50 | | | | | 21 | $1123.50 |
| 22 | $ 854.00 | | | | | 22 | $1177.00 |
| 23 | $ 893.50 | | | | | 23 | $1230.50 |
| 24 | $ 933.00 | | | | | 24 | $1284.00 |
| 25 | $ 972.50 | | | | | 25 | $1337.50 |
| 26 | $1012.00 | | | | | 26 | $1391.00 |
| 27 | $1051.50 | | | | | 27 | $1444.50 |
| 28 | $1091.00 | | | | | 28 | $1498.00 |
| 29 | $1130.50 | | | | | 29 | $1551.50 |
| 30 | $1170.00 | | | | | 30 | $1605.00 |
| 31 | $1210.00 | | | | | 31 | $1658.50 |
| 32 | $1250.00 | | | | | 32 | $1712.00 |
| 33 | $1290.00 | | | | | 33 | $1765.50 |
| 34 | $1330.00 | | | | | 34 | $1819.00 |
| 35 | $1370.00 | | | | | 35 | $1872.50 |
| 36 | $1410.00 | | | | | 36 | $1926.00 |
| 37 | $1450.00 | | | | | 37 | $1979.50 |
| 38 | $1490.00 | | | | | 38 | $2033.00 |
| 39 | $1530.00 | | | | | 39 | $2086.50 |
| 40 | $1570.00 | | | | | 40 | $2140.00 |

## TABLE I-B
### ESTIMATED PENSION FOR RETIREMENT
### AT AGE 62 FOR RETIREMENTS AFTER JANUARY 1, 2004
### AND BEFORE JANUARY 1, 2006

| COLUMN A | COLUMN B | COLUMN C | COLUMN D |
|---|---|---|---|
| Pre-89 | 89 | 90-93 | Post-93 |
| Signatory Service | Signatory Service | Signatory Service | Signatory Service |
| 1 $ 40.50 | 1 $48.00 | 1 $ 52.50 | 1 $ 55.50 |
| 2 $ 81.00 | | 2 $105.00 | 2 $ 111.00 |
| 3 $ 121.50 | | 3 $157.50 | 3 $ 166.50 |
| 4 $ 162.00 | | 4 $210.00 | 4 $ 222.00 |
| 5 $ 202.50 | | | 5 $ 277.50 |
| 6 $ 243.00 | | | 6 $ 333.00 |
| 7 $ 283.50 | | | 7 $ 388.50 |
| 8 $ 324.00 | | | 8 $ 444.00 |
| 9 $ 364.50 | | | 9 $ 499.50 |
| 10 $ 405.00 | | | 10 $ 555.00 |
| 11 $ 446.00 | | | 11 $ 610.50 |
| 12 $ 487.00 | | | 12 $ 666.00 |
| 13 $ 528.00 | | | 13 $ 721.50 |
| 14 $ 569.00 | | | 14 $ 777.00 |
| 15 $ 610.00 | | | 15 $ 832.50 |
| 16 $ 651.00 | | | 16 $ 888.00 |
| 17 $ 692.00 | | | 17 $ 943.50 |
| 18 $ 733.00 | | | 18 $ 999.00 |
| 19 $ 774.00 | | | 19 $1054.50 |
| 20 $ 815.00 | | | 20 $1110.00 |
| 21 $ 856.50 | | | 21 $1165.50 |
| 22 $ 898.00 | | | 22 $1221.00 |
| 23 $ 939.50 | | | 23 $1276.50 |
| 24 $ 981.00 | | | 24 $1332.00 |
| 25 $1022.50 | | | 25 $1387.50 |
| 26 $1064.00 | | | 26 $1443.00 |
| 27 $1105.50 | | | 27 $1498.50 |
| 28 $1147.00 | | | 28 $1554.00 |
| 29 $1188.50 | | | 29 $1609.50 |
| 30 $1230.00 | | | 30 $1665.00 |
| 31 $1272.00 | | | 31 $1720.50 |
| 32 $1314.00 | | | 32 $1776.00 |
| 33 $1356.00 | | | 33 $1831.50 |
| 34 $1398.00 | | | 34 $1887.00 |
| 35 $1440.00 | | | 35 $1942.50 |
| 36 $1482.00 | | | 36 $1998.00 |
| 37 $1524.00 | | | 37 $2053.50 |
| 38 $1566.00 | | | 38 $2109.00 |
| 39 $1608.00 | | | 39 $2164.50 |
| 40 $1650.00 | | | 40 $2220.00 |

14

Age 62 Pension

To estimate the amount of your pension when you retire, use Tables I-A or I-B on the previous two pages and the worksheet below.

1. Using Column A, enter the monthly benefit for your years of signatory service earned prior to February 1, 1989 ("Pre-89 signatory service").

$_____

2. Using Column B, enter the monthly benefit for signatory service earned between February 1, 1989 and January 31, 1990 ("89 signatory service").

$_____

3. Using Column C, enter the monthly benefit for signatory service earned between February 1, 1990 and December 15, 1993 (" '90-'93 signatory service").

$_____

4. Using Column D, enter the monthly benefit for your expected years of signatory service earned on or after December 16, 1993 ("Post-'93 signatory service").

$_____

Add the four amounts. This is an estimate of your monthly pension amount if you retire at age 62 or older.

If you plan to retire before age 62, estimate your early retirement benefit by using Table II. First, calculate your pension at age 62, as set forth above, using Tables I-A or I-B. Next, find the amount closest to your age 62 pension under "Approximate Age 62 Benefit Amount" on Table II. Move across the table from left to right to the dollar amount beneath the age at which you plan to retire. This is your approximate monthly early retirement benefit.

