E-FILED
Friday, 19 August, 2005  11:02:26 AM
Clerk, U.S. District Court, ILCD

## Article VII--MINE COMMUNICATION COMMITTEES

The parties recognize that, for their joint benefit, the prosperity and efficiency of the coal industry are dependent upon their ability to work cooperatively.

At the earliest practicable date after the introduction of the new Agreement, top level International Union and Employer representatives shall tour the mines throughout the industry in an effort to promote improved relationships and as an introduction to the below described program. Subsequent similar tours during the term of the Agreement shall also be developed as appropriate.

In order to further implement this expression of purpose, a Mine Communication Committee shall be established at each mine. The Union representation on the Committee shall be the local President, the Mine Committee Chairman and the Safety Committee Chairman. The Union members shall be certified to the Mine Management and a corresponding number of Employer members shall be certified to the Union. The Employer and Union members of the Committee shall meet at mutually agreeable times, but no less than once each month. The function of the Committee shall be to identify and discuss any problems or potential problems which, if unresolved, could interrupt the steady and regular operation of the mine.

The representative of Management or the local union President may from time to time suggest to the Employer areas of special concern consistent with the purposes of the Committee and the provisions of this Agreement. The functioning of this Committee shall not affect the existing rights of either party under any other provision of this Agreement.

## Article VIII--STARTING TIME

### Section (a) Shift Starting Time

Each shift shall have a regular starting time established in accordance with past practice and custom.

### Section (b) Lowering Employees

Employees shall be at the shaft collar or the bank in time to be lowered so as to be in the mantrip at the scheduled departure time. In mines where it is necessary to lower Employees at brief intervals, depending on the size and speed of the cages, platforms or other devices used to transport persons in shafts and slopes, their starting time may be reasonably staggered before or after the regular shift starting time in order to permit the safe and orderly lowering of the Employees.

### Section (c) Safety and Maintenance

The Employer may stagger the starting time for individual Employees who perform safety, maintenance or other functions essential to the safe and efficient operation of the mine or surface facility.

### Section (d) Surface Facilities

The regular shift starting time in surface facilities, such as preparation plants, cleaning plants and shops need not be the same as the regular shift starting time for the mine.

### Section (e) Changing Crews At The Face

The Employer has the right to change crews at the face, including the right to require reasonable amounts of overtime as necessary to allow for changing at the face.

## Article IX--ALLOWANCES

### Section (a) Bereavement Pay

When death occurs in an Employee's immediate family (spouse, mother, father, mother-in-law, father-in-law, son, daughter, brother or sister, step-father, step-mother, step-children, grandfather, grandmother and grandchildren), an Employee upon request will be excused for up to three (3) days, two (2) to be consecutive and include the day of the funeral and the third at the Employee's option. The Employee shall receive pay at his regular or applicable overtime or premium rate, provide it is established that he attended the funeral.

### Section (b) Jury Duty

When a regular Employee is called for jury service, he shall be excused from work on the days he is required to appear in court. Employees called for jury duty, upon proof of such service and of the amount of pay received therefor, will be paid whatever sum, if any, is necessary in addition to the fees received for jury duty service to reimburse him for earnings lost because of such jury duty, including payment for any scheduled overtime or premium time.

### Section (c) Reporting Pay

Unless notified not to report, when an Employee reports for work at his usual starting time, he shall be entitled to four (4) hours pay whether or not the operation works the full four (4) hours, but after the first four (4) hours, the Employee shall be paid for every hour thereafter by the hour, for each hour's work or fractional part thereof. If, for any reason, the regular routine work cannot be furnished, the Employer may assign the Employee to other than the regular work. Reporting pay

shall not be applicable to any portion of the four (4) hours not worked by the Employee due to his refusal to perform assigned work. Notification of Employees not to report means reasonable efforts by Management to communicate with the Employee.

## Section (d) Military Duty

When an Employee is called to active duty in the armed forces, the National Guard or the Reserves, including emergency call-ups and summer encampment training, he shall be excused from work. Upon proof of service and the amount of pay received therefor, the Employee is entitled to receive a maximum of two (2) weeks pay in any calendar year at his regular rate including payment for any regularly scheduled overtime and premium pay, less any amounts received by the Employee from the armed services, the National Guard or Reserves for such period.

## Section (e) Personal or Sick Leave

(1) During the calendar years 2003, 2004, 2005, 2006 and 2007, each classified Employee with one (1) year or more of classified service with his Employer shall become eligible for Personal or Sick Leave, at his regular rate (including regularly scheduled overtime where applicable, but not including premiums for Saturday, Sunday, holidays or birthday work) for any five (5) working days on which the Employee is absent from work for reasons of sickness, accident, emergency, or personal business.

(2) Paid Personal or Sick Leave shall not be utilized for any period of less than one (1) full regular workday.

(3) To the extent practicable, the Employee shall notify his immediate supervisor at least twenty-four (24) hours in advance of the shift or shifts for which he will be unable to report. In the event of sudden sickness, accident, or emergency, the Employee shall make a reasonable effort to notify his immediate supervisor at least two (2) hours in advance of the shift on which he is scheduled to work.

(4) If, at the end of any calendar year, an Employee has not exhausted the paid Personal or Sick Leave for which he becomes eligible under this section, he shall receive pay in lieu of such leave at his regular straight time classified rate paid at eight (8) hours straight time rate for each such day of leave, including regularly scheduled overtime as provided in paragraph (1) above. His regular rate shall be the rate in effect at the end of such calendar year for the payroll period which includes the last workday of the calendar year.

(5) Personal or Sick Leave days shall not be counted as part of the seven (7) day waiting period under the sick and accident pay program unless the Employee is disabled as a result of sickness or accident so as to be prevented from performing his regular classified job and his disability is certified by a physician legally licensed to practice medicine.

Article IX

(a) Employer Options On Personal Or Sick Leave Pay

In the event an Employee is absent from work and has not requested a Personal or Sick Leave Day in advance of his absence, the Employer may pay the Employee for that day and charge the Employee with a Personal or Sick Leave Day if the Employee has not already exhausted such days.

The Employer may charge up to two (2) Personal or Sick Leave Days for each absence occurrence of more than one (1) consecutive day. For example, if an Employee is absent four (4) consecutive work days, he may be charged only with two (2) such days.

Personal or Sick Leave Days may be charged against the seven (7) day waiting period under the Sickness and Accident Program, but will not affect sickness and accident eligibility.

(b) Employee Options

If, at the end of any calendar year, an Employee has not exhausted the Personal or Sick Leave Days for which he becomes eligible, he shall, within ten (10) working days, at his election:

1. Receive pay in lieu of such leave at his regular classified straight time rate, as provided in Section (e)(4) above; or

2. Carry over into the next calendar year no more than five (5) days of Personal or Sick Leave for which he has not been paid, provided, however, no Employee may accumulate more than ten (10) Personal or Sick Leave Days in any calendar year; or

3. Have the pay in lieu of such leave at his regular classified straight time rate placed in the 401(k) Cash Deferred Savings Plan of 1988 maintained under this Agreement.

His regular rate shall be the rate in effect at the end of such calendar year for the payroll period which includes the last work day of the calendar year.

## Section (f) Family & Medical Leave

(1)    Any Employee who has been employed for a total of at least twelve (12) months with Employers signatory to this Agreement and has worked for a covered Employer at least 1,250 hours over the previous twelve (12) months shall be entitled to twelve (12) weeks of unpaid leave of absence consistent with the provisions of the Family and Medical Leave Act of 1993 for any of the following reasons:

a.    because of the birth of a son or daughter of the Employee and in order to care for the son or daughter;

31

b.    because of the placement of a son or daughter with the Employee for adoption or foster care;

c.    in order to care for the spouse, or a son, daughter, or parents, of the Employee, if such a spouse, son, daughter, or parent has a serious health condition;

d.    because of a serious health condition that makes the Employee unable to perform the functions of his job.

Such leave may be taken on an intermittent or reduced basis for the birth or adoption of a child if the arrangement is approved by the Employer in advance. Leave for serious health conditions -- either of a family member of the Employee or of the Employee -- may be taken intermittently or on a reduced schedule if such leave is medically necessary.

(2)    During the period of all leaves of absence covered by this section, the Employee shall continue to accrue seniority, vacation, pension, and all other employment benefits provided by this Agreement. Health care and dental care shall continue during the leave of absence.

(3)    An Employee who intends to take unpaid leave under the FMLA should give the Employer advance notice of his or her intention to take FMLA leave thirty (30) calendar days before the leave is to commence. Where the need for FMLA leave is not foreseeable thirty (30) days before the leave is to commence, the Employee shall give the Employer notice of the Employee's intent to take unpaid FMLA leave as soon as practicable upon learning of the need for FMLA leave. Nothing in this provision shall diminish an Employee's rights to paid leave under this Agreement, regardless of whether the paid leave might also qualify as FMLA leave.