**TABLE I-C**
**ESTIMATED PENSION FOR RETIREMENT**
**AT AGE 62 FOR RETIREMENTS AFTER JANUARY 1, 2006**

| COLUMN A Pre-89 Signatory Service | | COLUMN B 89 Signatory Service | | COLUMN C 90-93 Signatory Service | | COLUMN D Post-93 Signatory Service | |
|---|---|---|---|---|---|---|---|
| 1 | $ 44.50 | 1 | $52.00 | 1 | $ 56.50 | 1 | $ 59.50 |
| 2 | $ 89.00 | | | 2 | $113.00 | 2 | $ 119.00 |
| 3 | $ 133.50 | | | 3 | $169.50 | 3 | $ 178.50 |
| 4 | $ 178.00 | | | 4 | $226.00 | 4 | $ 238.00 |
| 5 | $ 222.50 | | | | | 5 | $ 297.50 |
| 6 | $ 267.00 | | | | | 6 | $ 357.00 |
| 7 | $ 311.50 | | | | | 7 | $ 416.50 |
| 8 | $ 356.00 | | | | | 8 | $ 476.00 |
| 9 | $ 400.50 | | | | | 9 | $ 535.50 |
| 10 | $ 445.00 | | | | | 10 | $ 595.00 |
| 11 | $ 490.00 | | | | | 11 | $ 654.50 |
| 12 | $ 535.00 | | | | | 12 | $ 714.00 |
| 13 | $ 580.00 | | | | | 13 | $ 773.50 |
| 14 | $ 625.00 | | | | | 14 | $ 833.00 |
| 15 | $ 670.00 | | | | | 15 | $ 892.50 |
| 16 | $ 715.00 | | | | | 16 | $ 952.00 |
| 17 | $ 760.00 | | | | | 17 | $1011.50 |
| 18 | $ 805.00 | | | | | 18 | $1071.00 |
| 19 | $ 850.00 | | | | | 19 | $1130.50 |
| 20 | $ 895.00 | | | | | 20 | $1190.00 |
| 21 | $ 940.50 | | | | | 21 | $1249.50 |
| 22 | $ 986.00 | | | | | 22 | $1309.00 |
| 23 | $1031.50 | | | | | 23 | $1368.50 |
| 24 | $1077.00 | | | | | 24 | $1428.00 |
| 25 | $1122.50 | | | | | 25 | $1487.50 |
| 26 | $1168.00 | | | | | 26 | $1547.00 |
| 27 | $1213.50 | | | | | 27 | $1606.50 |
| 28 | $1259.00 | | | | | 28 | $1666.00 |
| 29 | $1304.50 | | | | | 29 | $1725.50 |
| 30 | $1350.00 | | | | | 30 | $1785.00 |
| 31 | $1396.00 | | | | | 31 | $1844.50 |
| 32 | $1442.00 | | | | | 32 | $1904.00 |
| 33 | $1488.00 | | | | | 33 | $1963.50 |
| 34 | $1534.00 | | | | | 34 | $2023.00 |
| 35 | $1580.00 | | | | | 35 | $2082.50 |
| 36 | $1626.00 | | | | | 36 | $2142.00 |
| 37 | $1672.00 | | | | | 37 | $2201.50 |
| 38 | $1718.00 | | | | | 38 | $2261.00 |
| 39 | $1764.00 | | | | | 39 | $2320.50 |
| 40 | $1810.00 | | | | | 40 | $2380.00 |

# TABLE II
## EARLY RETIREMENT

| Approximate Age 62 Benefit Amount | AGE | | | | | | |
|---|---|---|---|---|---|---|---|
| | 55 | 56 | 57 | 58 | 59 | 60 | 61 |
| $ 600 | 474.00 | 492.00 | 510.00 | 528.00 | 546.00 | 564.00 | 582.00 |
| $ 625 | 493.75 | 512.50 | 531.25 | 550.00 | 568.75 | 587.50 | 606.25 |
| $ 650 | 513.50 | 533.00 | 552.50 | 572.00 | 591.50 | 611.00 | 630.50 |
| $ 675 | 533.25 | 553.50 | 573.75 | 594.00 | 614.25 | 634.50 | 654.75 |
| $ 700 | 553.00 | 574.00 | 595.00 | 616.00 | 637.00 | 658.00 | 679.00 |
| $ 725 | 572.75 | 594.50 | 616.25 | 638.00 | 659.75 | 681.50 | 703.25 |
| $ 750 | 592.50 | 615.00 | 637.50 | 660.00 | 682.50 | 705.00 | 727.50 |
| $ 775 | 612.25 | 635.50 | 658.75 | 682.00 | 705.25 | 728.50 | 751.75 |
| $ 800 | 632.00 | 656.00 | 680.00 | 704.00 | 728.00 | 752.00 | 776.00 |
| $ 825 | 651.75 | 676.50 | 701.25 | 726.00 | 750.75 | 775.50 | 800.25 |
| $ 850 | 671.50 | 697.00 | 722.50 | 748.00 | 773.50 | 799.00 | 824.50 |
| $ 875 | 691.25 | 717.50 | 743.75 | 770.00 | 796.25 | 822.50 | 848.75 |
| $ 900 | 711.00 | 738.00 | 765.00 | 792.00 | 819.00 | 846.00 | 873.00 |
| $ 925 | 730.75 | 758.50 | 786.25 | 814.00 | 841.75 | 869.50 | 897.25 |
| $ 950 | 750.50 | 779.00 | 807.50 | 836.00 | 864.50 | 893.00 | 921.50 |
| $ 975 | 770.25 | 799.50 | 828.75 | 858.00 | 887.25 | 916.50 | 945.75 |
| $1,000 | 790.00 | 820.00 | 850.00 | 880.00 | 910.00 | 940.00 | 970.00 |
| $1,025 | 809.75 | 840.50 | 871.25 | 902.00 | 932.75 | 963.50 | 994.25 |
| $1,050 | 829.50 | 861.00 | 892.50 | 924.00 | 955.50 | 987.00 | 1018.50 |
| $1,075 | 849.25 | 881.50 | 913.75 | 946.00 | 978.25 | 1010.50 | 1042.75 |
| $1,100 | 869.00 | 902.00 | 935.00 | 968.00 | 1001.00 | 1034.00 | 1067.00 |
| $1,125 | 888.75 | 922.50 | 956.25 | 990.00 | 1023.75 | 1057.50 | 1091.25 |
| $1,150 | 908.50 | 943.00 | 977.50 | 1012.00 | 1046.50 | 1081.00 | 1115.50 |
| $1,175 | 928.25 | 963.50 | 998.75 | 1034.00 | 1069.25 | 1104.50 | 1139.75 |
| $1,200 | 948.00 | 984.00 | 1020.00 | 1056.00 | 1092.00 | 1128.00 | 1164.00 |
| $1,225 | 967.75 | 1004.50 | 1041.25 | 1078.00 | 1114.75 | 1151.50 | 1188.25 |
| $1,250 | 987.50 | 1025.00 | 1062.50 | 1100.00 | 1137.50 | 1175.00 | 1212.50 |
| $1,275 | 1007.25 | 1045.50 | 1083.75 | 1122.00 | 1160.25 | 1198.50 | 1236.75 |
| $1,300 | 1027.00 | 1066.00 | 1105.00 | 1144.00 | 1183.00 | 1222.00 | 1261.00 |
| $1,325 | 1046.75 | 1086.50 | 1126.25 | 1166.00 | 1205.75 | 1245.50 | 1285.25 |
| $1,350 | 1066.50 | 1107.00 | 1147.50 | 1188.00 | 1228.50 | 1269.00 | 1309.50 |
| $1,375 | 1086.25 | 1127.50 | 1168.75 | 1210.00 | 1251.25 | 1292.50 | 1333.75 |
| $1,400 | 1106.00 | 1148.00 | 1190.00 | 1232.00 | 1274.00 | 1316.00 | 1358.00 |
| $1,425 | 1125.75 | 1168.50 | 1211.25 | 1254.00 | 1296.75 | 1339.50 | 1382.25 |
| $1,450 | 1145.50 | 1189.00 | 1232.50 | 1276.00 | 1319.50 | 1363.00 | 1406.50 |
| $1,475 | 1165.25 | 1209.50 | 1253.75 | 1298.00 | 1342.25 | 1386.50 | 1430.75 |
| $1,500 | 1185.00 | 1230.00 | 1275.00 | 1320.00 | 1365.00 | 1410.00 | 1455.00 |
| $1,525 | 1204.75 | 1250.50 | 1296.25 | 1342.00 | 1387.75 | 1433.50 | 1479.25 |
| $1,550 | 1224.50 | 1271.00 | 1317.50 | 1364.00 | 1410.50 | 1457.00 | 1503.50 |
| $1,575 | 1244.25 | 1291.50 | 1338.75 | 1386.00 | 1433.25 | 1480.50 | 1527.75 |
| $1,600 | 1264.00 | 1312.00 | 1360.00 | 1408.00 | 1456.00 | 1504.00 | 1552.00 |
| $1,625 | 1283.75 | 1332.50 | 1381.25 | 1430.00 | 1478.75 | 1527.50 | 1576.25 |
| $1,650 | 1303.50 | 1353.00 | 1402.50 | 1452.00 | 1501.50 | 1551.00 | 1600.50 |
| $1,675 | 1323.25 | 1373.50 | 1423.75 | 1474.00 | 1524.25 | 1574.50 | 1624.75 |
| $1,700 | 1343.00 | 1394.00 | 1445.00 | 1496.00 | 1547.00 | 1598.00 | 1649.00 |
| $1,725 | 1362.75 | 1414.50 | 1466.25 | 1518.00 | 1569.75 | 1621.50 | 1673.25 |
| $1,750 | 1382.50 | 1435.00 | 1487.50 | 1540.00 | 1592.50 | 1645.00 | 1697.50 |
| $1,775 | 1402.25 | 1455.50 | 1508.75 | 1562.00 | 1615.25 | 1668.50 | 1721.75 |
| $1,800 | 1422.00 | 1476.00 | 1530.00 | 1584.00 | 1638.00 | 1692.00 | 1746.00 |