(4)    In the event that a request for leave is made by an Employee eligible for leave under the Family and Medical Leave Act of 1993, the following shall apply:

a.    Unpaid Leave

Family and medical leave is unpaid leave, except as provided in subsection (b) below.

b.    Use of Paid Leave

(1)    If an Employee requests leave based on the birth or adoption of a son or daughter or the need to care for a sick parent, son, daughter or spouse, the Employee shall first substitute all of the Employee's accrued vacation and personal leave for leave available under the Family and Medical Leave Act.

32

Article X

Such paid leave shall count toward the Employee's twelve (12) week leave entitlement.

(2)    If an Employee requests leave based on the Employee's own serious health condition or the serious health condition of the parent, spouse, son or daughter, the Employee shall first substitute all of the Employee's accrued vacation, personal and sick leave, and, if eligible, sickness and accident benefits, for leave available under the Family and Medical Leave Act. Such leave shall count toward the Employee's twelve (12) week entitlement.

c.    Miscellaneous

An Employee shall be entitled to only such family and medical leave as required by the Family and Medical Leave Act and any applicable laws of the State in which the Employee is employed. Nothing herein waives or limits the rights that Employers have under the Family and Medical Leave Act including, but not limited to, the right to require medical certifications to support requests for leave and for return to work, to transfer temporarily Employees taking intermittent leave, and to designate, where permissible, leave taken by Employees as leave under the Family and Medical Leave Act.

## Article X--WAGE INCREASE

Each Employee covered by this Agreement shall receive a wage increase in accordance with the schedule below:

| Effective Date | Wage Increase |
|----------------|---------------|
| January 16, 2003 | $0.40 per hour |
| January 16, 2004 | $0.40 per hour |
| January 16, 2005 | $0.40 per hour |
| January 16, 2006 | $0.30 per hour |

The above wage increases are already included in the standard hourly and daily wage rate set forth in Appendix A.

Each active Employee who is on the payroll on the Effective Date of this Agreement shall receive a lump sum wage payment of $600 no later than the second pay day subsequent to the Effective Date of this Agreement.

33

## Article XI--SICKNESS AND ACCIDENT BENEFITS

### Section (a) General Purpose

The general purpose of the Sickness and Accident Benefits Plan established by this Article is to protect Employees against financial hardship resulting from sickness or accident suffered on or off the job, by providing compensation for earnings lost.

### Section (b) Eligibility

Any Employee with six (6) months or more of classified employment with the Employer who becomes disabled as a result of sickness or accident (including pregnancy-related disability), so as to be prevented from performing his regular classified job, and whose disability is certified by a physician legally licensed to practice medicine, shall be eligible to receive Sickness and Accident Benefits under this Plan. An Employee whose disability is the result of a mine accident suffered while he has been a classified Employee of the Employer shall be eligible to receive Sickness and Accident Benefits effective with his first day of classified employment. Benefits will not be payable for any period during which the Employee is not under the care of a licensed physician.

For the purposes of this Article, "classified employment" means employment in a classified job which has not been broken by quitting, discharge, retirement, or refusal to return to work following layoff pursuant to the terms of Article XVII.

Benefits shall not be payable in the event that the Employee's employment had been terminated, or if he was laid off or was granted a leave of absence prior to his disability, or in the event that his disability is the direct result of an injury suffered prior to his employment with the Employer or while the Employee is engaged in employment other than classified employment with his Employer.

Benefits shall be terminated in the event that the Employee (1) receives a pension pursuant to Article XX; (2) receives Social Security old-age benefits; (3) accepts employment with another signatory Employer or with any Employer not signatory to this Agreement; or (4) voluntarily severs employment with his Employer.

If, during a period when an Employee receiving Sickness and Accident Benefits is recovering from his disability, his Employer offers him a light-duty classified job, the Employee shall have the option to accept such employment, and Sickness and Accident Benefits shall terminate if he does so. For the purposes of this Article, "light-duty" shall be defined as including any job in which occupational hazards, lifting of weights, and exposure to extremes of temperature, dampness, and dust are substantially less than those of the job held by the Employee at the time of his disabling accident or illness.

34

Article XI

**Section (c) Commencement and Duration of Benefits**

(1) Sickness and Accident Benefits shall begin with the first day of disability resulting from an accident, and with the eighth day of disability resulting from sickness, except that if the Employee is hospitalized because of a disabling sickness requiring surgical treatment or intensive care, benefits shall begin with the first full day of hospitalization.

(2) Benefits for disability resulting from an accident, either on or off the job, shall be payable for a maximum of fifty-two (52) weeks, regardless of the length of the Employee's classified employment with the Employer at the time of the accident.

(3) Benefits for disability resulting from sickness shall be payable according to the following schedule:

| Length of Classified Employment with the Employer at Date Disability Commences | Maximum Number of Weeks |
|---|---|
| At least 6 months but less than 1 year | 6 |
| At least 1 year but less than 5 years | 13 |
| At least 5 years but less than 10 years | 26 |
| At least 10 years but less than 15 years | 39 |
| 15 years or more | 52 |

(4) If an Employee returns to work after receiving Sickness and Accident Benefits for less than the maximum number of weeks to which he is entitled, and is then absent again within ninety (90) days due to the same sickness or accident which disabled him originally, there shall be no waiting period for benefits payable during the remaining weeks of his eligibility but the period during which he again receives benefits will be considered with the first period as one continuous period of disability. If the second absence results from a different sickness or accident, the first absence does not affect the duration of benefits for which the Employee shall be eligible for the second absence. If the Employee returns to work for ninety (90) calendar days between two periods of disability, the second period shall not be considered as being due to the same sickness or accident as the first disability.

A change in the cause of the Employee's disability during a continuous period of absence from work on account of disability does not extend the maximum duration of Sickness and Accident Benefit payments.

In the event that an Employee becomes disabled prior to the commencement of a strike or work stoppage, his eligibility for benefits shall not be affected by the strike or work stoppage. In the event that an Employee becomes disabled during a strike or work stoppage, the seven-day waiting

35

period, if applicable, will run, but the Employee shall not be entitled to receive benefit payments for any day of disability during the strike or work stoppage.

## Section (d) Amount and Payment of Benefits

The amount of Sickness and Accident Benefits payable under this Plan shall be $325 per week for disabilities occurring during the first three (3) years of this Agreement commencing on the Effective Date hereof; $350 per week for disabilities occurring during the fourth and fifth years of this Agreement. All weekly benefit payments shall be prorated over a seven (7) day week (Monday through Sunday).

Benefits shall be reduced by deducting any or all of the following forms of compensation to the extent that they are applicable to and are payable for the same sickness or accident and the same period for which the Employee qualifies for Sickness and Accident Benefits under this Plan: (1) Workers' Compensation benefits for temporary or permanent disability, including state Black Lung benefits; (2) State or Federal disability benefits, exclusive of veterans' benefits; (3) Social Security primary disability insurance benefits; and (4) Federal Black Lung benefits.

Payment of Sickness and Accident Benefits shall not be made for any days during an Employee's disability for which he receives wage allowances pursuant to this Agreement, but the duration of Sickness and Accident Benefits for which the Employee is eligible shall be extended by an equal number of days.

Payment of benefits shall be made by check every two (2) weeks, for all days during the preceding two (2) weeks in which the Employee was eligible for benefits.

## Section (e) Filing of Claims for Benefits

To be eligible for payment of benefits, the Employee must give written notice of disability to the Employer, including certification by a licensed physician upon request by the Employer, within thirty (30) days after the day claimed as the first day of disability. If, however, the Employee is unable to give such notice within the thirty (30) day period due solely to physical incapacitation and notice is subsequently given by the Employee when his physical condition improves sufficiently to allow him to give such notice or have it furnished by someone else on his behalf, this thirty (30) day limitation will not apply. The Employer shall be responsible for promptly forwarding the Employee's claim to an acceptable insurance carrier as described in Section (f) of this Article, unless the Employer elects to provide benefits directly, in which case any undisputed claim shall be paid within fourteen (14) days of receipt of the Employee's claim.

Article XI

**Section (f) Structure and Administration**

The establishment, administration, and operation of the Sickness and Accident Benefits Plan shall be the joint responsibility of the Employers and the Union.

The Trustees of the United Mine Workers of America Health and Retirement Funds as defined in Article XX shall prepare and make available to Freeman and the Union a list of at least five (5) and initially not more than fifteen (15) acceptable insurance carriers, based upon scrutiny of model plans provided by the respective carriers and such other criteria as the Trustees may deem pertinent. Subsequent thereto, the Trustees may add additional carriers to the list at their discretion. Upon the approval of Freeman, this list shall be distributed to the Company. Freeman shall be solely and individually responsible for provision of the benefits to its Employees as set forth in this Article, either directly or through such of the acceptable insurance carriers as he may designate. If Freeman elects to provide benefits directly, it shall notify the Trustees and shall file with the Trustees an agreement to conform to the purposes and objectives of this Plan.