17

### APPENDIX A
### STANDARD HOURLY WAGE RATES
### SURFACE AND UNDERGROUND

| Effective Date | Eff. Date | 1/1/04 | 1/1/05 | 1/1/06 |
|---|---|---|---|---|
| Hourly Wage Rate | 15.15 | 15.15 | 15.15 | 15.15 |
| Trainee | | | | |

| Effective Date | Eff. Date | 1/1/04 | 1/1/05 | 1/1/06 |
|---|---|---|---|---|
| Hourly Wage Rate | 17.82 | 18.22 | 18.62 | 18.92 |
| Apprentice | | | | |

### APPENDIX AA PART I
### UNDERGROUND AT DEEP MINES
### STANDARD HOURLY AND STANDARD DAILY WAGE RATES
### (INCLUDES ANNUAL WAGE INCREASES)

| Effective Date | Eff Date | 1/1/04 | 1/1/05 | 1/1/06 |
|---|---|---|---|---|
| Wage Increase | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 5** | | | | |
| Hourly Rate[1,2] | $ 19.315 | $ 19.715 | $ 20.115 | $20.415 |
| Daily Rate[3] | 154.52 | 157.72 | 160.92 | 163.32 |

#### CONCENTRATION OF CLASSIFICATIONS

A. Inby
B. Mine Examiner
C. Repairman

| Wage Increase | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
|---|---|---|---|---|
| **Grade 3** | | | | |
| Hourly Rate[1,2] | $ 18.543 | $ 18.943 | $ 19.343 | $ 19.643 |
| Daily Rate[3] | 148.34 | 151.54 | 154.74 | 157.14 |

#### CONCENTRATION OF CLASSIFICATIONS

A. Repairman Apprentice
B. Outby

| Wage Increase | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
|---|---|---|---|---|
| **Grade 2** | | | | |
| Hourly Rate[1,2] | $ 18.320 | $ 18.720 | $ 19.120 | $ 19.420 |
| Daily Rate[3] | 146.56 | 149.76 | 152.96 | 155.36 |

#### CONCENTRATION OF CLASSIFICATIONS

Repairman Trainee

---

[1] **The Standard Hourly Wage Rate** shall be computed by dividing the **Standard Daily Wage Rate** by eight (8) hours and rounding off to three (3) decimal places.

[2] The Straight Time Rate is the Hourly Rate set forth in this Appendix A for each classification.

[3] The Daily Rate set forth in this Appendix A applies only to Employees working on traditional schedules under Article IV.