Freeman or his insurance carrier shall have the right to take reasonable steps to investigate the factual aspects of an Employee's claim, including examination of the Employee by a physician at Freeman's or carrier's expense, in the event of a dispute over medical evidence. A dispute unresolved after such investigation shall be subject to resolution at the fourth step of the grievance procedure as set forth in Article XXIII (Settlement of Disputes). A representative of the Department of Occupational Health of the International Union shall have the right to assist a grievant.

The Trustees shall have the right to investigate fully any or all disputed claims in order to establish consistency of coverage and of the awarding of claims and benefits. Based upon such investigation, the Trustees shall, at the end of the first twelve (12) months experience with this Plan, prepare a report to Freeman and the Union and shall, pursuant to such report, prepare a revised list of acceptable insurance carriers, based upon the experience of the preceding year. The list may be further revised thereafter at the discretion of the Trustees. The Trustees shall have the power to remove any insurance carrier from the list for failure to provide the benefits described in this Article in a manner consistent with the terms of the Plan, and, in the event that an insurance carrier is so removed, it shall be the responsibility of Freeman to cancel any policy or policies it may have with any such disqualified insurance carrier, and to replace such policy or policies with a policy or policies provided by an acceptable insurance carrier, not less than thirty (30) days after notification by the Trustees.

If, on the basis of their investigation of disputed claims, the Trustees find evidence that Freeman has provided benefits directly in a manner inconsistent with the terms of the Plan, the Trustees shall first inform Freeman and shall request that it establish coverage through any of the acceptable insurance carriers that it may designate. If Freeman fails to do so, and if the Trustees find that it is continuing to provide benefits in a manner inconsistent with the terms of the Plan, the

37

Article XII

Trustees may take such action as they deem necessary, including any and all legal means, to enforce compliance with the terms and objectives of the Plan.

In the event that a carrier makes available additional or extended coverage based upon Employee payment of premiums, or an Employee chooses to seek such coverage from another carrier, nothing in this Article shall be construed as prohibiting such voluntary expansion of coverage. At the request of the Employee, and in accordance with the terms of Article XV (Checkoff), the Employer shall deduct such premium payments.

## Article XII--HOLIDAYS

### Section (a) Holidays Observed

The following holidays shall be observed during the term of this Agreement:

DURING THE CALENDAR YEAR 2003, there shall be ten (10) paid holidays: 8-Hour-Day Holiday (April 1, 2003); Memorial Day (observed on May 26, 2003); Independence Day (July 4, 2003); Labor Day (September 1, 2003); Veterans' Day (November 11, 2003); Thanksgiving Day (November 27, 2003); Friday after Thanksgiving (November 28, 2003); Christmas Eve (December 24, 2003, in honor of Jock Yablonski); Christmas Day (December 25, 2003); and in honor of John L. Lewis, the Employee's birthday.

DURING THE CALENDAR YEAR 2004, there shall be eleven (11) paid holidays: New Year's Day (January 1, 2004); 8-Hour-Day Holiday (April 1, 2004); Memorial Day (observed on May 31, 2004); Independence Day (July 4, 2004); Labor Day (September 6, 2004); Veterans' Day (November 11, 2004); Thanksgiving Day (November 25, 2004); Friday after Thanksgiving (November 26, 2004); Christmas Eve (December 24, 2004, in honor of Jock Yablonski); Christmas Day (December 25, 2004); and in honor of John L. Lewis, the Employee's birthday.

DURING THE CALENDAR YEAR 2005, there shall be eleven (11) paid holidays: New Year's Day (January 1, 2005); 8-Hour-Day Holiday (April 1, 2005); Memorial Day (observed on May 30, 2005); Independence Day (July 4, 2005); Labor Day (September 5, 2005); Veterans' Day (November 11, 2005); Thanksgiving Day (November 24, 2005); Friday after Thanksgiving (November 25, 2005); Christmas Eve (December 24, 2005, in honor of Jock Yablonski); Christmas Day (December 25, 2005); and in honor of John L. Lewis, the Employee's birthday.

DURING THE CALENDAR YEAR 2006, there shall be eleven (11) paid holidays: New Year's Day (January 1, 2006); 8-Hour-Day Holiday (April 1, 2006); Memorial Day (observed on May 29, 2006); Independence Day (July 4, 2006); Labor Day (September 4, 2006); Veterans' Day (November 11, 2006); Thanksgiving Day (November 23, 2006); Friday after Thanksgiving (November 24, 2006); Christmas Eve (December 24, 2006, in honor of Jock Yablonski); Christmas Day (December 25, 2006); and in honor of John L. Lewis, the Employee's birthday.

38

DURING THE CALENDAR YEAR 2007, there shall be eleven (11) paid holidays: New Year's Day (January 1, 2007); 8-Hour-Day Holiday (April 1, 2007); Memorial Day (observed on May 28, 2007): Independence Day (July 4, 2007); Labor Day (September 3, 2007); Veteran's Day (November 11, 2007); Thanksgiving Day (November 22, 2007); Friday after Thanksgiving (November 23, 2007); Christmas Eve (December 24, 2007), in honor of Jock Yablonski); Christmas Day (December 25, 2007) and in honor of John L. Lewis, the Employee's birthday.

DURING THE CALENDAR YEAR 2008, there shall be one (1) paid holiday: New Year's Day (January 1, 2008).

### Section (b) Sunday Holidays

If any of the foregoing holidays, except the birthday holiday, fall on a Sunday, it shall be celebrated on the following Monday.

### Section (c) Monday Holidays

If any of the foregoing holidays, except the birthday holiday, are celebrated on a Monday, work on the Saturday preceding the holiday is optional for the Employees (except for those Employees covered by Section (o)(10) of Article III (Health and Safety)).

### Section (d) Pay for Holidays Worked

Employees who work on the foregoing holidays, including birthday holidays as provided in Section (g) below, will be paid triple time or triple rates, for all time worked.

### Section (e) Pay for Holidays Not Worked

Employees who do not work on the foregoing holidays will be paid their regular earnings for such day, including regularly scheduled overtime rates provided such Employee was not absent his last scheduled day prior to or his first scheduled day following the holiday because of an unauthorized work stoppage.

### Section (f) Holidays During Vacation Period

When a holiday occurs, other than a birthday holiday, during an Employee's scheduled vacation, he shall be paid for the holiday not worked in addition to his vacation pay and shall designate another day he wishes to take as a holiday.

Article XIII

### Section (g) Birthday Holidays

Each actively working Employee shall be entitled to celebrate his birthday by taking such day off with pay at his regular rate, including his regularly scheduled overtime. An Employee whose birthday falls on a Saturday, Sunday, Holiday, an Idle Day, during an Employees regular vacation or February 29th shall celebrate such birthday by scheduling another day off with Mine Management within five (5) days of such birthday and to be taken off during the next thirty (30) calendar days with pay at his regular rate including his regularly scheduled overtime. These days shall be rescheduled to be taken off Monday through Friday.

### Section (h) Holidays for Sick and Injured

An Employee forced to cease work because of injury or personal illness, including coal workers' pneumoconiosis, will for one (1) year following such injury or illness be compensated for all holidays when due occurring during the following 364 days provided he establishes medical proof of illness or injury.

### Section (i) Time of Payment

Payment for holidays not worked shall be included with pay for the pay period in which the holiday occurs.

## Article XIII–REGULAR VACATION

### Section (a) Annual Vacation

An annual regular vacation of fourteen (14) consecutive days shall be the rule of the industry. To assure consumers of a continued supply of coal and extend employment opportunities, there will be three (3) separate regular vacation periods.

### Section (b) Dates of Regular Vacation Period

(1) Beginning at 12:01 a.m. on Saturday, June 28, 2003, and ending at 12:01 a.m. on Saturday, July 12, 2003; or beginning at 12:01 a.m. on Saturday, July 12, 2003, and ending at 12:01 a.m. on Saturday, July 26, 2003 or beginning at 12:01 a.m. on Saturday, July 26, 2003, and ending at 12:01 a.m. on Saturday, August 9, 2003.

(2) Beginning at 12:01 a.m. on Saturday, June 26, 2004, and ending at 12:01 a.m. on Saturday, July 10, 2004; or beginning at 12:01 a.m. on Saturday, July 10, 2004, and ending at 12:01 a.m. on Saturday, July 24, 2004 or beginning at 12:01 a.m. on Saturday, July 24, 2004, and ending at 12:01 a.m. on Saturday, August 7, 2004.

40

(3) Beginning at 12:01 a.m. on Saturday, June 25, 2005, and ending at 12:01 a.m. on Saturday, July 9, 2005; or beginning at 12:01 a.m. on Saturday, July 9, 2005, and ending at 12:01 a.m. on Saturday, July 23, 2005 or beginning at 12:01 a.m. on Saturday, July 23, 2005, and ending at 12:01 a.m. on Saturday, August 6, 2005.