# APPENDIX AA PART II
## STRIP AND AUGER MINES
### STANDARD HOURLY AND STANDARD DAILY WAGE RATES
#### (INCLUDES ANNUAL WAGE INCREASES)

| Effective Date | Eff. Date | 1/1/04 | 1/1/05 | 1/1/06 |
|---|---|---|---|---|
| Wage Increase | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 5** | | | | |
| Hourly Rate[1, 2] | $ 20.078 | $ 20.478 | $ 20.878 | $ 21.178 |
| Daily Rate[3] | 145.57 | 148.47 | 151.37 | 153.54 |

### CONCENTRATION OF CLASSIFICATIONS

| | | |
|---|---|---|
| A. | Coal Loading Shovel Operator | |
| B. | Overburden Stripping Machine Operator | |
| C. | Master Electrician | |

| | Eff. Date | 1/1/04 | 1/1/05 | 1/1/06 |
|---|---|---|---|---|
| Wage Increase | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 4** | | | | |
| Hourly Rate[1, 2] | $ 19.427 | $ 19.827 | $ 20.227 | $ 20.527 |
| Daily Rate[3] | 140.85 | 143.75 | 146.65 | 148.82 |

### CONCENTRATION OF CLASSIFICATIONS

| A. | Electrician | D. | Welder, First Class |
|---|---|---|---|
| B. | Machinist | E. | Shovel and Dragline Oiler |
| C. | Mechanic | F. | Groundman |

| | Eff. Date | 1/1/04 | 1/1/05 | 1/1/06 |
|---|---|---|---|---|
| Wage Increase | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 3** | | | | |
| Hourly Rate[1, 2] | $ 19.062 | $ 19.462 | $ 19.862 | $ 20.162 |
| Daily Rate[3] | 138.20 | 141.10 | 144.00 | 146.17 |

### CONCENTRATION OF CLASSIFICATIONS

| A | Mobile Equipment Operator | D. | Welder |
|---|---|---|---|
| B. | Repairman | E. | Driller and Shooter |
| C. | Stationary Equipment Operator | | |

| | Eff. Date | 1/1/04 | 1/1/05 | 1/1/06 |
|---|---|---|---|---|
| Wage Increase | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 2** | | | | |
| Hourly Rate[1, 2] | $ 18.777 | $ 19.177 | $ 19.577 | $ 19.877 |
| Daily Rate[3] | 136.31 | 139.03 | 141.93 | 144.11 |

### CONCENTRATION OF CLASSIFICATIONS

| A | Tipple Attendant | E. | Repairman Helper | I. | Electrician Apprentice |
|---|---|---|---|---|---|
| B. | Electrician Helper | F. | Deck Hand, Boat | | |
| C. | Mechanic Helper | G. | Dock Hand | | |
| D. | Machinist Helper | H. | Mechanic Apprentice | | |

| | Eff. Date | 1/1/04 | 1/1/05 | 1/1/06 |
|---|---|---|---|---|
| Wage Increase | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 1** | | | | |
| Hourly Rate[1, 2] | $ 18.696 | $ 19.096 | $ 19.496 | $ 19.796 |
| Daily Rate[3] | 135.55 | 138.45 | 141.35 | 143.52 |

### CONCENTRATION OF CLASSIFICATIONS

| A. | Car Dropper | E. | Truck Driver Service | I. | Electrician Trainee |
|---|---|---|---|---|---|
| B. | Car Dumper | F. | Utility Man | | |
| C. | Car Trimmer | G. | Laborer Unskilled | | |
| D. | Sampler | H. | Mechanic Trainee | | |

[1] The Standard Hourly Wage Rate shall be computed by dividing the Standard Daily Wage Rate by seven and one-quarter (7 1/4) hours and rounding off to three (3) decimal places.

[2] The Straight Time Rate is the Hourly Rate set forth in this Appendix A for each classification.

[3] The Daily Rate set forth in this Appendix A applies only to Employees working on traditional schedules under Article IV.

## APPENDIX AA PART III
### PREPARATION PLANTS AND OTHER SURFACE FACILITIES FOR DEEP OR SURFACE MINES
### STANDARD HOURLY AND STANDARD DAILY WAGE RATES
### (INCLUDES ANNUAL WAGE INCREASES)

| Effective Date | Eff. Date | 1/1/04 | 1/1/05 | 1/1/06 |
|---|---|---|---|---|
| Wage Increase | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 4** | | | | |
| Hourly Rate[1,2] | $ 19.264 | $ 19.664 | $ 20.064 | $ 20.364 |
| Daily Rate[3] | 139.66 | 142.56 | 145.46 | 147.64 |

### CONCENTRATION OF CLASSIFICATIONS

| | | | |
|---|---|---|---|
| A. | Electrician | D. | Welder, First Class |
| B. | Machinist | E. | Preparation Plant Central Control Operator |
| C. | Mechanic | | |

| | | | | |
|---|---|---|---|---|
| Wage Increase | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 3** | | | | |
| Hourly Rate[1,2] | $ 19.020 | $ 19.420 | $ 19.820 | $ 20.120 |
| Daily Rate[3] | 137.90 | 140.80 | 143.70 | 145.87 |

### CONCENTRATION OF CLASSIFICATIONS

| | | | |
|---|---|---|---|
| A. | Mobile Equipment Operator | D. | Welder |
| B. | Repairman | E. | Railroad Car Loader Operator |
| C. | Stationary Equipment Operator | | |

| | | | | |
|---|---|---|---|---|
| Wage Increase | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 2** | | | | |
| Hourly Rate[1,2] | $ 18.737 | $ 19.137 | $ 19.537 | $ 19.837 |
| Daily Rate[3] | 135.84 | 138.74 | 141.64 | 143.82 |

### CONCENTRATION OF CLASSIFICATIONS

| | | | |
|---|---|---|---|
| A. | Tipple Attendant | E. | Mechanic Helper |
| B. | Dock Man | F. | Repairman Helper |
| C. | Electrician Helper | G. | Mechanic Apprentice |
| D. | Machinist Helper | H. | Electrician Apprentice |

| | | | | |
|---|---|---|---|---|
| Wage Increase | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 1** | | | | |
| Hourly Rate[1,2] | $ 18.657 | $ 19.057 | $ 19.457 | $ 19.757 |
| Daily Rate[3] | 135.26 | 138.16 | 141.06 | 143.24 |

### CONCENTRATION OF CLASSIFICATIONS

| | | | | | |
|---|---|---|---|---|---|
| A. | Car Dropper | E. | Bit Sharpener | I. | Surface Utility Man |
| B. | Car Dumper | F. | Truck Driver, Service | J. | Laborer Unskilled |
| C. | Car Trimmer | G. | Equipment Operator Service | K. | Mechanic Trainee |
| D. | Sampler | H. | Preparation Plant, Utility Man | L. | Electrician Trainee |

[1] The Standard Hourly Wage Rate shall be computed by dividing the Standard Daily Wage Rate by seven and one-quarter (71/4) hours and rounding off to three (3) decimal places.

[2] The Straight Time Rate is the Hourly Rate set forth in this Appendix A for each classification.