(4) Beginning at 12:01 a.m. on Saturday, June 24, 2006, and ending at 12:01 a.m. on Saturday, July 8, 2006; or beginning at 12:01 a.m. on Saturday, July 8, 2006, and ending at 12:01 a.m. on Saturday, July 22, 2006 or beginning at 12:01 a.m. on Saturday, July 22, 2006, and ending at 12:01 a.m. on Saturday, August 5, 2006.

(5) Beginning at 12:01 a.m. on Saturday, June 23, 2007, and ending at 12:01 a.m. on Saturday, July 7, 2007; or beginning at 12:01 a.m. on Saturday, July 7, 2007, and ending at 12:01 a.m. on Saturday, July 21, 2007 or beginning at 12:01 a.m. on Saturday, July 21, 2007, and ending at 12:01 a.m. on Saturday, August 4, 2007.

(6) The Employer must make a separate written declaration for each mine he operates setting forth which vacation period he has elected to take. This declaration must be filed with the president of the respective UMWA District in which the mine or mines are located by May 15 of the years 2003, 2004, 2005, 2006 and 2007.

## Section (c) Staggered Regular Vacation

To further assure a continued supply of coal and extend employment opportunities Freeman may, irrespective of past practice to the contrary, operate its mine without interruption and schedule regular vacations of fourteen (14) days for each Employee at his mines during the calendar year. In the event the Employer elects to operate its mine without interruption, it must file a written declaration with the president of the respective UMWA District in which the mine is located by January 1 of 2003, 2004, 2005, 2006 and 2007.

Should Freeman elect to operate its mine without interruption, vacation periods shall be scheduled by Freeman at the times desired by individual Employees so long as this will not interfere with efficient operations as determined by the Employer and so long as not more than fifteen (15%) percent of the work force at a mine elects to be off on the same day. Should there be a conflicting choice of vacation between two or more Employees, the choice will be determined on a seniority basis. Each Employee shall have as much advanced notice of his scheduled vacation as practicable. Employees, at their option, may take vacation in one-week segments.

## Section (d) Qualifying Period and Amount of Payment

(1) Qualifying Period: All Employees with a record of one (1) year's standing from June 1, 2002, to May 31, 2003, shall receive as compensation for the 2003 vacation period the sum of twelve (12) times the Employee's day wage rate; all Employees with a record of one (1) year's

41

standing from June 1, 2003, to May 31, 2004, shall receive as compensation for the 2004 vacation period the sum of twelve (12) times the Employee's day wage rate; all Employees with a record of one (1) year's standing from June 1, 2004, to May 31, 2005 shall receive as compensation for the 2005 vacation period the sum of twelve (12) times the Employee's day wage rate; All Employees with a record of one (1) year's standing from June 1, 2005, to May 31, 2006, shall receive as compensation for the 2006 vacation period the sum of twelve (12) times the Employee's day wage rate; and all Employees with a record of one (1) year's standing from June 1, 2006 to May 31, 2007 shall receive as compensation for the 2007 vacation the sum of twelve (12) times the Employee's day wage rate with the following exception:

Employees who enter or return from the armed services to their jobs during the qualifying period shall receive the full regular vacation due for the period in question. The Employee's regular vacation wage will be his regular standard daily wage rate, including any regularly scheduled overtime, at the time his vacation is due as set forth below.

(2) Shift Differentials: Shift differentials are included in the calculation of vacation pay. For Employees who rotate all three (3) shifts, add the shift differential of 35¢ for the afternoon shift and 45¢ for the midnight shift and then divide the total of 80¢ by three (3) to arrive at an average of 26 2/3¢ per hour shift differential. For Employees who only rotate the day and afternoon shifts, take the afternoon shift differential of 35¢ and divide by two (2) to arrive at an average of 17½¢ an hour shift differential.

(3) Sick and Injured Employees: All the terms and provisions of District agreements relating to vacation pay for sick and injured Employees are carried forward to this Agreement and payments are to be made in the sum as provided herein.

(4) Pro Rata Payments: Pro rata payments of regular vacation for the months they are on the payroll shall be provided for those Employees who are given employment or who leave their employment during the qualifying period.

## Section (e) Floating Vacation Days

For the calendar years of 2003, 2004, 2005, 2006 and 2007 each active Employee with one (1) year of continuous employment with Freeman shall be entitled to four (4) additional days of paid vacation.

The provisions of paragraphs (2), (3) and (4) of Section (d) shall apply to this section.

Floating Vacation Days will be taken in accordance with one of the following options which shall be determined at the election of Freeman at each facility covered by this Agreement. If Freeman elects the Christmas Shutdown Period, notice must be given no later than November 15 of the year preceding the year for which such election shall apply, otherwise Floating Vacation Days

will be taken on a daily basis for that year. Any such declaration pertaining to the year 2007 shall be binding for the remainder of this Agreement but shall be subject to the governing provisions of any successor agreement to this Agreement.

### (1) Daily Basis

Floating Vacation Days shall be taken either on a consecutive or non-consecutive day basis at such times as desired by the Employee so long as approved by Freeman at least thirty (30) days in advance, and in accordance with the principles of Section (c) of this Article. Subject to said notice and approval, an Employee shall not be denied the opportunity to take these days at some time during the calendar year in which they are due.

### (2) Christmas Shutdown Period

During 2003, three (3) Floating Vacation Days shall be used with the Christmas Day Holiday to provide for a shutdown period beginning at 12:01 a.m., Monday, December 22, 2003, and ending 12:01 a.m., Saturday, December 27, 2003. During 2004, 2005 and 2006, four (4) Floating Vacation Days shall be used with the Christmas Eve and Christmas Day Holidays to provide for a shutdown period beginning at 12:01 a.m., Monday, December 20, 2004, and ending 12:01 a.m., Saturday, December 25, 2004; beginning at 12:01 a.m., Monday, December 26, 2005, and ending 12:01 a.m., Saturday, December 31, 2005, beginning at 12:01 a.m., Monday, December 25, 2006, and ending 12:01 a.m., Saturday, December 30, 2006, beginning at 12:01 a.m., Monday, December 24, 2007, and ending 12:01 a.m., Saturday, December 29, 2007. In any year in which the Christmas Shutdown Period is elected, any Employee who is entitled to a Floating Vacation Day more than the number of such Floating Vacation Days used to schedule the Christmas Shutdown Period shall have such excess Floating Vacation Day treated as an additional Personal or Sick Leave Day for that year to be taken in accordance with Article IX, Section (e). Any Employee who is eligible for fewer than the number of Floating Vacation Days used during the Christmas Shutdown Period will be paid only for the number of days eligible (plus the Holidays) and shall observe the remaining days as excused time off without pay.

Under either of the above options, if at the end of any calendar year an Employee has not exhausted the paid Floating Vacation Days for which he becomes eligible under this Section, he shall receive pay in lieu of such unused Floating Vacation Days at his regular rate, including regularly scheduled overtime. His regular rate shall be the rate in effect at the end of such calendar year for the payroll period which includes the last workday of the calendar year. If the Employee does not want to receive pay in lieu at the end of the calendar year, he may carry over into the next calendar year no more than four (4) floating vacation days for which he has not been paid. Any such days carried over, however, can be used only for leave pursuant to the Family and Medical Leave Act of 1993, or the Employee may elect to receive pay in lieu at the end of the calendar year. No Employee may accumulate more than eight (8) floating vacation days in any calendar year.

## Section (f) Time of Payment

The vacation payment shall be made on the last pay day immediately preceding the beginning of the respective vacation periods. Employees who leave their employment during the qualifying period shall receive their pro rata share of vacation payment at the time they sever their employment. In the event Freeman should sell, lease, transfer, assign or otherwise dispose of its mine, it shall pay to each of its Employees his pro rata share of vacation payment on the day of such sale, assignment or lease.

## Section (g) Obligation for Payment

Failure of Freeman to make full and prompt payment of the amounts required hereby, in the manner and on the dates herein provided, shall at the option of the Union, be deemed a violation of this Agreement. This obligation of Freeman to so pay such sums, shall be a direct and continuing obligation of Freeman during the life of this Agreement; and it shall be deemed a violation of this Agreement if any mine, to which this Agreement is applicable, shall be sold, leased, subleased, assigned or otherwise disposed of for the purpose of avoiding the obligation hereunder.

## Section (h) Work During Shutdown

During Christmas Shutdown Periods, and in cases where Freeman elects not to stagger vacations, but to close down its mining operations, Employees required to work at coke plants and other necessarily continuous operations on emergency or repair work, including the removal of overburden, and the loading and shipping of coal previously mined and processed shall have vacations at other agreed periods. Employees who are required to work during a regular vacation shutdown shall be assured of taking their regular vacation during the months of June, July or August, if they so desire. Should there be a conflict in alternative vacation periods between two or more Employees, the choice shall be determined on the basis of seniority.