[3] The Daily Rate set forth in this Appendix A applies only to Employees working on traditional schedules under Article IV.

## APPENDIX B PART I
## UNDERGROUND AT DEEP MINES

| CLASSIFICATION | JOB TITLE WITHIN CLASSIFICATION | | |
|---|---|---|---|
| 5-A | INBY | | |
| 5-B | MECHANIC REPAIRMAN | | |
| 5-C | FIREBOSS/ EXAMINER | | |
| 3-A | OUTBY | | |
| 3-B | REPAIRMAN APPRENTICE | | |
| 2-A | REPAIRMAN TRAINEE | | |

## APPENDIX B PART II
## STRIP AND AUGER MINES

| CLASSIFICATION | JOB TITLE WITHIN CLASSIFICATION | | |
|---|---|---|---|
| 5-A | COAL LOADING SHOVEL OPERATOR | Coal Loading Shovel Operator Engineer, Loading | Front End Loader-Coal Loader Engineer | Loader Operator, 10 Yds. Shovel Engineer, Coal Loading |
| 5-B | OVERBURDEN STRIPPING MACHINE OPERATOR | Coal Stripping Shovel Operator Construction Mobile Crane Operator-Erection and Dismantlement Dragline Operator Dragline Operator, 4500 Dragline Operator, 30 Yds. | Front End Loader-Stripping Power Shovel Operator Relief Shovel Operator Shovel Engineer Shovel Engineer, Overburden Shovel or Dragline Operator 4-8 Yds. | Shovel or Dragline Operator over 8 Yds. Shovel Operator Shovel Operator, 10 Yds. Stripping Shovel Operator Wheel Operator |
| 5-C | MASTER ELECTRICIAN | *Electrician Leader *Master Electrician | * Note: The electrician assigned to install electrical components and trouble-shoot electrical failures on electric shovels and draglines. | |
| 4-A | ELECTRICIAN | Electrician Electrician, 1st Class | Electrician, Lineman Shovel Inspector | Tipple Electrician |
| 4-B | MACHINIST | Machinist | Machinist, 1st Class | |
| 4-C | MECHANIC | Mechanic Prep. Mechanic, Garage Mechanic, 1st Class | Plant Mechanic Shop Mechanic | Truck Mechanic Truck & Tractor Mechanic |
| 4-D | WELDER, 1ST CLASS | *Welder, 1st Class *Welder Leader | * Note: Performing any welding work required, including vertical, overhead, and flat welding in accordance with approved standards. | |
| 4-E | SHOVEL & DRAGLINE OILER | Coal Loading Shovel Oiler Coal Stripping Shovel Oiler Dragline Oiler | Shovel Oiler Shovel Oiler, Coal Loading Shovel Oiler, Overburden | Tipple Oiler Wheel Oiler |
| 4-F | GROUNDMAN | Coal Loading Groundman Groundmen Around Shovel & Dragline | Groundmen, Loading Shovel Groundmen on Wheel Loader Groundmen | |
| 3-A | MOBILE EQUIPMENT OPERATOR | Auto Patrol Boat Operator Boat Pilot *Bulldozer Operator *Carryall Operator *Dozer Operator *End Loader *Front End Loader Grademan Grader Operator Haulage Trailer Operator Heavy Equipment Operator High Lift Operator Hydraulic Equipment Operator *Le Tourneau Operator (Pan) Locomotive Fireman Locomotive Engineer | Locomotive Operator Low Boy Operator Maintainer Operator Mobile Crane Operator Motor Grader Operator *Payloader Operator Pilot Reclamation Tractor Operator Road Maintenance Road Patrol Operator Rubber Tired Tractor Operator  *Note: When these machines are engaged in the removal of overburden as an integral part of the overburden removal process, the operator will be paid at Job Rate 5. | Semi-Tractor Driver *Tractor Driver, under D-6 *Tractor Operator *Tractor Operator, D-8 Traxcavator Operator Truck Driver, Coal Truck Driver, Gob or Refuse Truck Driver, Haulage Truck Operator, When Hauling Coal Tugboat Pilot |

**APPENDIX B PART II**
**STRIP AND AUGER MINES (Continued)**

| CLASSIFICATION | | JOB TITLE WITHIN CLASSIFICATION | | |
|---|---|---|---|---|
| 3-B | REPAIRMAN | Blacksmith | Electrician, 2nd Class | Prep. Plant Maintenance Man |
| | | Car Repairman | Machine Repairman   Repairman | |
| | | Carpenter  Mechanic, 2nd Class | Shovel Repairman | |
| | | Electric Repairman, 2nd Class | Plumber   Tipple Repairman | |
| 3-C | STATIONARY | Auger Crew | Dock Operator | Rock Crusher Operator |
| | EQUIPMENT | Auger Operator | Dryer Operator | Switchboard Man |
| | OPERATOR | Barge Loader Operator & | Plant Operator | Tipple Fireman |
| | | Barge Loader | Portable Crusher Operator | Tipple Operator |
| | | Boom Operator | Retarder Man | Tipple Washer Operator |
| | | Derrick Operator | Retarder Operator | Tower Operator at River |
| | | Dock Dumpers | River Dock Operator | |
| 3-D | WELDER & | Tipple Welder | Welder | Welder Outside |
| 3-E | DRILLER & | Bank Driller | Driller | Shooter on Overburden |
| | SHOOTER | Coal Driller | Driller & Shooter | Shot Firer on Coal |
| | | Coal Shooter | Driller & Shot Firer | Tampman |
| | | Drill Operator | Driller on Overburden | |
| 2-A | TIPPLE ATTENDANT | Tippleman | Switchman | |
| 2-B | ELECTRICIAN | Electrician Apprentice | Electrician Helper | |
| | HELPER | | | |
| 2-C | MECHANIC HELPER | Mechanic Apprentice | Mechanic Helper, Mach. Shop | Truck Mechanic Helper |
| | | Mechanic Helper | | |
| 2-D | MACHINIST HELPER | Machinist Helper | Machinist Apprentice | Machinist, 2nd Class |
| 2-E | REPAIRMAN HELPER | Greaser | Truck Oiler | Welder Helper |
| | | Serviceman | | |
| 2-F | DECK HAND, BOAT | Deck Hand, Boat | | |
| 2-G | DOCK HAND | Dock Hand | | |
| 2-H | APPRENTICE | Electrician Apprentice | Mechanic Apprentice | |
| 1-A | CAR DROPPER | Car Dropper | Car Rider  Railroad | Car Dropper |
| | | Car Handler | Car Runner or Spotter | Trip Rider |
| 1-B | CAR DUMPER* | Dumper | * Note: A Car Dumper Operator shall be paid at the Job | |
| | | | Class 3 Rate of pay when equipment is being operated to | |
| | | | dump the car. | |
| 1-C | CAR TRIMMER | Car Trimmer | | |
| 1-D | SAMPLER | Coal Sampler | | |
| 1-E | TRUCK DRIVER, | Supply Truck Driver | Truck Driver, Outside Pit | Truck Driver without Trailer |
| | SERVICE | Teamster | Truck Driver, Supply | Water Hauler |
| | | Truck Driver | Truck Driver, Utility | Water Truck Driver |
| 1-F | UTILITY MAN | Driller's Helper | Preparation Plant Pumper | Water Boy |
| | | Driller's Helper on Overburden | Pumper | Water Carrier |
| | | Loader Pumper | Supplyman | Waterman |
| | | Maintenance, Misc. | Track Repairman | Water Treater |
| | | Painter | Trackman | |
| | | Preparation Man | Utility Man | |
| 1-G | LABORER | Auger Helper | Night Hostler | Shop Man |
| | UNSKILLED | Bin Oiler | Nitrate Bagger | Shot Firer Helper |
| | | Car Cleaner | Outside Tipple Labor | Slate Picker |
| | | Flagger | Pin Puller | Tipple, All Other |
| | | Greaser Helper | Pit Hand Shoveler | Tipple Cleaner |
| | | Janitor | Pit Man | Tipple Laborer |
| | | Laborer | Screen Man | Track Labor |
| | | Laborer & Helper | Shooter Helper | Washer |
| | | Loader Labor | Shooter's Helper on Overburden | Yardman |
| | | Man Working Around Tipple | Shop Laborer | |
| 1-J | TRAINEE | Electrician Trainee | Mechanic Trainee | |