## Article XIV—GRADUATED VACATION

## Section (a) General

Any Employee who has performed work in the calendar year and who had the length of continuous employment [see Section (d) below] with Freeman specified in the table below, shall be entitled to the corresponding additional vacation days each year with pay subject to the following provisions of this Article.

| Length of Continuous Employment | Additional Days per year |
|---|---|
| 6 years but less than 7 years | 1 day |

44

| | |
|---|---|
| 7 years but less than 8 years | 2 days |
| 8 years but less than 9 years | 3 days |
| 9 years but less than 10 years | 4 days |
| 10 years but less than 11 years | 5 days |
| 11 years but less than 12 years | 6 days |
| 12 years but less than 13 years | 7 days |
| 13 years but less than 14 years | 8 days |
| 14 years but less than 15 years | 9 days |
| 15 years but less than 16 years | 10 days |
| 16 years but less than 17 years | 11 days |
| 17 years but less than 18 years | 12 days |
| 18 years or over | 13 days |

## Section (b) Definition of Additional Days

For the purposes of this Article, "additional vacation days" means Monday through Friday "working days."

## Section (c) Definition of Continuous Employment and Qualifying Period

(1) For the purposes of this Article "continuous employment" means employment which has not been broken by layoff of more than six (6) continuous calendar months, voluntary quitting, discharge, retirement or a final determination of permanent and total disability under federal and/or state laws which provide compensation therefor. Provided, however, if a layoff is for more than six (6) continuous months, "continuous employment" shall not accrue for the period of that layoff. Notwithstanding the foregoing, any person who is actively employed by Freeman as of the Effective Date of this Agreement shall not be subject to the six (6) month limitation on layoff for purposes of the definition of continuous employment under this Article XIV.

(2) Continuous employment is NOT interrupted or broken by transfers from one mine of the Employer to another mine of the same Employer.

(3) Continuous employment is NOT interrupted or broken by the sale, lease, sublease or assignment of any mine to which this Agreement is applicable for Employees who are continued in employment or reemployed from the idle panel by the successor company.

## Section (d) Amount of Continuous Employment

The amount of continuous employment, or number of additional vacation days to which an Employee is entitled, is determined by the number of years he has been employed by Freeman as of May 31 of the year in which the graduated vacation is due. (Example: the number of days in 2003 is determined by the number of years he has been employed by the Employer as of May 31, 2003.

45

Article XV

The number of days in 2004 is determined by the number of years he has been employed by the Employer as of May 31, 2004 and so on).

## Section (e) Time of Payment

Graduated vacation payment shall be made on the last pay day immediately preceding the beginning of the Employee's graduated vacation.

## Section (f) Rate of Payment

Graduated vacation payment will be based on the Employee's regular standard daily wage rate, including any regularly scheduled overtime, at the time his vacation payment is due, as provided in Section (e) above, and shall include any applicable shift differentials.

## Section (g) Scheduling and Pay in Lieu

Time for taking these additional days of graduated vacation shall be determined between the Employee and Freeman but will be taken in the calendar year in which they are due unless Freeman and Employee agree that the latter may elect to be paid in lieu of taking them. Subject to such determination and said election, an Employee shall not be denied the opportunity to take these days at some time during the calendar year in which they are due.

## Section (h) Sick and Injured Employees

An Employee forced to cease work due to injury or illness will be paid his FULL graduated vacation payment for the calendar year in which he ceases work and his FULL graduated vacation payment for the calendar year in which he returns to work.

## Article XV--CHECKOFF

The membership dues, including initiation fees, and assessments of the United Mine Workers of America and its various subdivisions, credit union, voluntary COMPAC contributions and other voluntary deductions, and Union-sponsored group auto insurance, as authorized and approved by the International Union, United Mine Workers of America, shall be checked off the wages of the Employees of Freeman and shall be remitted by Freeman to the properly designated officers of the Union for distribution to its various branches. Such remittance shall be made within thirty (30) days of the date such amount has been checked off. The Employer shall also submit an itemized statement showing the name of each Employee, his Social Security number, hours worked, and the amount checked off for dues, initiation fees, and assessments. Such itemized statement shall be made within sixty (60) days of the date the checkoff has been made, and shall include a list of Employees from whom dues, initiation fees and assessments have not been collected.

46

Article XVI

In order that this section may become effective and operate within the limitations of the Labor-Management Relations Act of 1947, the Union hereby agrees to furnish, with all reasonable dispatch to Freeman, and Freeman agrees to aid, assist and cooperate in obtaining, written authorizations from each Employee so employed. Upon the presentation to Freeman of such authorizations in such reasonable form as time and circumstances, looking to the continuous and uninterrupted production of coal, may allow, Freeman shall make deductions so authorized and deliver the same to the designated District officer of the Union or to such authorized representative as may be designated by the Union.

## Article XVI—TRAINING

### Section (a) Priority

The parties agree that the establishment of effective training programs for Employees is essential to safe and efficient production of coal. Toward that end it is understood by the parties hereto, that a new Freeman/UMWA Training Committee ("Training Committee") shall be established and shall consist of three (3) representatives appointed by the United Mine Workers of America and three (3) representatives of the industry, appointed by the Employer. This Committee shall meet primarily for the purpose of fostering and promoting the advancement of effective training at the mines of the Employer. In addition to its other duties the Training Committee shall establish a training program for Mine Safety Committeemen which may require up to but not more than forty (40) hours total training during the term of this Agreement.

### Section (b) Orientation for New Employees

(1) Orientation programs for new Employees, regardless of prior experience shall remain in effect, subject to Freeman's right to modify, during the life of this Agreement. Each program shall be developed by Freeman and shall emphasize health and safety with particular emphasis on local conditions and associated hazards.

(2) Existing orientation programs shall be reviewed by Freeman jointly with appropriate officials of the Union (including the local union health and safety committee) upon the Union's request.

Existing programs shall include the elements listed in paragraph (3) of this section. Such review shall be carried out within six (6) months of the Effective Date of this Agreement.

(3) An orientation program for underground mine Employees shall include at least the following elements:

    (i)      Introduction to mining including a complete tour of underground and surface facilities; instruction and analysis of hazards encountered by inexperienced

47

Employees; instruction in safety laws and regulations and company safety rules applicable to work of inexperienced Employees.

(ii)     Description of the line of authority and responsibilities of supervisors and of the authority and responsibilities of the Mine Health and Safety Committee.

(iii)    Procedures for entering and leaving the mine, including the check-in and check-out system, and procedures regarding the transportation of Employees and materials.

(iv)    Escape and emergency evacuation plans.

(v)     A review of the mine map with special attention to the escapeway system and the location of abandoned and dangerous areas.

(vi)    Instruction in the use, care and maintenance of the applicable self-rescue device.

(vii)   Instruction in the use, care and maintenance of personal protective equipment.

(viii)  Instruction regarding roof control, ventilation, rock dusting, dust and noise control plans and procedures at the mine.

(ix)    Instruction in first-aid fundamentals, including artificial respiration, control of bleeding and treatment for shock.

(x)     Instruction in the recognition and avoidance of electrical hazards.

(xi)    Instruction regarding use of the mine communication system and the meaning of warning and directional signs.

(xii)   Instruction in the prevention of haulage accidents.

(xiii)  Instruction in the detection of methane.

(xiv)   Instruction regarding general accident prevention.

(4) An orientation program for surface mine Employees or for surface area Employees of an underground mine shall include at least the following elements:

48

(i)    Introduction to mining including a complete tour of the surface coal mine or the surface areas of the underground mine; instruction in and analysis of hazards encountered by inexperienced Employees; instruction in safety laws and regulations and company safety rules applicable to the work of inexperienced Employees.

(ii)   Description of the line of supervisory authority and responsibilities and the authority and responsibilities of the mine health and safety committee.

(iii)  Instruction in the use, care and maintenance of personal protective equipment.

(iv)   Instruction in first-aid fundamentals, including artificial respiration, control of bleeding, and treatment of shock.

(v)    Instruction regarding plans and procedures for working safely in areas of highwalls, pits and spoil banks.

(vi)   Instruction in the recognition and avoidance of electrical hazards.

(vii)  Instruction in the safe operation of haulage and conveyor systems, in use at the mine.

(viii) General instruction in the prevention of accidents.

(ix)   Instruction in use of the mine communication system and the meaning of warning signals and directional signs.

(x)    Instruction in the current laws and regulations applicable to the tasks and work assignment of the individual Employee.

(5) Orientation programs for Employees at underground mines, surface mines and surface areas of underground mines, shall be not less than four (4) days for inexperienced Employees and not less than one (1) day for experienced Employees. New Employees shall be paid for time spent in orientation programs at the lowest classified rate.

(6) The parties recognize that there may be approved state or federal preemployment programs which cover some of the basic aforementioned elements. In those particular cases where such programs exist, the company may adjust its program so that there shall be no duplication of training, provided that the number of days of orientation required by this Agreement shall not be affected.

**Section (c) General Retraining Programs**

(1) Retraining programs shall remain in effect, subject to Freeman's right to modify, during the life of this Agreement. Each program shall be developed by the Employer and shall emphasize health and safety with particular emphasis on local conditions and associated hazards. Every classified Employee shall participate in a general retraining program at least once during the calendar years 2003, 2004, 2005, 2006 and 2007.