# APPENDIX B PART III
## PREPARATION PLANTS AND OTHER SURFACE FACILITIES FOR DEEP OR SURFACE MINES

| CLASSIFICATION | | JOB TITLE WITHIN CLASSIFICATION | |
|---|---|---|---|
| 4-A | ELECTRICIAN | Armature Winder | Electrician & Mechanic | Lineman |
| | | Coil Winder | Combined | Lineman, 1st Class |
| | | Electrician | Electrician Lineman | Lineman Leader |
| | | Electrician, A. C. | Electric Motor Repairer | Master Electrician |
| | | Electrician Chief or Head | Electrician Panel Man | Motor Inspector |
| | | Electrician Crew Leader | Electric Repairman | Plant Electric Repairman, |
| | | Electrician, Experienced | Electric Repairman, 1st Class | 1st Class |
| | | Electrician, Gang Leader | Electric Repair Crew Leader | Repairman, A. C. |
| | | Electrician, 1st Class | Electrician, Shop | Repairman, Radio & Telephone |
| | | Electrician Leader | Head Motor Inspector | Shop Electrician |
| | | | | Washer Electrician |
| 4-B | MACHINIST | Latheman | Machinist, 1st Class | Machinist Millwright |
| | | Lathe Operator | Machinist Group Leader | Machine Repairman |
| | | Machinist | Machinist Leader | Maintenance Leader |
| 4-C | MECHANIC | Aerial Tram Mechanic | Heavy Equipment Repairman | Repairman Mechanic |
| | | Auto Mechanic | Maintenance Leader | Repairman Special |
| | | Blacksmith, 1st Class | Mechanic | Shop Mechanic |
| | | Blacksmith, Head | Mechanic, 1st Class | Tipple Mechanic |
| | | Diesel Mechanic | Mechanic Leader | Top Mechanic |
| | | Euclid Mechanic | Plant Mechanic | Truck Mechanic |
| | | Garage Mechanic | Repairman, Chief | Truck Repairman, 1st Class |
| | | Head Truck Mechanic | Repairman, 1st Class | Washer Mechanic |
| 4-D | WELDER, FIRST CLASS | *Top Welder | | |
| | | *Welder, 1st Class | * Note: Performing any welding work required, including | |
| | | *Welder, Master | vertical, overhead, and flat welding in accordance with | |
| | | | approved standards. | |
| 4-E | PREPARATION PLANT CENTRAL CONTROL OPERATOR | *Cleaning Plant Central Operator | | |
| | | *Preparation Plant Operator | * Note: The operator of a coal preparation plant where the | |
| | | *Wash Operator, Chief | controls for the plant are centrally located and the respon- | |
| | | | sibility for these controls is assigned to this operator. | |
| 3-A | MOBILE EQUIPMENT OPERATOR | Athey Wagon | Grader Operator | Refuse or Gob Hauler |
| | | Boat Pilot Heavy | Equipment Operator | Scoopmobile Operator |
| | | Boat Operator | High Lift Operator | Scraper |
| | | Bulldozer Operator | Hydrocrane Operator | Shuttle Car Operator |
| | | Bulldozer & Truck Operator | Hydraulic Equipment Operator | Ldg. Coal RR. |
| | | Cat Operator | Locomotive Operator | Skid Load Operator |
| | | Carryall Operator | Low Boy Operator | Tractor Operator |
| | | Crane Operator | Michigan Load Operator | Tractor Trailer Operator |
| | | Diesel Engineer | Mobile Crane Operator | Tractor Truck Operator |
| | | Diesel Operator | Mobile Equipment Operator | Tram Operator |
| | | Diesel Truck Operator | Motor Grader Operator | Truck, Crane & Front End |
| | | Diesel Locomotive Operator | Motor Grader Operator, | Loader Operator |
| | | Dinkey Engineer | 1st Class | Truck Driver, Coal |
| | | Dozer Operator, Stockpile Lab. | Motorman, Outside | Truck Driver, Gob or Refuse |
| | | End Loader Operator | Motorman, Supplyman | Truck Driver, Haulage |
| | | Euclid Driver | Payloader Operator | Truck Driver, Heavy Duty |
| | | Euclid Operator, Refuse | Payloader, Tractor & Shovel | Truck Driver, Heavy Duty, Gob |
| | | Disposal | Operator | |
| | | Front End Loader | Pilot | |
| 3-B | REPAIRMAN | Airdox Mechanic | General Repairman | Plumber |
| | | Automotive Repairman | Hydraulics Man | Repairman |
| | | Battery Repairman | Hydraulics Repairman | Riverman Mechanic |
| | | Belt Mechanic | Lamphouse Repairman | Shop Man |
| | | Belt Vulcanizer | Lear Car Repairman | Steel Worker, Head |
| | | Blacksmith | Locomotive Repairman | Steel Worker Rigger |
| | | Blacksmith, Central Shop | Maintenance Man | Table Repairman |
| | | Carpenter | Mason | Tipple Repairman |
| | | Carpenter, 1st Class | Millwright | Top Maintenance |
| | | Carpenter, Gang Leader | Mine Car Repairman | Washer Repairman |
| | | Carpenter, Head | Motor Repairman | Yard Mechanic |
| | | Car Repairman | Motor & Machine Repair | |
| | | Car Repairman, Head | Outside Repairman | |