(2) A retraining program at an underground mine shall include at least the following elements:

(i)     Instruction regarding the roof control plans in effect at the mine and procedures for roof and rib control.

(ii)    Instruction regarding procedures for maintaining ventilation and control of ventilation.

(iii)   Instruction regarding proper procedures for working on and near moving equipment.

(iv)    Instruction regarding proper procedures for riding on and in mine conveyances and the controls in effect for the transportation of Employees and materials.

(v)     Instruction in the recognition and avoidance of electrical hazards.

(vi)    Instruction in the fundamentals of first-aid.

(vii)   Instruction in the use, care and maintenance of the applicable self-rescue device.

(viii)  Instruction regarding the escape and emergency evacuation plans, including references to mine maps, main escapeway maps and working section escapeway maps.

(ix)    Instruction regarding use of the mine communication system and the meaning of warning and directional signs.

(x)     Instruction in the current laws and regulations applicable to tasks and work assignment of the individual Employee.

50

(3) A retraining program at a surface mine or surface area of an underground mine shall include at least the following elements:

(i)    Instruction in the fundamentals of first-aid.

(ii)    Instruction regarding plans and procedures for working safely in areas of highwalls, pits and spoil banks.

(iii)    Instruction regarding procedures for escape and evacuation.

(iv)    Instruction regarding fire warning signals and fire-fighting procedures.

(v)    Instruction in the recognition and avoidance of electrical hazards.

(vi)    Instruction in the procedures for recognition and control of hazardous gases and fumes.

(vii)    Instruction in the safe operation of haulage and conveyor systems in use at the mine.

(viii)    Instruction regarding the safe work procedures for night-shift Employees.

(ix)    General instruction in the prevention of accidents.

(x)    Instruction regarding proper procedures for working on and near moving equipment.

(xi)    Instruction regarding proper procedures for riding on and in mine conveyances and the controls in effect for the transportation of Employees and materials.

(xii)    Instruction in use of the mine communication system and the meaning of warning signals and directional signs.

(xiii)    Instruction in the current laws and regulations applicable to the tasks and work assignment of the individual Employee.

(xiv)    Instruction in the proper operation of equipment for equipment operators.

(xv)    Instruction in safe procedures for handling explosives for all Employees who may be asked to handle explosives.

51

(4) The retraining program shall be not less than eight (8) hours for each Employee in each calendar year and shall be presented in increments of not less than two (2) hours. An Employee shall be paid for time spent in retraining programs at the regular rate applicable to his classification.

## Section (d) Safety Training for Specific Job

After an Employee has been awarded a specific job through job bidding before undertaking the duties of that job he shall receive a thorough job briefing relative to the hazards of the job, including a trial run on the machine or equipment under the direction of an experienced person. At each mine Freeman shall develop a job briefing program for Employees who have been awarded job bids. Emphasis shall be on health and safety aspects related to the local conditions and hazards of the particular job.

## Section (e) Maintenance Training and Rate of Pay

Freeman shall establish and maintain for each mine a program for training Employees (who were actively working for the Company of the Effective Date of this Agreement) in maintenance jobs. Training vacancies may be posted as Maintenance-Trainee or Electrician-Trainee according to the custom in the mine, but in any event the training program shall include training in mechanical, welding and electrical skills. Management shall select such Employees for training on the basis of seniority and trainability as defined in Section (g) of this Article. The method of training shall be accomplished in consideration of local variations from mine to mine but should in general employ techniques such as progressive job tasks, on-the-job training and classroom training. Each program shall also include a definitive progression of wages and a time schedule which shall be applied on the basis of satisfactory performance.

Vacancies for trainees shall be posted in accordance with actual anticipated needs for developing maintenance skills. Where such skills are presently available within the classified work force, vacancies shall be posted for the job, as the case may be, and not for a trainee.

When an underground Employee (who was actively working for the Company on the Effective Date of this Agreement) is awarded a maintenance trainee job, the starting rate of a trainee shall be at Wage Grade 2. The trainee shall progress to Wage Grade 4 in a maximum of six (6) months if he meets the job standards for the maintenance job. The trainee shall remain at this rate for a maximum of twelve (12) months at which time he progresses to Wage Grade 5 if his progress is such as to meet the standards for the highest rated maintenance job. When a maintenance trainee job is awarded for an outside or surface job (covered by Appendix A, Part II and Part III), the applicable progression shall be Wage Grades 2, 3, and 4.

For each individual who is actively employed on the Effective Date of this Agreement only, if such individual becomes a trainee and makes more rapid progress by meeting the standards of the program and fully qualifies for the maintenance job before the end of the maximum training period,

that fact shall be recognized and if the Employee is assigned to and does perform the highest rated maintenance job and the work associated therewith, he shall be so classified and paid at such highest rate.

## Section (f) General Training Provisions

Any training program shall be conducted in accordance with the following provisions:

(1) Each training program shall emphasize health and safety in addition to the requirements of the job.

(2) Appropriate local and District officials of the Union (including the Mine Health and Safety Committee) shall have the opportunity to review each training program and make comments and suggestions prior to its implementation.

(3) The selection of Employees for training opportunities shall be in accordance with seniority and trainability. Definition of Trainability--trainability shall include a job-related determination of an Employee's ability to absorb the training to be provided, the mental and physical capacity to ultimately perform the job for which he is being trained. The job-related determination shall be based on objective standards which may be an oral, written or work demonstration of trainability for the specific job and the applicant for training may establish his trainability by either oral, written or actual work demonstration or any combination thereof as he may choose.

(4) While in training, management will make periodic evaluations of the Employee's progress or lack thereof. An Employee who fails to complete the training program shall be allowed to return to his prior job, but if it is not available, to the general labor crew where he may bid on the vacancies to which his seniority entitles him.

## Section (g) Skills Enhancement Program

Freeman has the option to establish on a mine-to-mine basis, a program to enhance the skills of its Employees to reduce, where appropriate, the number of job classifications, job grades and job titles set forth in Appendices A and B. Furthermore, Employees could be assigned to work within any job classification or title developed as part of the program.

Any Skills Enhancement Program must be ratified by a majority vote of those Employees covered by the program before it becomes effective. The International Union and Freeman each pledge to cooperate in good faith to support the implementation of these programs which improve skill levels and allow Freeman to fully utilize all of the skills of its Employees.

53

## Article XVII--SENIORITY

### Section (a) Definition of Seniority

Seniority at the mine shall be recognized on the following basis: length of service and the ability to step into and perform the work of the classification at the time the classification is awarded.

In awarding bids on classification postings, the parties agree that management will not show favoritism or discrimination. To help senior Employees achieve promotion, they shall be given preference to the extent practicable in the filling of temporary vacancies as set out in Section (c) of Article XIX (Classification).

### Section (b) Reduction; Realignment

(1) Reduction in Work Force

In all cases where the working force is to be reduced, Employees with the greatest seniority at the mine shall be retained provided that they have the ability to perform available work.

(2) Realignment Procedure

When the number of Employees within a classification is to be reduced or Employees are to be realigned, the following procedure shall apply:

(a) The senior Employees (mine seniority) in each classification shall be retained in their respective classification, regardless of shift or portal, up to the number needed in that classification.

(i) If, after such reduction of Employees within a classification, there is an excess of Employees on any shift, the excess number of junior Employees (mine seniority) on that shift will be displaced as to shift but retained within the classification.

(ii) Any Employee who is displaced as to shift within a classification will, to the extent his seniority permits, be reassigned a shift on the basis of shift preference, and for this purpose may displace any Employee junior to him (mine seniority) on any shift within the classification. Any Employee so displaced will be reassigned in the same manner. Any Employees not displaced as to shift under this procedure will retain their pre-realignment shifts.

(b) Those Employees displaced from their classification shall be assigned available jobs on the basis of mine seniority and ability to step in and perform the work of the classification at the time, using the following procedure:

(i) The senior Employee in each instance shall be assigned to the classification having the greatest standard daily wage rate and within which there are available jobs which he is able and qualified to perform. However, if and only if by the end of the meeting required by Section (c) of this Article XVII, the Union informs Freeman in writing that any such displaced Employee wishes to waive the opportunity for the greatest standard daily wage rate in favor of a particular shift, that preference shall be followed to the extent the Employee's seniority permits. In order to be prepared to so inform Freeman of such preference at any such meeting called by Freeman, it is the responsibility of the Union tō predetermine Employee preferences.

(ii) Assignment of classifications is within the exclusive discretion of Freeman. However, where there is more than one available job within that classification, such assignments to the Employees to be assigned within that classification will be made on the basis of retaining in that classification the maximum number of Employees being so assigned who have the ability to step in and perform the available work at that time.

(iii) Shift assignment, except as provided for by subparagraph (i) above, shall be considered only after assignment of classification has been completed. If within a classification there are two or more shifts available, displaced Employees assigned such classification shall be given shift preference based upon mine seniority.