24

### APPENDIX B PART III
### PREPARATION PLANTS AND OTHER SURFACE FACILITIES FOR DEEP OR SURFACE MINES (Continued)

| CLASSIFICATION | | JOB TITLE WITHIN CLASSIFICATION | |
|---|---|---|---|
| 3-C | STATIONARY EQUIPMENT OPERATOR | Aerial Tramway Operator<br>Barge Loader Operator<br>Barge loader<br>Barge Mover<br>Blending Bin Operator<br>Blending Plant Operator<br>Breaker Operator<br>Coarse Coal Operator<br>Cleaning Plant Operator<br>Coal Hoisting Engineer<br>Combination Lampman & Hoist Engineer<br>Cone Operator<br>Control Man<br>Control Operator<br>Crusher House Operator<br>Crusher Operator<br>Cyclone Operator<br>Daniels Washer Operator<br>Deister Table Operator<br>De Waterer<br>Dock Operator<br>Door Thickener Operator<br>Drum Runner<br>Dry Cleaner Operator<br>Dry Plan Operator<br>Dryer Operator<br>Dryer Floor Operator<br>Dryer Unit Operator<br>Flash Dryer Operator<br>Floataation Plant Operator<br>Fine Coal Operator | Filter Operator<br>Froth Cell Operator<br>Furnace Operator<br>Gravity Hoist Operator<br>Head House Operator<br>Heat Dryer Operator<br>Heavy Media Operator<br>Hoistman<br>Hoist Engineer<br>Hoist Operator<br>Hoist Engineer, Supplies<br>Jig Operator<br>Loading Point Operator<br>Main Panel Board Operator<br>Manway Hoist Engineer. Elec.<br>Material Hoistman<br>Media Operator<br>Middling Circuit Operator<br>Pellet Plant Operator<br>Plant Controlman<br>Plant Operator<br>Preparation Plant Panel Operator<br>Processing Plant Operator<br>Pumper & Deister Table Operator<br>Raw Coal Operator<br>Refuse Belt Operator<br>Refuse Crusher Operator<br>River Loading Equipment Operator | River Tipple Operator<br>Screen House Operator<br>Screening Plant Operator<br>Secondary Heavy Media Operator<br>Shakeout Operator<br>Skip Hoist Engineer<br>Slate Hoist Operator<br>Slope & Hoist Engineer<br>Stacker Operator<br>Sub-Station Oper. & Fan Tender<br>Sump Operator<br>Supply Hoist<br>Supplyman-Hoist Engineer<br>Table Operator<br>Table Plant Operator<br>Thickener Operator<br>Tipple Dryerman & Washer<br>Tipple Operator<br>Tipple Operator with Central Control<br>Tipple Starter<br>Tower Operator<br>Vessel Operator<br>Washer Operator<br>Washer Operator, Inside<br>Wet Plant Attendant<br>Wet Plant Operator<br>Whirley Operator |
| 3-D | WELDER | Shop Welder | Welder | Welder & Repairman |
| 3-E | RAILROAD CAR LOADER OPERATOR | Car Loader Operator | Railroad Car Loader Operator | |
| 2-A | TIPPLE ATTENDANT | Binman, Outside<br>Blending Bin Oper. Helper<br>Boom Man<br>Cleaning Plant Attendant<br>Cleaning Plant Oper. Helper<br>Dryer Attendant<br>Filter Operator Helper<br>Fine Coal Operator Helper<br>Heavy Media Operator Helper | Mixer Helper<br>Plant Operator Helper<br>Processing Plant Operator Asst.<br>Pump Attendant<br>Pumper<br>Pumper, Floataation Plant<br>Secondary Heavy Media Oper. Helper | Sludge Tank Tender<br>Table Operator Helper<br>Tipple Operator Assistant<br>Wash Box Attendant<br>Washer Helper<br>Washer, Inside<br>Wet Plant Operator Helper |
| 2-B | DOCK MAN | Barge Hand<br>Deck Hand, Boat | Dock Hand<br>Head Riverman | Riverman<br>Riverman Helper |
| 2-C | ELECTRICIAN HELPER | Cable Splicer<br>Cable Vulcanizer<br>Electrician Helper<br>Electrician Helper, Outside<br>Electrician, 2nd Class | Electrician, Limited Experience<br>Lineman Helper<br>Lineman, 2nd Class<br>Motor Inspector Helper | Power Man<br>Shop Electrician, 2nd Class<br>Shop Electrician Helper |
| 2-D | MACHINIST HELPER | Machinist Helper | Machinist, 2nd Class | |
| 2-E | MECHANIC HELPER | Building Maintenance<br>Machine Repairman Helper | Mechanic Helper<br>Mechanic, 2nd Class | Motor Inspector Helper<br>Tipple Mechanic Helper |
| 2-F | REPAIRMAN HELPER | Blacksmith, 2nd Class<br>Blacksmith Helper<br>Car Repairman Helper<br>Greaser<br>Oiler<br>Plant Oiler<br>Repairman, 2nd Class | Repairman, Basic<br>Repairman, Helper<br>Steel Worker Helper<br>Sump Repairman<br>Tipple Greaser<br>Tipple Oiler<br>Tipple Repairman Helper | Tire Repairman<br>Truck Repairman, 2nd Class<br>Washer Repairman Helper<br>Welder Helper<br>Welder, 2nd Class |
| 2-G | APPRENTICE | Electrician Apprentice | Mechanic Apprentice | |