(c) Any Employee who is not retained in his classification and who does not have the ability to perform the work in an available classification under the above procedure shall, to the extent his seniority permits, displace the least senior Employee at the mine holding a classification which such senior Employee has the ability to step into and perform at that time. Any Employee displaced under this paragraph (c) shall have the same rights under this paragraph (c). Employees not retained under this procedure will be laid off.

(d) For purposes of this Realignment Procedure only, any Employee on sick or injured status who otherwise has the ability to perform available work will not be denied a job under this procedure solely because of his sick or injured status.

(e) For purposes of this Realignment Procedure only, giving "shift preference" means that Employees will be assigned available classifications in the following descending order: (1) Day, (2) Afternoon, (3) Midnight, unless by the end of the meeting required by Section (c) of this Article XVII the Union informs Freeman in writing that a particular Employee has requested that some other preference be applied to him, in which case that other preference shall be followed. It is the responsibility of the Union to predetermine alternate shift preferences so as to be prepared to submit such alternate preferences at any such meeting called by Freeman.

**Section (c) Layoff Procedure**

In all cases where the working force is to be reduced or realigned, management shall meet with the mine committee at least 24 hours in advance and review the available classifications and the individuals to be laid off, retained or realigned.

Within five (5) days after an Employee is notified that he is to be laid off, he must fill out a standardized form and submit it to mine management. On this form, the laid-off Employee shall list: (1) his years of service at the mine; (2) his years of service with Freeman; (3) his previous mining experience with other Employers and the years of service with each and (4) the jobs he is able to perform and for which he wishes to be recalled. Additionally, the Employee may also list, on the standardized form, (5) the mines of Freeman within any UMWA district on whose panel he wishes his name to be placed.

Upon receipt of the completed form, Freeman shall within seven calendar days, distribute a copy of the completed form to the Recording Secretary of the Employee's local union and to the respective panel custodians of all mines listed by the Employee at mines where he wishes his name to be placed on the panel in accordance with the provisions of this section.

**Section (d) Panels**

Employees who are idle because of a reduction in the working force shall be placed on a panel from which they shall be returned to employment on the basis of seniority as outlined in Section (a). A panel member shall be considered for every classification which he has listed on his layoff form as one to which he wishes to be recalled. Each panel member may revise his panel form once a year. Notwithstanding anything to the contrary in this Agreement, the Parties hereto agree that the terms and conditions applicable to laid-off Employees and panels shall be as follows:

1. Upon the Effective Date of this Agreement the parties shall, within twenty (20) days thereof, jointly mail by certified letter, return receipt requested to each eligible person listed on the Employer's lay off panels a registration form that must be completed by each laid off Employee and returned to the Employer within ten (10) days of receipt. Additionally, on each calendar year's anniversary of the Effective Date of this Agreement, each person who initially registered hereunder must timely update their registration form and indicate their continuing interest in being recalled to employment by following the same procedure as described in the first sentence of this paragraph 2 and returning such registration form within ten (10) days of each of the above referenced anniversary dates. Any person who fails to timely register hereunder or later fails to timely update their panel registration form shall be forthwith removed from all of the Employer's panels and shall have no further recall rights. Additionally, with regard to any certified letter returned to the Employer as undeliverable by the Post Office then the Employer shall notify the Union's District President and such addressee shall respond within ten (10) days of the Employer's

56

notification to the District President, or the Employer shall immediately cause the removal of the addressee from the Employer's panels and such addressee shall have no further recall rights.

2.  Any person recalled to work under the procedures set forth herein and under Article XVII of the Agreement must accept the classification to which he is recalled or he shall forthwith be removed from all of the Employer's panels and shall have no further recall rights.

3.  The Attendance Control Program set forth in Article XVII Section (d) Paragraph 3 of the 1998 Freeman/UMWA Agreement shall remain in effect and shall also apply to all individuals who are recalled or hired after the Effective Date of this Agreement; New Hires shall be covered by the terms and conditions as set forth in the New Employee Memorandum of Understanding ("the New Employee MOU").

4.  Notwithstanding anything to the contrary in this Agreement, the Parties hereto agree that the terms and conditions applicable to permanent vacancies and new classifications at the Employer's Crown III operations shall be as follows:

5.  Once a permanent vacancy or new classification at the Crown III Mine has been posted under Article XVII of this Agreement and such vacancy or classification is not filled by either an active Employee at Crown III or by a member of the Crown III mine panel (mother panel), then prior to any other action, the Employer may post such vacant or new classification for bid by active Employees at the Employer's Crown II Mine and it shall be awarded to the successful bidder under the provisions of Article XVII of this Agreement. Notwithstanding anything in regard to the foregoing provision or its implementation no Common Seniority Unit and no Common Bargaining Unit shall exist between the Crown II Mine and the Crown III Mine.

## Section (e) Panel Custodians

The superintendent of the mine and the Recording Secretary of the local union shall be joint custodians of the panel records. It shall be the obligation of the laid-off Employee to keep the custodians of all mine panels on which he has listed as one to which he wishes to be recalled informed of any change of address and/or telephone number where he may be regularly reached. Notice to the last known address of the laid-off Employee by certified mail shall be sufficient notice of recall. The Employee so notified may either accept or reject work in the classification which is available; but if the Employee rejects a classification which he has listed as one to which he wishes to be recalled or fails to respond within four (4) calendar days after receipt of such notice or accepts but fails to report for work in a reasonable time his name shall be removed from all of the Employer's panels and shall have no further recall rights.

57

Article XVII

**Section (f) Panel Members Accrue Seniority**

Employees who are placed on a panel shall retain the seniority earned prior to their layoff, and, in order to protect their relative seniority standing, will continue to accrue seniority while on the panel. Laid-off Employees who place their names on panels at other mines shall not accrue seniority on the mine panels other than their own.

**Section (g) Right to be Recalled**

Any person on the panel list who secures casual or intermittent employment during the period when no work is available for him at the operation shall in no way jeopardize his seniority rights while engaged in such temporary employment. However, any person on the panel list who secures regular employment at another operation, or outside the industry, and does not return to work when there is available employment at the mine for those on said panel, shall have his name removed from the panel list and shall have no further recall rights.

**Section (h) Recall of Persons on Layoff Status**

When a classification or training vacancy at a mine exists which is not filled by Employees within the active working force or from the mine panel, the panel custodians will review the list of Employees on the panel from other mines and the Employer shall recall to employment Employees on layoff status in the following order:

(1) If there are no Employees on the mine panel with the ability to perform the work of the classification, then, Freeman shall recall the senior Employee who has such ability from Freeman's other mines within the same UMWA district who has requested his name to be placed on the panel at that mine and has listed the classification to be filled as one for which he wishes to be recalled (length of service with Freeman at a mine for purposes of this provision includes total years of service with Freeman within the UMWA district).

(2) If there are no Employees on the mine panel or the District-Freeman panel, who have the ability to perform the work of the classification, then, Freeman shall recall the senior Employee from Freeman's other mines located in geographically contiguous UMWA Districts who has such ability and is entitled to under Section (c)(5) and has requested his name to be placed on the panel at that mine and has listed the classification to be filled as one for which he wishes to be recalled (length of service with Freeman at the mine for purposes of this provision includes total years of service with Freeman).

(3) If there are no Employees on the mine panel or the District-Freeman panel or on the geographically contiguous District-Freeman panel, who have the ability to perform the work of the classification, then, Freeman shall recall the senior Employee from Freeman's other mines from the remaining UMWA districts, who has such ability and is entitled to under Section (c)(5) and has requested his name to be placed on the panel at the mine and has listed the classification to be filled

58

as one for which he wishes to be recalled (length of service with Freeman at the mine for purposes of this provision includes total years of service with Freeman).

Signatory companies and coal producing divisions thereof, and wholly owned and controlled coal producing subsidiaries and wholly owned and controlled coal producing affiliates, shall be treated as one and the same Employer for panel rights purposes.

**Section (i) Bidding**

Filling of all permanent vacancies and new classifications created during the term of this Agreement will be made on the basis of mine seniority as set forth in the following procedure:

(1) The classification or vacancy shall be posted by management in a conspicuous place at all portals of the mine for a period of five (5) calendar days, but no less than three (3) production days, and will be properly identified as to portal (underground mines), classification, wage rate, at non-rotating mines as to shift, and the most recent measurement of respirable dust in the work place (underground mines). If the new classification or vacancy does not yet exist, the estimated date when the classification or vacancy will exist will also be posted.

(2) Any Employee who believes he has the ability to perform the work of the permanent vacancy or new classification shall be entitled to bid on such vacancy during the five-day posting period.

In addition, eligible panel members will also be considered on the basis of seniority as defined in section (a) above for permanent vacancies or new classifications that the panel member listed as classifications to which he wished to be recalled. For purposes of this section, a panel member shall be presumed to have bid on each classification he has listed on his layoff form as one for which he wished to be recalled.