## APPENDIX B PART III
## PREPARATION PLANTS AND OTHER SURFACE FACILITIES FOR DEEP OR SURFACE MINES (Continued)

| CLASSIFICATION | | JOB TITLE WITHIN CLASSIFICATION | | |
|---|---|---|---|---|
| I-A | CAR DROPPER | Brakeman Head Car<br>Car Dropper<br>Car Handler<br>Car Pincher<br>Diesel Brakeman | Dropper<br>Load Dropper<br>Load-Out Attendant<br>Load Out Rider<br>Nipper | Rail Loadouts<br>Railroad Car Dropper<br>Railroad Car Handler |
| I-B | CAR DUMPER* | Car Coupler<br>Car Dumper<br>Car Dumper-Screen Oper.<br>Car Unloader<br>Dumper<br>Dumper Operator | Mine Car Dumper & Coupler<br>Railroad Car Unloader<br><br>* Note: A Car Dumper Operator shall be paid at the Job<br>Class 3 Rate of pay when equipment is being operated to<br>dump the car. | Tipple Topman & Dumper<br>Top Dumper |
| I-C | CAR TRIMMER | Barge Trimmer | Car Trimmer | Trimmer |
| I-D | SAMPLER | Coal Sampler<br>Sample Grinder | Sampler<br>Sampler, Head | |
| I-E | BIT SHARPENER | Bit Grinder | Bit Sharpener | Bit Sharpener Machine Oper. |
| I-F | TRUCK DRIVER, SERVICE | Dump Truck Operator<br>Larryman<br>Larry Operator | Rheo Operator, Truck<br>Supply Truck Driver<br>Truck Driver | Truck Driver, Supply<br>Truck Driver, Over 7 Tons<br>Truck Driver, Over 8 Tons |
| I-G | EQUIPMENT OPERATOR, SERVICE | Car Pusher, Mine Cars at<br>Tipple | Motor Grader Operator.<br>2nd Class | |
| I-H | PREPARATION PLANT. UTILITY MAN | Beltman<br>Belt Operator, Refuse<br>Belt Patrolman<br>Binman, Retail<br>Blocker<br>Boom Operator<br>Car Tagger<br>Carpenter Helper<br>Chemist Helper<br>Coal Cleaner<br>Coal Distributor<br>Coal Distributor &<br>  Crusherman<br>Coal Treatment Man<br>Cone Operator Helper<br>Cone Operator, 1st Helper<br>Cone Operator, 2nd Helper<br>Conveyor & Boom Operator<br>Conveyorman | Conveyor Unloader<br>Drag Conveyorman<br>Dry Plant Operator Helper<br>Floorman<br>Floorman, Central Cleaning<br>  Plant<br>General Relief, Tipple<br>Heavy Media Attendant<br>Heavy Media Circuit<br>Jig Operator Helper<br>Loading Platform Operator<br>Picking Table Operator<br>Plant Cleaner<br>Preparation Man<br>Railroad Maintenance<br>  Trackman<br>Raw Coal Operator Helper<br>Reliefman Washer<br>Scaleman, Retail | Scalp Screenman<br>Screenman<br>Shifter<br>Shipper<br>Shipper Boom Operator<br>Sample Preparer Helper<br>Slate Hoistman<br>Slate Loader<br>Surge Bin Operator<br>Tipple, All Other<br>Tipple, Boom Operator<br>Tippleman<br>Tippleman, Crusherman &<br>  Shakerman<br>Tipple Utilityman<br>Truck Bins<br>Utility Man |
| I-I | SURFACE UTILITY MAN | Airdox Man<br>Bathhouse Attendant<br>Block Layer<br>Filter Plant Man and Sampler<br>Fireman<br>Groundman, 1st Class<br>Groundman, Tipple<br>Lamp & Filterman<br>Lamphouse Man<br>Lamphouse & Bathhouse<br>  Attendant | Lamphouse Day Man<br>Lamphouse Night Man<br>Lampman<br>Lampman Dispatcher<br>Lampman-Plumber<br>Lampman Watchman<br>Locomotive Switchman<br>Outside Labor Leader<br>Portal Attendant<br>Pumpman<br>Storage Battery Charger | Supply Loader<br>Supplyman<br>Supplyman Top<br>Surface Supplyman<br>Surface Utility Man<br>Surface Yard & Supplyman<br>Track Layer<br>Trackman<br>Water Treater |
| I-J | LABORER UNSKILLED | Cager<br>Car Cleaner<br>Cleanup Man<br>Floorman, Central Supply<br>General Labor<br>General Outside Labor<br>Janitor<br>Laborer<br>Mine Car Greaser | Other Able Bodied Labor<br>Railroad Maintenance,<br>  Trackman Helper<br>Sand Dryer<br>Shop Helper<br>Slate Picker<br>Statewide Basic<br>Stockpile Labor<br>Supply Yard Labor | Supply Yard Leader<br>Tipple Cleaner<br>Tipple Laborer<br>Top Hand<br>Top Laborer<br>Topman<br>Vibrator Cleaner<br>Wood Picker<br>Yardman |
| I-K | TRAINEE | Electrician Trainee | Mechanic Trainee | |

## Memorandum of Understanding
## Regarding NEW Employees

### APPENDIX C

Prescription Drugs — Prescription drugs will be provided through the PPL at a reduced copayment of $6.00. Prescriptions bought out of PPL are subject to a $12.00 copayment. Mail order prescription drugs purchased through the PPL, where available, will be provided at no copayment.

|  | In PPL | Out of PPL |
| --- | --- | --- |
| Prescription Drugs | $6.00 per prescription | $12.00 per prescription |
| Prescription Drugs--Mail Order (where available) | $0 per prescription | Not Applicable |
| Prescription Drugs--Brand Name Where a Lower Cost Substitute is Available | $6.00 Plus Additional Cost of Brand Name Drug | $12.00 Plus Additional Cost of Brand Name Drug |
| Physician Charges | $12.00 per office visit | $20.00 per office visit |
| Hospital -- and Related Charges | $0 | Balance over 90% of PPL Charges |

In addition to the annual deductible:

a. No family will have to pay more than $240 for In-PPL Physician office visits in any year.

b. No family will have to pay more than $1,600 in combined Out of PPL Hospital and Related Charges and Out of PPL Physician office visits.