(3) At the close of the posting period, upon request, Freeman shall make available to the Union panel custodian, the names of all Employees who have bid and panel members who listed the classification as one for which they wished to be recalled. Within three (3) production days after the end of the posting period, the senior Employee having the ability to perform the work of the classification (including panel members) making a bid for such permanent vacancy or new classification shall be selected from the applicants.

In order to fill the present classification of the successful bidder, he may be required to remain on his present classification for a period of time not to exceed thirty (30) days. If during that thirty (30) day period, the classification for which he has been selected is filled by any other Employee, the successful bidder shall receive the established rate of pay for the classification for which he has been selected--if that rate is higher than his present rate--for the actual hours he would have worked in the new classification had he not been retained on his present classification.

(4) All Employees absent from work due to illness or other legitimate reason during the posting period shall be notified by management of the vacancy. An Employee who is on leave of absence working for the local, district or International Union, if he so requests, shall also be notified by management of the vacancy. Freeman shall, on the date of the posting, give notice to such Employees by certified mail to their last known address.

(5) During the posting period and the selection period, the management shall have the right to fill such vacancy with an Employee they may select. However, the experience an Employee has gained during the posting and selection period shall not be considered as evidence of his ability to perform the work of the classification.

(6) No claim shall be recognized by either Freeman or Union representatives for any vacancy after the posting period and the classification has been filled by the senior Employee making a bid for the same who has the ability to perform the work of the classification.

(7) If the senior Employee bidding withdraws his bid before the end of the posting period, notice of the withdrawal shall be posted next to the classification posting and the posting period shall be extended for at least forty-eight (48) hours to include at least two full production days.

(8) On no more than two occasions during the term of this Agreement may an Employee be awarded a vacancy or new classification which carries the same or lower standard daily wage rate than the classification from which he is bidding; except, however, that if there are otherwise no eligible bidders, the senior bidder who has the ability to perform the work of the classification shall be awarded such vacancy or new classification. Assignment upon realignment or upon being recalled from a panel shall not constitute a bid for purposes of this paragraph, but shall be considered the classification from which the Employee is bidding for purposes of determining his eligibility for award of the classification he next bids. This paragraph shall not operate to deny an Employee the award of a bid from an inside classification to an outside classification provided that Employee has not previously, during the term of this Agreement, successfully bid from an inside classification to an outside classification; nor shall it operate to deny an Employee the award of a bid from a classification to which he was realigned if such classification to which he was realigned carries a higher standard daily wage rate than the classification to which he last bid before the realignment. No limitation will apply to an Employee who bids on a vacancy or new classification which carries a higher wage rate than his present rate.

(9) If an Employee withdraws his bid before the end of the posting period, he shall be ineligible for that classification in that instance, but shall retain all bidding privileges for all subsequent classifications. If an Employee does not withdraw his bid before the end of the posting period and is selected for the classification, he must accept the classification provided the classification was properly identified.

(10) If the classification which is posted involves work in a "less dusty area" of the mine (dust concentrations of less than one milligram per cubic meter), the provisions of this Article shall

60

not apply if one of the bidders is an Employee who is not working in a "less dusty area" and who has received a letter from the U.S. Department of Health and Human Services informing him that he has contracted black lung disease and that he has the option to transfer to a less dusty area of the mine. In such event, the classification in the less dusty area must be awarded to the letterholder on any production crew who has the greatest mine seniority. Having once exercised his option, the letterholder shall thereafter be subject to all provisions of this Article pertaining to seniority and bidding. This section is not intended to limit in any way or infringe upon the transfer rights which letterholders may otherwise be entitled to under the Act.

## Section (j) Training for Vacancy Not Filled by Bidding

Subject to the provisions of Article XVI (Training), a permanent vacancy and new classification which remains unfilled after having been posted in accordance with the provisions of Section (i) of this Article may be filled by hiring a new applicant who has the ability to perform the work. If no such applicant is available, and the vacancy is to be filled, a training opportunity for such vacancy shall be posted for a period of seven calendar days, but no less than five (5) production days, and will be identified as a training opportunity for the specific classification involved. The Employee who is to be trained shall be selected from the applicants in accordance with the provisions of Article XVI, Section (g) (Training).

The successful applicant shall be offered such on-the-job training or other more formal training opportunities and instruction as determined by management, taking into consideration the complexity, skill and knowledge required for successful performance of the specific classification in question.

## Section (k) Transfer to Other Mines of Employer

Employees laid off in a reduction in force shall at their request be placed on the panel of the other mine or mines of Freeman in the same UMWA district and the Employee's choice of other UMWA districts, provided that Employees laid off after the Effective Date of this Agreement shall make their requests in writing within the five (5) calendar days following their layoff. Signatory companies and coal producing divisions thereof and wholly owned and controlled coal producing subsidiaries and wholly owned and controlled coal producing affiliates shall be treated as one and the same Employer for panel rights purposes.

When a mine is being abandoned or being closed or there is a reduction in force and work is available at the other mine or mines of Freeman and the Employees have requested their names be placed on the panel or panels of such mine or mines, the Employees from the mine being abandoned or closed or the Employees laid off in the reduction in force, shall be transferred to the other mine or mines where work is available. They shall be transferred in line with their position on their former mine's panel list but their seniority at the mine to which they are being transferred shall not begin until the date they start work at the new mine with the following exceptions:

61

When Employees from the mine being abandoned or closed are required to remain there to assist in closing or dismantling work, they will have the right to transfer later, but their seniority will be retroactive to the date when they would have been transferred had they not been required to remain at the mine being abandoned on dismantling work.

Should such closed or abandoned mine be reopened or should work be available for the Employees laid off in a reduction in force, they will be permitted to return to the former mine with full accumulated seniority therein.

## Section (l) Leave of Absence

Employees who have an official request for a leave of absence shall be granted leave to participate in Union activities and to serve as district or international officers or representatives and shall retain their seniority and accrue seniority while they are on such leave. Employees who have an official request for a leave of absence shall be granted leave to accept a temporary Union assignment, not to exceed four (4) consecutive months, and upon the expiration of such leave shall be entitled to return to their former classifications and shifts. Except in cases of District or International Conventions or District Conferences relating to national contract negotiations, no more than two (2) Employees may accept such temporary Union assignments from the same mine at the same time. Permanent Union appointees and those Employees who are elected to district or international office shall be entitled to return to a classification, provided that Employees with greater seniority at the mine are not on layoff status, and may bid on such vacancies as are posted. Where, by prior practice or custom, a permanent Union officer or appointee is entitled to return to his classification, that practice shall be continued. This provision is retroactive to April 1, 1964.

## Section (m) Permanent and Temporary Supervisors

Employees who are promoted to a permanent supervisory position exempt from coverage under this Agreement and Employees who are permanent supervisors on the Effective Date of this Agreement shall forfeit their original seniority and panel rights.

Employees may perform supervisory work exempt from this Agreement on a temporary basis, not to exceed sixty (60) working days (cumulative) during any contract year, without loss of seniority.

## Section (n) Shift Preference

When a permanent vacancy or new classification is filled at a mine where shift rotation is not practiced, the Employee with the greatest seniority shall be given preference with respect to the day, afternoon and midnight shift work, on the basis of the same procedure set forth in the bidding section of this Article.

**Section (o) Potential Job at Crown III**

Notwithstanding anything to the contrary in this Agreement, the Parties hereto agree that the terms and conditions applicable to permanent vacancies and new jobs at the Employer's Crown III operations shall be as follows:

(1)    Once a permanent vacancy or new job at the Crown III Mine has been posted under Article XVII of this Agreement and such vacancy or job is not filled by either an active Employee at Crown III or by a member of the Crown III mine panel (mother panel), then prior to any other action, the Employer may post such vacant or new job for bid by active Employees at the Employer's Crown II Mine and it shall be awarded to the successful bidder under the provisions of Article XVII of this Agreement. Notwithstanding anything in regard to the foregoing provision or its implementation no Common Seniority Unit and no Common Bargaining Unit shall exist between the Crown II Mine and the Crown III Mine.

## Article XVIII -- This Article Has Been Intentionally Omitted

## Article XIX—CLASSIFICATION

**Section (a) Working in Classification**

An Employee shall normally be assigned to duties customarily involved with his regular classification in accordance with the following principles.

**Section (b) Temporary Assignments**

(1) Every reasonable effort shall be made to keep an Employee at work on the job duties normally and customarily a part of his regular classification, and to minimize to the extent practicable the amount of temporary assignments of particular individuals to other classification. However, where a senior Employee has expressed a desire to improve his ability to perform work within a classification to which he wishes to be promoted, to the extent practicable, he shall be given a preference in filling temporary assignments in regard to that classification.

(2) For each classified Employee every reasonable effort shall be made to keep such Employee at work within his designated classification, and to minimize to the extent practicable the amount of temporary assignments of a particular individual to work within a classification other than within his classification. However, where a senior Employee has expressed a desire to improve his ability to perform work within another classification to which he wishes to be promoted, to the extent practicable, he shall be given a preference in filling temporary assignments in regard to such classifications.

63