E-FILED
Friday, 19 August, 2005 · 11:06:22 AM
Clerk, U.S. District Court, ILCD

**Article XX-B**

1. The Trustees shall have the same powers, duties, and responsibilities with respect to the Savings Plan and Trust as are set forth in Article XX of this Agreement, and the powers, duties, and responsibilities set forth in the Savings Trust documents, and this Article.

2. The Employers whose Employees participate in the Savings Plan and the Union shall have the powers, duties, and responsibilities with respect to the Savings Plan and Trust set forth in Article XX, Sections (d)(2)-(8) and (10) and Sections (e)-(g), the Savings Trust document, and this Article.

3. Administrative costs incurred after the Effective Date will be borne by the Employers whose Employees participate in the Savings plan, subject to the Memorandum of Understanding entered into by the UMWA and BCOA regarding administrative costs, a copy of which is incorporated by reference and made a part of this Agreement. In order to implement this provision, BCOA may set an hourly rate for contributions to be made to the Savings Plan for any period during the term of this Agreement. These contributions, which shall be made on hours worked and which may be adjusted from time to time, shall be made by Freeman during the term of this Agreement. For purposes of this provision, the term "administrative costs" shall not include costs attributable to or in any way related to any period prior to the Effective Date of this Agreement, and in particular, shall not include any obligations incurred prior to the date or relating to costs incurred prior to that date.

4. Payments required under this Article shall be made on the 10th day of the month following the month for which the payment is owed. Payments shall be delivered or mailed to the place designated by the Trustees of the Fund.

5. It shall be the duty of Freeman to keep current said payments due to the Plan and to furnish to the International Union, United Mine Workers of America, and to the Trustees of the Plan, a monthly statement showing on a mine-by-mine basis, the full amounts due hereunder, the hours worked with respect to which any amounts are payable, and any other information, requested by the Trustees, relating to deferred wages to be paid to the Plan.

6. Failure of Freeman to make full and prompt payments to the Plan in the manner and on the dates herein provided shall be deemed a violation of the Agreement. This obligation of each Employer signatory hereto, which is several and not joint, to so pay such sums shall be a direct and continuing obligation of said Employer, and it shall be deemed a violation of this Agreement if any mine, preparation plant or other facility to which this Agreement is applicable shall be sold, leased, subleased, assigned or otherwise disposed of for the purpose of avoiding any of the obligations hereunder.

7. Freeman agrees to give proper notice to the President of the appropriate local union by the 18th day of each month that Freeman has made the required payment to the Plan for the previous month, as required by this Article, or is delinquent in such payment, such notice to set forth the amount paid to the Plan, or the amount of delinquency and, where pertinent, the hours worked with respect to the mine or mines under the jurisdiction of such local union.

## Section (f) Investments

Each participant shall have the opportunity to select an investment vehicle for his or her individual account balance, or may apportion his or her account balance among two or more such investment vehicles, subject to reasonable rules and regulations adopted by the Trustees.

1. The investment vehicles among which Employees may choose shall contain a broad range of investment alternatives. In addition to any investment vehicles selected by the Trustees, the range of investments offered to Employees shall include at least two (2) vehicles selected by the Trustees from a list prepared by the UMWA and two (2) vehicles selected by the Trustees from a list prepared by the BCOA. In lieu of presenting a list of investment vehicles, the UMWA and/or the BCOA may specify criteria by which the Trustees shall select the two designated investment vehicles.

2. Participants shall have the opportunity to elect alternative investment vehicles no more than four (4) times per year, in accordance with reasonable rules and regulations adopted by the Trustees.

## Section (g) Plan and Trust Provisions

The Trust and Plan are incorporated by reference and considered a part hereto. In the event that any provision of this Article or of any Plan or Trust created pursuant hereto shall violate applicable law, then the parties hereto shall meet to engage in good faith negotiations to agree upon a means of correcting such illegality, so as to effect the intent hereof; except that the Trustees may adopt any amendments necessary to conform the Plan or Trust to the requirements of ERISA, or any other applicable federal law, and the regulations issued thereunder.

## Article XX-C—NEW FREEMAN UNITED RETIREMENT PROGRAM

## Section (A) General Purpose

The Company will cause to be established (as part of a new or existing Pension Plan as the Company deems desirable) a "Pension Benefit" for Employees who retire on and after the date of this Agreement as described below:

## Section (B) Pension Benefits

(1)    Pre-Medicare Supplemental Pension Benefits

An Eligible Employee who (i) terminates active employment with at least twenty (20) years of Continuous Service or (ii) retires from active employment after reaching age fifty-five (55) with at least ten (10) years of Continuous Service, will receive a Supplemental Monthly Pension Benefit and a Supplemental Annual Pension Benefit. The Supplemental Monthly Pension Benefit will commence on the first day of the month following the later of the Eligible Employee's retirement

100

or his fifty-fifth (55th) birthday. The Supplemental Annual Pension Benefit will commence on the first day of the calendar year following the later of the Eligible Employee's retirement or his fifty-fifth (55th) birthday. The Supplemental Monthly Pension Benefits will cease on the first day of the month immediately preceding the Eligible Employee's attainment of age sixty-five (65) or, if later, the earliest that the Eligible Employee can obtain coverage under Medicare. The Supplemental Annual Pension Benefit will cease on the first day of the calendar year containing the Employee's sixty-fifth (65th) birthday or, if later, the earliest that the Eligible Employee can obtain coverage under Medicare.

Except as provided below, the Supplemental Monthly Pension Benefit will be equal to five hundred-fifty dollars ($550) per month payable while the Employee is alive plus five hundred-fifty dollars ($550) per month payable while the Employee's Eligible Spouse is alive. The Supplemental Annual Pension Benefit will be equal to one thousand five hundred dollars ($1,500) per year while the Employee is alive, first five (5) years of this Agreement. In the event that both the Employee and the Eligible Spouse die before the Employee would have attained age sixty-five (65), no further payments will be made.

In the event that an Eligible Employee is entitled to benefits under this Section (B)(1) but can obtain coverage under Medicare, the Supplemental Monthly Pension Benefit payable on behalf of the Employee will reduce to two hundred seventy-five dollars ($275) per month while the Employee is alive, the Supplemental Monthly Pension Benefit payable on behalf of the Employee's Eligible Spouse will reduce to two hundred seventy-five dollars ($275) per month if the Spouse can also obtain coverage under Medicare, and the Supplemental Annual Pension Benefit will be one thousand five hundred dollars ($1,500) for the first five (5) years of this Agreement.

(2)    Age 65 Pension Benefits

For an "Eligible Employee" who retires or terminates from active employment with five (5) or more years of Continuous Service, the Company will provide or cause to be provided an Age 65 Monthly Pension Benefit and an Age 65 Annual Pension Benefit. The Age 65 Monthly Pension Benefit will commence on the first day of the month following the later of attainment of age sixty-five (65) or the date of retirement/termination. The Age 65 Annual Pension Benefit will commence on the first day of the calendar year following the later of attainment of age sixty-five (65) or the date of retirement/termination. However, benefits under this Section (B)(2) shall not be payable during any period in which benefits are also payable under Section (B)(1).

(2) (a) For an Employee who (i) terminates active employment with at least twenty (20) years of Continuous Service, or (ii) retires from active employment after reaching age fifty-five (55) with at least ten (10) years of Continuous Service, the Age 65 Monthly Pension Benefit will equal two hundred seventy-five dollars ($275) per month payable for the life of the Employee plus two hundred seventy-five dollars ($275) per month payable for the life of the Employee's Eligible Spouse and the Age 65 Annual Pension Benefit will equal one thousand five hundred dollars ($1,500) per year payable for the life of the Employee for the first five (5) years of this Agreement.

101

(2) (b) For an Employee who retires from active employment after reaching age fifty-five (55) with at least five (5) years of Continuous Service but less than ten (10) years, the amounts described in (2)(a) will be reduced by multiplying such amounts by the ratio of his years (and completed twelfths) of Continuous Service to ten (10) years.

(2) (c) For an Employee who terminates active employment before reaching age fifty-five (55) and with less than twenty (20) years of Continuous Service, the amounts described in (2)(a) will be reduced by multiplying such amounts by the ratio of his years (and completed twelfths) of Continuous Service to the years (and completed twelfths) of Continuous Service the Employee would have completed had he worked until age sixty-five (65).

**Section (C) Survivor Benefits**

(1)     <u>Benefits Upon Death Prior to Retirement</u>

In the event an Eligible Employee dies prior to retirement leaving a Surviving Spouse, such Surviving Spouse will receive one-half (1/2) of the Age 65 Monthly Pension Benefit and the Age 65 Annual Pension Benefit that the Employee would have received had the Employee terminated active employment on the date of his death (or his actual date of termination, if earlier), survived to age sixty-five (65) (or his date of death, if later) and at that time commenced receiving the Age 65 Monthly Pension Benefit and the Age 65 Annual Pension Benefit as described in Section (B)(2).

In addition, if the Employee was under age sixty-five (65) at the time of death but had either (i) completed at least twenty (20) years of Continuous Service or (ii) died while in active employment after reaching age fifty-five (55) with at least ten (10) years of Continuous Service, his Surviving Spouse will receive five hundred fifty dollars ($550) per month commencing on the first of the month following the later of the date the Employee would have attained age fifty-five (55) or the Employee's date of death plus seven hundred fifty dollars ($750) per year commencing on the first day of the calendar year following the later of the date the Employee would have attained age fifty-five (55) or the Employee's date of death, for the first five (5) years of this Agreement. The monthly payment will cease on the first of the month immediately preceding when the Employee would have attained age sixty-five (65) or the spouse's date of death, if earlier. The annual payment will cease on the first of the calendar year containing the date the Employee would have attained age sixty-five (65) or the spouse's date of death, if earlier.

(3)     <u>Benefits Upon Death While Receiving Benefits</u>

In the event an Eligible Employee dies leaving an Eligible Spouse and the Employee was receiving benefits at the time of his death, the Eligible Spouse portion, if any, of the Supplemental Monthly Pension Benefit and one-half (1/2) of the Supplemental Annual Pension Benefit will continue to the Eligible Spouse until the Employee would have attained age sixty-five (65), or the spouse's death, if earlier. In addition, the Eligible Spouse portion of the Age 65 Monthly Pension Benefit and one-half (1/2) of the Age 65 Annual Pension Benefit will be payable for life to the Eligible Spouse.

102

The Age 65 Monthly Pension Benefit will commence on the first of the month following the later of the date the Employee would have attained age sixty-five (65) or the Employee's date of death. The Age 65 Annual Pension Benefit will commence on the first of the calendar year following the later of the date the Employee would have attained age sixty-five (65) of the Employee's date of death.

In the event the Eligible Spouse dies prior to the date a payment becomes payable, no further benefits will be paid.

## Section (D) Miscellaneous

(1)    Eligible Employee

For purposes of this Article, an Eligible Employee means an Employee of the Company who retires or terminates from active employment with the Company on or after ratification of this Agreement and while this Agreement remains in effect; and Eligible Employees who so retire shall be entitled to the benefits and benefit levels provided for in this Attachment A without reduction. Eligible Employees shall also include individuals on lay off status who have at least 20 years of Signatory Service on the Effective Date of this Agreement and whose last Signatory employment was with the Company.

(2)    Eligible Spouse

For purposes of Section (B)(1), (B)(2)(a) and (B)(2)(b), an Eligible Spouse means the lawful spouse to whom the Eligible Employee has been continuously married for a period of at least one (1) year immediately preceding the date the Employee's benefit commences.

For purposes of Section (B)(2)(c), an Eligible Spouse means the lawful spouse to whom the Eligible Employee has been continuously married for a period of at least one (1) year immediately preceding the date the Employee retires or terminates from active employment with the Company.

(3)    Surviving Spouse

For purposes of this Article, a Surviving Spouse means a lawful spouse to whom the Eligible Employee has been continuously married for a period of at least one (1) year immediately preceding death.

(4)    Continuous Service

For purposes of this Article, an Employee will receive credit for one year of Continuous Service for each calendar year including or following the Effective Date of this Agreement during which the Employee works one thousand (1,000) hours for the Company. For Employees of the Company who are actively employed, or are on lay off status and have at least 20 years of Signatory Service, on

the Effective Date of this Agreement, Continuous Service will also include Signatory Service for calendar years completed prior to the Effective Date of the Agreement.  For individuals who are not actively employed with the Company and have less than 20 years of Signatory Service on the Effective Date of this Agreement, Continuous Service will include only prior Signatory Service and only after such Employees complete three (3) years of active working employment with the Company subsequent to the Effective Date of the Agreement or become totally and permanently disabled or die while in active employment after completing at least one (1) year of active working employment subsequent to the Effective Date of this Agreement, or such Employee completes one (1) year of active working employment with the Company subsequent to the Effective Date of this Agreement and is permanently laid off.

(5)    Application For Pre-65 Benefits

As a prerequisite for receipt of pre-65 benefits, an Eligible Employee, or the Surviving Spouse, must apply for benefits in writing.  No benefits will be payable for any periods prior to when such formal application is received.

(6)    Pension Plan

The Pension Benefits described will be provided by a Pension Plan which complies with the Employee Retirement Income Security Act (ERISA) and the Internal Revenue Code (IRC).  The Company will have the right to amend such pension plan in any respect as the Company deems desirable in its sole discretion or as is necessary to maintain compliance with ERISA and the IRC. Notwithstanding the prior sentence, the Company will not amend such Pension Plan so as to reduce or diminish the Pension Benefits provided hereunder during the term of this Agreement.

## Article XXI--SURFACE MINES

### Section (a)  Parking Areas

At each surface mine covered by this Agreement,  Freeman shall designate a parking area, or parking areas, where each Employee will have the opportunity to report to be transported to his jobsite if he so desires. The parking area shall be connected to a public road by an access road provided and maintained as required by Article XXII, Section (b), of this Agreement (Miscellaneous). At the parking area Freeman shall provide a parking lot conforming to the standards established by Article XXII, Section (c), of this Agreement (Miscellaneous). Such areas are not considered permanent and may be changed and moved as warranted by operating considerations.  Freeman shall provide transportation by company vehicle for surface mine crews and maintenance Employees from the parking area to the jobsite and back. The regular transportation at the beginning and the end of shifts shall be operated by Employees covered by this Agreement. Employees will be required to be at parking areas at least fifteen (15) minutes before their regular starting times, and  Freeman will be required to pick up Employees within fifteen (15) minutes after their regular quitting time, or overtime worked. For waiting time at the jobsite in

104

Article XXI

excess of fifteen (15) minutes, the Employee will be paid at the overtime rate applicable. Bulletin boards will be provided by Freeman at the parking area for the purpose of posting job vacancies, Union information, and other pertinent notices.

**Section (b)  Manning of Surface Mining Equipment**

(1) Stripping and loading equipment at surface mines will be manned by classified Employees as follows:

(i) Draglines and shovels up to twelve (12) yards in size shall be manned by an operator when the machine is in sight and hearing of other Employees, and at other times shall be manned by an operator and another classified Employee. Where by prior practice and custom an oiler or a groundman has been assigned to such machines, that practice shall continue.

(ii) Draglines and shovels from twelve (12) to thirty (30) yards in size shall be manned by an operator and an oiler. However, where by prior practice and custom a groundman has been assigned to such machines, that practice shall continue.

(iii) Draglines and shovels thirty (30) yards to sixty-five (65) yards in size shall be manned by an operator, an oiler and a groundman.

(iv) Draglines and shovels sixty-five (65) yards and larger in size shall be manned by an operator, an oiler and a groundman, and at least one (1) additional Employee who shall be an operator, oiler, groundman, or a mechanic, electrician or welder.

(2) Duties of Oiler

The oiler shall service the shovel or dragline to which he is assigned. Oilers servicing machines under 12 yards in size shall not be required to be within the swing of the boom. On other machines, the oiler will stay within the swing of the boom of the machine to which he is assigned except when performing duties customarily associated with his job at the machine. The regular classified oiler shall, as part of his duties, learn to perform the duties of the machine operator through an on-the-job break-in under the machine operator's guidance. After such break-in period, the oiler shall operate the dragline or shovel to periodically relieve the operator as directed by the Employer. When performing the operator's duties, the oiler shall be paid the operator's rate.

(3) Duties of Groundman

The groundman's duties shall include the following: knocking down the roll; steering the machine; leveling the machine; moving cable for the machine; and performing such other duties as are customarily associated with his job at the machine.

(4) Drill Helper

A drill helper shall be assigned to pneumatic drills drilling holes six inches or larger in diameter. The drill helper shall be in the immediate area of the drill to which he is assigned while the drill is in operation. When the drill is not in operation, he may assist the shooter in the loading of holes. Where by prior practice and custom a shooter helper has been assigned to assist the shooter, that practice shall continue.

## Section (c)  Eating Place

Freeman shall provide a centrally located eating place at each major pit which may be either a permanent or portable structure and which Freeman shall keep clean and adequately heated and ventilated to assure reasonably comfortable conditions in all seasons. Where the Employee has access to the cab of the machine or vehicle, such cab shall be considered acceptable and may be used as an eating place.

## Section (d)  Cabs

All cabs of vehicles and heavy machinery shall be adequately heated and ventilated to assure reasonably comfortable working conditions in all seasons.

## Section (e)  Special Health and Safety Problems in Surface Mines

(1) A new and inexperienced Employee with less than forty-five (45) working days experience in surface mining shall not be required to work alone in any areas where he cannot be seen or his cries for help heard. During his first forty-five (45) working days a new inexperienced Employee shall be given adequate instruction by his Employer on the work practices and mining conditions in the mine in which he is working.

(2) Repairs on electrical components or circuits supplying power to any device or equipment located at a surface mine shall be done by qualified UMWA electricians except to the extent that such work may be performed by others under the provisions of Article IA (Scope and Coverage). When an Employee believes that proper tests have not been made on electrical components or circuits to ensure their safe operation, or that an electrical circuit is not in compliance with applicable state or federal laws or regulations, Freeman must comply with the Employee's request that the condition complained of be examined by a qualified person as defined above. No Employee raising a question regarding the safety of electrical circuits or components shall be subject to discipline or discrimination.

(3) All excavation machinery sixty-five (65) yards and larger in size shall be equipped with intercom units or another no less effective communicative device.

106

(4) All trucks operating on or around the mine property shall be equipped with at least two back-up mirrors, one located on each side of the truck, convenient for the operator's use.

(5) All machinery equipped with internal combustion engines shall have the exhaust system installed so as to minimize the Employee's exposure to fumes.

(6) When necessary to allay dust on haulage roadways and in the pit area, the road shall be watered, or some other means used to allay the dust when needed. In the winter months when freezing may occur, effective means shall be used to alleviate slippery conditions on such roadways.

(7) All entrances to blasting areas shall be guarded to prevent unauthorized access during blasting. Blasting activities shall be performed in accordance with applicable federal and state laws and regulations which are incorporated herein by reference.

(8) Whenever a haulage truck crosses a public road, safeguards will be taken to assure safe crossing.

(9) When Freeman transports coal from its tipple or other loading point by its train to another of its loading or dumping points, a classified Employee shall be assigned as a brakeman, switchman, or trip rider to assure safe operation.

(10) All haulage roads on mine property shall be maintained in safe and serviceable condition.

(11) Freeman shall provide an ample supply of potable drinking water to all Employees at all times when they are working and shall be responsible for assuring that water containers are kept clean.

### Section (f)  Toilets

Freeman shall provide sanitary ventilated toilets for the use of Employees at the jobsite and shall be responsible for keeping those facilities clean.

### Section (g)  Swing Shift

A swing shift shall be used for stripping shovels, draglines, overburden drills and all other classifications which regularly work seven days a week where recognized by local agreement. When the operator uses a swing shift the regular crews shall be assured of six days each week except weeks in which holidays occur.

107

**Section (h)  Leasing of Employees' Vehicles**

The renting of Employees' trucks or vehicles is prohibited except where the Employee voluntarily accepts a rental agreement for his vehicle. No Employee shall be disciplined or discriminated against for refusing to accept such an agreement.

**Section (i)  Production and Processing of Coal at Surface Mines**

Upon approval by two-thirds of the local union members employed at the mine, Freeman may elect to extend the work day of Employees engaged in the mining and loading of coal to shifts of eight (8) hours; provided that Employees who work eight (8) hour shifts shall be regularly paid a minimum of three-quarter (3/4) hours of overtime at applicable rates, and that work on the seventh consecutive day shall remain optional. Additionally, Freeman and the local union shall agree prior to the institution of such system upon methods to insure that overtime is equally shared and that swing crews are utilized in accordance with the provisions of Section (g) of this Article. No Employee shall be disciplined or discriminated against for exercising his right to refrain from work on the seventh consecutive day.

## Article XXII--MISCELLANEOUS

**Section (a)  Bathhouse**

Freeman shall provide bathhouse facilities for all classified Employees complying with the standards established in regulations promulgated by the U.S. Department of Labor under the Federal Mine Safety & Health Act of 1977. It shall be the responsibility of Freeman to see that bathhouse facilities are maintained in clean and sanitary condition. There shall be no charge by Freeman for use of a bathhouse or washroom. Freeman will furnish soap in the bathhouse or washroom. The bathhouse shall be heated sufficiently to dry the Employee's working clothes. Where Freeman has successfully petitioned for modification of the mandatory health and safety standards relating to bathhouses and washrooms, and is not required to furnish a bathhouse or washroom, Freeman must make other satisfactory arrangements with the UMWA District to compensate the Employees affected.

**Section (b)  Access Roads**

Freeman shall maintain mine access roads in reasonably good condition to permit safe passage by Employees and their vehicles. An access road is a road providing access from a public road to the location where Employees report to work. This provision imposes no responsibility on the Employer for maintenance of any public road.

Article XXII

### Section (c)  Parking Facilities

Freeman shall provide and maintain an adequate parking facility for Employees' vehicles. Where such facility is permanently located, it shall be adequately lighted.

### Section (d)  Bulletin Boards

Freeman agrees to provide bulletin boards or bulletin spaces for the Union's use, and the Union agrees to post notices or information of interest to the Union.

### Section (e)  Coke and Cleaning Plants

Proper rules may be negotiated by Freeman with the District President subject to approval of the International Union to provide for continuous operation of coking and cleaning plants.

### Section (f)  Compulsory Retirement

No Employer will have a policy of compulsory retirement based solely on age for the Employees covered by this Agreement.

### Section (g)  House Coal

House coal shall be sold to all Employees (including retired Employees or their widows and the widows of Employees of the company) who live within a reasonable distance of the mine, for their own household use, at the cost of production exclusive of sales and administrative costs.

### Section (h)  House Rent

Equitable adjustment of house rents shall be made by Freeman and the District President subject to approval of the International Union.

### Section (i)  Attendance Control

(1) The Attendance Control Program described in Paragraph 4 of the 1998 MOU shall only apply to Employees who were actively working for less than twenty-four (24) months prior to the Effective Date of this Agreement. Each individual with more than twenty-four (24) months of active work on the Effective Date shall be covered by and subject to the Standard Attendance Control Program set forth in paragraph (3) of this Section (i).

(2) At any facility where an attendance control program was in effect at the expiration of the National Bituminous Coal Wage Agreement of 1978, that program will remain in effect for the term of this Agreement unless within thirty (30) calendar days following the Effective Date of this Agreement either the Employer or the Local Union gives notice to the other to terminate that

109

attendance control program. If termination notice is given, the Employer may, within thirty (30) days of that notice, elect to implement the Standard Attendance Control Program in Section (i)(2) below or have no program.

At any facility where there was no attendance control program in effect at the expiration of the National Bituminous Coal Wage Agreement of 1978, the Employer may within thirty (30) calendar days following the Effective Date of this Agreement, elect to implement the Standard Attendance Control Program in Section (i)(2) below or have no program.

Within thirty (30) days following the opening of a new facility covered by this Agreement or within thirty (30) days following the reopening of a facility which was not operational on the Effective Date of this Agreement, the Employer may also elect to implement the Standard Attendance Control Program in Section (i)(2) below or have no program.

Whichever means of attendance control is elected shall remain in full force and effect for the term of this Agreement.

(3) Standard Attendance Control Program

Regular work attendance shall be required for all Employees and all absences must be accounted for. Each mine, or other facility shall maintain a record of individual absenteeism and administer this program to reduce absenteeism in accordance with local policy, contractual obligation and sound judgment. An Employee who makes a habit of laying off for single days other than for good cause or proven sickness and continues to do so after having been warned by Management with notice to the Mine Committee may be suspended with the intent to discharge.

If an Employee accumulates six (6) single days of unexcused absence in a 180 day period or three (3) single days of unexcused absence in a thirty (30) day period, he shall be designated an "irregular worker" and will be subject to the following progressive steps of discipline.

**Step 1**
If the irregular worker is absent (unexcused) for one (1) additional day within 180 days of the unexcused absence which caused him to be designated an irregular worker, he may be called in for a personal interview with Mine Management and may be given a written warning notice. A copy of the notice shall be retained at the mine and a copy sent to the Mine Committee.

**Step 2**
If the irregular worker is then absent (unexcused) for one (1) additional day within 180 days of the warning notice, he may be suspended for two (2) working days. Written notice of this suspension will be given to the Employee with a copy to the Mine Committee, which notice shall indicate that this is the second and final warning.

**Step 3**

If the irregular worker is then absent (unexcused) for one (1) additional day within 180 days of the last day of the two (2) day suspension, he may be suspended with intent to discharge.

An Employee who works a full 180-day period following the issuance of any discipline under this program without one (1) day of unexcused absence will no longer be determined an irregular worker and his record will be cleared of all prior discipline under this program.

(4) Nothing in this Section shall preclude the Employer from establishing or enforcing work rules regarding tardiness and leaving the shift early.

(5) Absences of Two Consecutive Days

When any Employee absents himself from his work for a period of two (2) consecutive days without the consent of the Employer, other than because of proven sickness, he may be discharged. This provision shall apply to all locations regardless of whatever attendance control program (if any) is elected or retained at any location.

## Section (j)  Memorial Periods

(1)  The International Union, United Mine Workers of America, may designate memorial periods not exceeding a total of ten (10) days during the term of this Agreement at any mine or operation provided it shall give reasonable notice to Freeman.

(2) Notwithstanding anything to the contrary in paragraph (1) of this Section (j), during the years 2005, 2006 and 2007, the Employer shall not be subject to this Section (j) and Memorial Periods shall not be designated or in effect at any of the Employer's mines or facilities unless upon five (5) days notice the International Union designates a Nation-wide Memorial Period covering all the signatory mines and facilities in the United States; or upon five (5) days notice District 12 designates a district-wide Memorial Period covering all the signatory mines and facilities in District 12.  Notwithstanding the foregoing, in any event the total number of Memorial Days permitted by this Section (j) shall not exceed a total of ten (10) during the term of this Agreement at any mine or facility of the Employer.

## Section (k)  Closing Following Fatal Accident

In addition to the memorial period provisions to be designated under Section (j) work shall cease at any mine on any shift during which a fatal accident occurs, and the mine shall remain closed on all succeeding shifts until the starting time of the next regularly scheduled work of the shift on which the fatality occurred.

111

Article XXII

## Section (l)  New Machinery

The right to install and operate new types of equipment is recognized. When such equipment is to be installed which is not already in use in the industry, Freeman shall give thirty (30) days advance notice to the president of the UMWA District in which the new type of equipment is to be located. During this period the two parties shall make every effort to agree upon the job grade in Appendix A which shall apply, as well as the manning requirements on the equipment. If no agreement is reached, the equipment may be put into experimental operation utilizing temporary assignments under the direction of members of management and the manufacturer's representatives.

Thereafter, if no agreement is reached within thirty (30) days (except downtime) from the time the equipment is placed into experimental operation, such equipment may continue in service with classifications and manning requirements established by Freeman. Freeman shall consider recommendations of the District President with respect to manning requirements, and if Freeman accepts and puts those recommendations into effect, the matter of manning shall be considered settled. If Freeman fails to adopt the recommendations of the District President, the equipment may continue in service with manning requirements established by Freeman. Employees shall have the right to file and process grievances as to manning and classifications under Article XXIII. Should the Employees prevail in such grievance proceedings, the arbitrator shall grant retroactive relief with respect to classifications.

## Section (m)  Pay Day

All Employees will be paid at least every two (2) weeks. Payment shall be made by cash or check with recognition for legitimate deductions. The discounting of earnings through the use of scrip or tokens is prohibited. The Employee shall receive, with his pay, a plain statement itemizing the number of hours worked during the pay period and, if practicable, setting forth the straight time, overtime and premium time hours worked during the pay period. The statement shall also itemize all payroll deductions.

## Section (n)  Lunches

Any classified Employee working two (2) or more hours in addition to his own regular shift or who is called back to work after leaving Freeman's premises shall be provided a lunch at the Employer's expense.

## Section (o)  Portals

Except as otherwise provided in Article XXI, Section (a), (Surface Mine Parking Areas), Freeman shall have the right to designate the portal or portals and may move or establish new portals if adequate facilities, conveniences and safety are furnished the Employees at such new portals when such new portals are placed in use, subject to the right of review on the part of the Union.

112

## Section (p)  Tools

The Employer shall furnish all necessary mine workers' tools.

## Section (q)  Tramming

The machine operator's rate or the helper's rate (where applicable) will be paid for the tramming of mobile loading, cutting, continuous mining or related machines and equipment from one location to another.

## Section (r)  Local Union Meeting Place

At each of the mines covered by this Agreement, Freeman agrees to permit the local union to use the bathhouse as a meeting place, provided, however, that such use does not interfere with production or the intended use of these facilities.

## Section (s)  Bonus Plans

(1)    Procedures

The Employer, in its sole discretion, may establish, revise, or terminate a bonus plan that will not adversely affect safety, each Employee will have an opportunity for a share in some manner and will be in accordance with the following procedures:

(a)The Employer shall notify the Mine Communication Committee of its intention to install a bonus plan at least sixty (60) days prior to its planned commencement date.

(b) At least thirty (30) days prior to its commencement the Employer shall distribute a description of the plan to the Mine Communication Committee and shall discuss the contents of the plan with the Mine Communication Committee.

(c) Notwithstanding anything in this Agreement to the contrary, the Employer shall have, in its sole discretion, the right to initiate, terminate or modify bonus plans provided only that the Employer shall give thirty (30) days notice of such termination or modification.

## Article XXIII—SETTLEMENT OF DISPUTES

## Section (a)  Mine Committee

A committee consisting of at least three (3) but not more than five (5) Employees shall be elected at each mine by the Employees at such mine. There shall be at least one (1) member of the Mine Committee on each shift insofar as is practicable. Each member of the Mine Committee shall be an Employee of the mine at which he is a committee member, and shall be eligible to serve as a

committee member only so long as he continues to be an Employee of said mine who is not on layoff. Where circumstances warrant at an underground mine, consideration shall be given to including an outside Employee on the committee. The duties of the Mine Committee shall be confined to the adjustment of disputes arising out of this Agreement that the mine management and the Employee or Employees fail to adjust. The Mine Committee shall have the authority on behalf of the grievant to settle or withdraw any grievance at step 2 or proceed to step 3. The Mine Committee shall have no other authority or exercise any other control nor in any way interfere with the operation of the mine; for violation of this section any and all members of the committee may be removed from the committee.

A mine committee member shall not be suspended or discharged for his official actions as a mine committee member. An Employer seeking to remove a mine committee member shall so notify the affected mine committee member and the other members of the Mine Committee. If the Mine Committee objects to such removal, the matter shall be submitted directly to arbitration within 15 calendar days from such objection. If the other members of the Mine Committee so determine, the affected member shall remain on the Mine Committee until the case is submitted to and decided by an arbitrator. If Freeman requests removal of the entire Mine Committee, the matter automatically shall be submitted to arbitration within 15 calendar days after such request, and the Mine Committee will continue to serve until the case is submitted to and decided by an arbitrator. When a committeeman or the entire committee is removed, such removal shall remain in effect for the duration of this Agreement.

## Section (b)  District Arbitrators

(1) The president of the UMWA International Union and the president of the BCOA shall jointly establish a panel of impartial arbitrators for each UMWA district. These panels may be changed, augmented or supplemented by mutual consent of the appointing parties. A district arbitrator selected to serve on a panel shall serve for a term of eighteen (18) months unless removed by the mutual consent of the appointing parties. At the expiration of each such term, the appointing parties shall jointly establish a new panel of impartial arbitrators for each UMWA district.

(2) As an alternative, Freeman and the UMWA district may choose to select a district arbitrator or panel of district arbitrators. In such event, representatives of Freeman and the UMWA district in which Freeman operates shall, within ninety days following the Effective Date of this Agreement, select an impartial arbitrator or panel of impartial arbitrators to be used in matters referred to arbitration under the provisions of this Agreement. This panel may be changed or supplemented by mutual consent of the appointing parties. The arbitrator or arbitrators so selected shall serve for such term as agreed upon by the appointing parties. If Freeman and the UMWA district do not make a selection of an arbitrator or panel of arbitrators within the prescribed time, the selection procedure under Section (b) (1) shall apply.

If Freeman and the UMWA district so select an arbitrator or panel of arbitrators, they then may elect to (1) abide by the procedural requirements provided for in paragraph (c)(4) of this Article

or (2) mutually agree upon all procedural requirements required for the handling of disputes at step 4 of the grievance procedure, provided such step continues to provide for final and binding arbitration of the dispute. Where Freeman and the UMWA district elect to handle disputes at step 4 by means of a transcript at the step 3 meeting, then a transcript shall be made at the step 3 meeting despite any provision in this Agreement to the contrary. Said agreement shall be set forth in writing and shall not be changed for the duration of this Agreement. Further, if Freeman and the UMWA district mutually agree on procedural requirements different from those set forth in paragraph (c) (4) of this Article, such agreement must be finalized within ninety days following the Effective Date of this Agreement. If no separate agreement is reached on procedural requirements, then the procedure set forth in paragraph (c) (4) of this Article shall remain in effect.

(3) Panel arbitrators appointed under the prior Agreement shall serve as district arbitrators until arbitrators can be selected under the above procedure.

(4) District arbitrators shall render decisions in an expeditious manner; failure to do so may be grounds for removal by mutual consent of the appointing parties.

## Section (c)  Grievance Procedure

Should differences arise between the Mine Workers and Freeman as to the meaning and application of the provisions of this Agreement, or should differences arise about matters not specifically mentioned in this Agreement, or should any local trouble of any kind arise at the mine, an earnest effort shall be made to settle such differences at the earliest practicable time.

Disputes arising under this Agreement shall be resolved as follows:

(1) The Employee will make his complaint to his immediate foreman who shall have the authority to settle the matter. The foreman will notify the Employee of his decision within 24 hours following the day when the complaint is made. Settlements or withdrawals at this step shall not constitute a precedent in the handling of other grievances.

(2) If no agreement is reached between the Employee and his foreman, the complaint shall be submitted on the Freeman-UMWA Standard Grievance Form and shall be taken up within five working days of the foreman's decision by the Mine Committee and mine management. Where the committee consists of more than three (3) members, Freeman shall have the right to meet with a maximum of three (3) (to be chosen by the Mine Committee). Within five (5) working days after the complaint is taken up by them, the committee and management will complete the standard grievance form and, if the complaint is not settled, the grievance shall be referred to a representative of the UMWA district, designated by the Union, and a representative of Freeman.

(3) Within seven (7) working days of the time the grievance is referred to them, the district representative and the representative of Freeman shall meet and review the facts and pertinent contract provisions in an effort to reach agreement. Members of the Mine Committee shall have the

right to be present. No verbatim transcript of the testimony shall be taken. Neither the district representative nor Freeman representative shall be persons who participated in steps 1 or 2 of this procedure.

(4) In cases where the district representative and the representative of Freeman fail to reach agreement, the matter shall, within ten (10) calendar days after referral to them, be referred to the appropriate district arbitrator who shall decide the case without delay. Cases shall be assigned to district arbitrators in rotation. The parties agree that the expeditious processing of grievances is a major function of this Article, and that consolidation of cases before a single arbitrator can aid in achieving that goal, and where applicable, this procedure should be given serious consideration.

Therefore, in order to expedite the processing of grievances awaiting arbitration, the parties may agree that grievances pending arbitration concerning the same operation of Freeman for which an arbitrator has not been assigned, shall be assigned to a single arbitrator if such cases can be heard on the same day, at the same place. Hearings shall take place at a location mutually agreed upon by the parties. If the parties are unable to agree upon a hearing place, the umpire shall select the place. At the earliest possible time, but no later than fifteen (15) days after referral to him, the arbitrator shall conduct a hearing in order to hear testimony, receive evidence and consider arguments.

In cases in which the parties have agreed that there is no question of fact involved in the grievance, the arbitrator may decide the case upon the basis of a joint statement of the parties and such exhibits as they shall submit. The hearing shall be recorded by the arbitrator and shall be closed upon the completion of testimony. The arbitrator shall render his decision as soon after the close of the hearing as may be feasible. To avoid delays in the issuance of decisions, post hearing briefs will not be permitted except in cases where the arbitrator determines that such briefs are necessary for a full understanding of the matter before him. If the arbitrator is unable to make his decision within 30 days of the close of the hearing, he shall promptly advise the parties of the reasons for the delay and the date when his decision will be submitted. The arbitrator's decision shall be final and shall govern only the dispute before him. Expenses and fees incident to the service of an arbitrator shall be paid equally by the Employer affected and by the UMWA district affected.

## Section (d)  Ten Day Limitation

Any grievance which is not filed by the aggrieved party within ten (10) working days of the time when the Employee reasonably should have known it, shall be denied as untimely and not processed further.

## Section (e)  Earnest Effort to Resolve Disputes

An earnest effort shall be made to settle differences at the earliest practicable time. Where an Employee makes a complaint during work time, the foreman shall, if requested to do so, and if possible, consistent with continuous production, discuss the matter briefly on the spot.

116

At all steps of the complaint and grievance procedure, the grievant and the Union representatives shall disclose to the company representatives a full statement of the facts and the provisions of the Agreement relied upon by them. In the same manner, the company representatives shall disclose all the facts relied upon by the company.

### Section (f) Employee's Right to Presence of Member of Mine Committee

Except where it will interfere with production, an Employee shall be entitled, at his request, to have a member of the Mine Committee present to assist him at any discussion with his foreman held pursuant to Section (c)(2) of this Article. If a member of the Mine Committee is present during such discussion, the foreman involved may have another representative of Freeman in attendance.

### Section (g) Right of Grievant to be Present

The grievant shall have the right to be present at each step of the grievance procedure until such time as all evidence is taken.

### Section (h) Finality of Decision or Settlement

Settlements reached at any step of the grievance procedure shall be final and binding on both parties and shall not be subject to further proceedings under this Article except by mutual agreement. Settlements reached at steps 2 and 3 shall be in writing and signed by appropriate representatives of the Union and Freeman.

### Section (i) Exclusion of Legal Counsel

Neither party will be represented by an attorney licensed to practice law in any jurisdiction in steps 1 through 4 of the grievance procedure except by mutual agreement applicable only to a particular case.

### Section (j) Waiver of Time Limits

By agreement the parties may waive the time limits set forth in each step of the grievance procedure.

### Section (k) Prior Agreement

Any dispute and/or difference which as of the Effective Date of this Agreement is in the process of adjustment under the Settlement of Disputes section of the prior Agreement or any dispute and/or difference presented on or after the Effective Date of this Agreement which is based on the occurrence or nonoccurrence of an event which arose prior to the Effective Date of this Agreement shall be processed under the procedural provisions of this Agreement and shall be resolved under the applicable provisions of the prior Agreement. Decisions reached under this

117

provision shall be final and binding. All decisions of the Arbitration Review Board rendered prior to the expiration of the National Bituminous Coal Wage Agreement of 1978 shall continue to have precedential effect under this Agreement to the extent that the basis for such decisions have not been modified by subsequent changes in this Agreement.

## Article XXIV--DISCHARGE PROCEDURE

### Section (a)  Just Cause Required

No Employee covered by this Agreement may be disciplined or discharged except for just cause. The burden shall be on Freeman to establish grounds for discharge in all proceedings under this Agreement.

### Section (b)  Procedure

Where management concludes that the conduct of an Employee justifies discharge, the Employee shall be suspended with intent to discharge and shall be given written notice stating the reason, with a copy to be furnished to the Mine Committee. After 24 hours, but within 48 hours, the Employee shall be afforded the right to meet with the mine superintendent or manager. At such meeting, a member or members of the Mine Committee shall be present and, if requested by the Employee or the Mine Committee, a representative of the District shall also be present. When the district representative requests, the forty-eight hour time limit will be extended by an additional 48 hours. Freeman shall be entitled to have an equal number of representatives at the meeting.

### Section (c)  Suspension

If Freeman informs the Employee at the meeting between the Employee and the mine superintendent or manager that he still intends to discharge the Employee (or if no meeting was requested), the Employee remains suspended with intent to discharge for a period of time necessary to permit him to file a grievance and have it arbitrated. If the Employee does not file a grievance within five days of the notice of suspension with intent to discharge, the discharge shall become effective immediately.

### Section (d)  Immediate Arbitration

(1) If the District believes that just cause for discharge does not exist, it shall arrange with Freeman for immediate arbitration of the dispute, bypassing steps one through three of the grievance procedure.

(2) The next available district arbitrator shall immediately be assigned to hear the case.

(3) The appropriate district arbitrator shall hear the case within five (5) days. At the conclusion of the hearing, the district arbitrator shall at that time announce his decision which shall

be binding on all parties. Following the hearing, the arbitrator shall forthwith reduce his decision to writing within ten (10) days. If the arbitrator determines that Freeman has failed to establish just cause for the Employee's discharge, the Employee shall be immediately reinstated to his job. If the arbitrator determines that there was just cause for the discharge, the discharge shall become effective upon the date of the arbitrator's decision.

## Section (e)  Regular Arbitration

If neither the Employee nor the Mine Committee request immediate arbitration, the Employee shall be discharged at the conclusion of the fifth day of his suspension, and his case shall be processed in accordance with the provisions of Article XXIII (Settlement of Disputes).

## Section (f)  Compensation for Lost Earnings

In all cases where it is determined that just cause for discharge has not been established, the Employee shall be reinstated and compensated for lost earnings at his applicable straight and premium time rates prior to discharge. Provided, however, that such case shall be taken up within five (5) days from the date of discharge.

## Article XXV--DISCRIMINATION PROHIBITED

Neither Freeman nor the Union shall discriminate against any Employee or with regard to the terms or availability of classified employment on the basis of race, creed, national origin, sex, age, political activity, whether intra-Union or otherwise. In addition, the Employer and Union agree that they will adhere to applicable provisions of the Vietnam Era Readjustment Assistance Act of 1974, the Rehabilitation Act of 1973, and the Americans With Disabilities Act.

## Article XXVI--DISTRICT AGREEMENTS

### Section (a)  New Districts

New Districts of the United Mine Workers of America may be established.

### Section (b)  Prior Practice and Custom

This Agreement supersedes all existing and previous contracts except as incorporated and carried forward herein by reference; and all local agreements, rules, regulations and customs heretofore established in conflict with this Agreement are hereby abolished. Except where abolished by mutual agreement of the parties, including the provisions of Article II G (10) of this Agreement, all prior practice and custom not in conflict with this Agreement shall be continued, but any provisions in any District or local agreements providing for the levying, assessing or collection of fines or providing for "no-strike," "indemnity," or "guarantee" clauses or provisions are hereby expressly repealed and shall not be applicable during the term of this Agreement. Whenever a

119

conflict arises between this Agreement and any District or local agreement, this Agreement shall prevail.

Within six (6) months following the Effective Date of this Agreement, Freeman and the appropriate the UMWA District president shall provide to the International Union and to Freeman, copies of all District agreements in their possession. All District agreements which are not provided to the International Union and Freeman during the first six (6) months of this Agreement may not be relied upon by Freeman or the Union in any grievance proceeding which may occur during the balance of this Agreement.

## Section (c)  Protective Wage Clause

Any and all provisions of any contracts or agreements between the parties hereto or some of them whether national, district, local or otherwise providing for a protective wage clause and a modification of this Agreement or said agreements if a more favorable wage agreement is entered into by the United Mine Workers of America, are hereby rescinded, canceled, abrogated and made null and void.

## Section (d)  Approval of District Agreements

No District contract or agreement negotiated hereunder shall become effective until approval of such contract or agreement by the International Union, United Mine Workers of America, has been first obtained.

## Article XXVII—MAINTAIN INTEGRITY OF CONTRACT AND RESORT TO COURTS

The United Mine Workers of America and Freeman agree and affirm that, except as provided herein, they will maintain the integrity of this contract and that all disputes and claims which are not settled by agreement shall be settled by the machinery provided in the "Settlement of Disputes" Article of this Agreement unless national in character in which event the parties hereto shall settle such disputes by free collective bargaining as heretofore practiced in the industry, it being the purpose of this provision to provide for the settlement of all such disputes and claims through the machinery in this contract and by collective bargaining without recourse to the courts.

Freeman, however, expressly authorizes the Union to seek judicial relief, without exhausting the grievance machinery, in cases involving successorship.

## Article XXVIII—SEVERABILITY CLAUSE

## Section (a)  General Rule

Except for the provisions of Section (b) of this Article, if any provision of this Agreement is declared invalid, all other provisions of this Agreement shall remain in full force and effect.

120

Article XXIX

### Section (b) Exception

In the event the parties are restrained or prohibited by any agency or branch of the federal or state government from implementing or effectuating the economic benefits, including health and retirement fund payments, required by this Agreement, either party hereto may, after the imposition of such restraint, give sixty (60) days notice of termination of this Agreement and, thereafter shall meet and discuss and attempt to agree on the basis for a continuation of the Agreement for its term. If no agreement is reached within the sixty (60) day period, the Agreement will terminate.

## Article XXIX--RATIFICATION AND TERMINATION OF THIS AGREEMENT

The Memorandum of Understanding and all attachments thereto between the International Union, United Mine Workers of America and Freeman United Coal Mining Company dated December 14, 1998 (the 1998 MOU) and this Agreement shall become effective on the date (the Effective Date) that this Agreement and the New Employee Memorandum of Understanding, all of which are incorporated herein as if set forth in full, all of which constitute the Collective Bargaining Agreement between the Parties, is ratified and approved by the membership covered hereby, and shall not be subject to termination by either party signatory hereto and shall remain in effect until January 16, 2008, provided, however, that either the party of the first part or the party of the second part may terminate the Collective Bargaining Agreement, only on or after 11:59 p.m. January 16, 2008 by giving at least sixty (60) days prior written notice to the other party of such desired termination date.

In the event of an economic strike at the expiration of this Agreement, Freeman will advance the premiums for the Employees' health and life insurance coverage for the first thirty (30) days of such strike. Such advanced premiums shall be repaid to Freeman by the Employees through check-off deduction upon their return to work. Should such a strike continue beyond thirty (30) days, the Union or the Employees may elect to continue coverage by paying the premiums themselves. This paragraph shall survive the termination of the remainder of this Agreement and shall continue in effect until the purpose for which it was established is satisfied.

IN WITNESS WHEREOF, each party signatory hereto has caused this Agreement and the MOU to be signed this 16th day of January, 2003 to become effective only upon the condition that they are ratified and approved by the membership covered hereby.

UNITED MINE WORKERS OF AMERICA        FREEMAN UNITED COAL MINING COMPANY

Authorized Representative             DONALD H. DAME
International Union                    Authorized Representative
United Mine Workers of America        Vice President Human Resources and
                                      Government Relations
                                      Freeman United Coal Mining Company

121

## TABLE I-A
### ESTIMATED PENSION FOR RETIREMENT
### AT AGE 62 FOR RETIREMENTS IN THE
### FIRST TWO YEARS OF THE 2003 AGREEMENT

| COLUMN A Pre-89 Signatory Service | | COLUMN B 89 Signatory Service | | COLUMN C 90-93 Signatory Service | | COLUMN D Post-93 Signatory Service | |
|---|---|---|---|---|---|---|---|
| 1 | $ 38.50 | 1 | $46.00 | 1 | $ 50.50 | 1 | $ 53.50 |
| 2 | $ 77.00 | | | 2 | $101.00 | 2 | $ 107.00 |
| 3 | $ 115.50 | | | 3 | $151.50 | 3 | $ 160.50 |
| 4 | $ 154.00 | | | 4 | $202.00 | 4 | $ 214.00 |
| 5 | $ 192.50 | | | | | 5 | $ 267.50 |
| 6 | $ 231.00 | | | | | 6 | $ 321.00 |
| 7 | $ 269.50 | | | | | 7 | $ 374.50 |
| 8 | $ 308.00 | | | | | 8 | $ 428.00 |
| 9 | $ 346.50 | | | | | 9 | $ 481.50 |
| 10 | $ 385.00 | | | | | 10 | $ 535.00 |
| 11 | $ 424.00 | | | | | 11 | $ 588.50 |
| 12 | $ 463.00 | | | | | 12 | $ 642.00 |
| 13 | $ 502.00 | | | | | 13 | $ 695.50 |
| 14 | $ 541.00 | | | | | 14 | $ 749.00 |
| 15 | $ 580.00 | | | | | 15 | $ 802.50 |
| 16 | $ 619.00 | | | | | 16 | $ 856.00 |
| 17 | $ 658.00 | | | | | 17 | $ 909.50 |
| 18 | $ 697.00 | | | | | 18 | $ 963.00 |
| 19 | $ 736.00 | | | | | 19 | $1016.50 |
| 20 | $ 775.00 | | | | | 20 | $1070.00 |
| 21 | $ 814.50 | | | | | 21 | $1123.50 |
| 22 | $ 854.00 | | | | | 22 | $1177.00 |
| 23 | $ 893.50 | | | | | 23 | $1230.50 |
| 24 | $ 933.00 | | | | | 24 | $1284.00 |
| 25 | $ 972.50 | | | | | 25 | $1337.50 |
| 26 | $1012.00 | | | | | 26 | $1391.00 |
| 27 | $1051.50 | | | | | 27 | $1444.50 |
| 28 | $1091.00 | | | | | 28 | $1498.00 |
| 29 | $1130.50 | | | | | 29 | $1551.50 |
| 30 | $1170.00 | | | | | 30 | $1605.00 |
| 31 | $1210.00 | | | | | 31 | $1658.50 |
| 32 | $1250.00 | | | | | 32 | $1712.00 |
| 33 | $1290.00 | | | | | 33 | $1765.50 |
| 34 | $1330.00 | | | | | 34 | $1819.00 |
| 35 | $1370.00 | | | | | 35 | $1872.50 |
| 36 | $1410.00 | | | | | 36 | $1926.00 |
| 37 | $1450.00 | | | | | 37 | $1979.50 |
| 38 | $1490.00 | | | | | 38 | $2033.00 |
| 39 | $1530.00 | | | | | 39 | $2086.50 |
| 40 | $1570.00 | | | | | 40 | $2140.00 |

122

## TABLE I-B
### ESTIMATED PENSION FOR RETIREMENT
### AT AGE 62 FOR RETIREMENTS AFTER JANUARY 1, 2004
### AND BEFORE JANUARY 1, 2006

| COLUMN A | | COLUMN B | | COLUMN C | | COLUMN D | |
| Pre-89 | | 89 | | 90-93 | | Post-93 | |
| Signatory Service | | Signatory Service | | Signatory Service | | Signatory Service | |
| 1 | $ 40.50 | 1 | $48.00 | 1 | $ 52.50 | 1 | $ 55.50 |
| 2 | $ 81.00 | | | 2 | $105.00 | 2 | $ 111.00 |
| 3 | $ 121.50 | | | 3 | $157.50 | 3 | $ 166.50 |
| 4 | $ 162.00 | | | 4 | $210.00 | 4 | $ 222.00 |
| 5 | $ 202.50 | | | | | 5 | $ 277.50 |
| 6 | $ 243.00 | | | | | 6 | $ 333.00 |
| 7 | $ 283.50 | | | | | 7 | $ 388.50 |
| 8 | $ 324.00 | | | | | 8 | $ 444.00 |
| 9 | $ 364.50 | | | | | 9 | $ 499.50 |
| 10 | $ 405.00 | | | | | 10 | $ 555.00 |
| 11 | $ 446.00 | | | | | 11 | $ 610.50 |
| 12 | $ 487.00 | | | | | 12 | $ 666.00 |
| 13 | $ 528.00 | | | | | 13 | $ 721.50 |
| 14 | $ 569.00 | | | | | 14 | $ 777.00 |
| 15 | $ 610.00 | | | | | 15 | $ 832.50 |
| 16 | $ 651.00 | | | | | 16 | $ 888.00 |
| 17 | $ 692.00 | | | | | 17 | $ 943.50 |
| 18 | $ 733.00 | | | | | 18 | $ 999.00 |
| 19 | $ 774.00 | | | | | 19 | $1054.50 |
| 20 | $ 815.00 | | | | | 20 | $1110.00 |
| 21 | $ 856.50 | | | | | 21 | $1165.50 |
| 22 | $ 898.00 | | | | | 22 | $1221.00 |
| 23 | $ 939.50 | | | | | 23 | $1276.50 |
| 24 | $ 981.00 | | | | | 24 | $1332.00 |
| 25 | $1022.50 | | | | | 25 | $1387.50 |
| 26 | $1064.00 | | | | | 26 | $1443.00 |
| 27 | $1105.50 | | | | | 27 | $1498.50 |
| 28 | $1147.00 | | | | | 28 | $1554.00 |
| 29 | $1188.50 | | | | | 29 | $1609.50 |
| 30 | $1230.00 | | | | | 30 | $1665.00 |
| 31 | $1272.00 | | | | | 31 | $1720.50 |
| 32 | $1314.00 | | | | | 32 | $1776.00 |
| 33 | $1356.00 | | | | | 33 | $1831.50 |
| 34 | $1398.00 | | | | | 34 | $1887.00 |
| 35 | $1440.00 | | | | | 35 | $1942.50 |
| 36 | $1482.00 | | | | | 36 | $1998.00 |
| 37 | $1524.00 | | | | | 37 | $2053.50 |
| 38 | $1566.00 | | | | | 38 | $2109.00 |
| 39 | $1608.00 | | | | | 39 | $2164.50 |
| 40 | $1650.00 | | | | | 40 | $2220.00 |

123

Age 62 Pension

To estimate the amount of your pension when you retire, use Tables I-A or I-B on the previous two pages and the worksheet below.

1. Using Column A, enter the monthly benefit for your years of signatory service earned prior to February 1, 1989 ("Pre-89 signatory service").

$_____

2. Using Column B, enter the monthly benefit for signatory service earned between February 1, 1989 and January 31, 1990 ("89 signatory service").

$_____

3. Using Column C, enter the monthly benefit for signatory service earned between February 1, 1990 and December 15, 1993 (" '90-'93 signatory service").

$_____

4. Using Column D, enter the monthly benefit for your expected years of signatory service earned on or after December 16, 1993 ("Post-'93 signatory service").

$_____

Add the four amounts. This is an estimate of your monthly pension amount if you retire at age 62 or older.

If you plan to retire before age 62, estimate your early retirement benefit by using Table II. First, calculate your pension at age 62, as set forth above, using Tables I-A or I-B. Next, find the amount closest to your age 62 pension under "Approximate Age 62 Benefit Amount" on Table II. Move across the table from left to right to the dollar amount beneath the age at which you plan to retire. This is your approximate monthly early retirement benefit.

## TABLE I-C
## ESTIMATED PENSION FOR RETIREMENT
### AT AGE 62 FOR RETIREMENTS AFTER JANUARY 1, 2006

| COLUMN A Pre-89 Signatory Service | | COLUMN B 89 Signatory Service | | COLUMN C 90-93 Signatory Service | | COLUMN D Post-93 Signatory Service | |
|---|---|---|---|---|---|---|---|
| 1 | $ 44.50 | 1 | $52.00 | 1 | $ 56.50 | 1 | $ 59.50 |
| 2 | $ 89.00 | | | 2 | $113.00 | 2 | $ 119.00 |
| 3 | $ 133.50 | | | 3 | $169.50 | 3 | $ 178.50 |
| 4 | $ 178.00 | | | 4 | $226.00 | 4 | $ 238.00 |
| 5 | $ 222.50 | | | | | 5 | $ 297.50 |
| 6 | $ 267.00 | | | | | 6 | $ 357.00 |
| 7 | $ 311.50 | | | | | 7 | $ 416.50 |
| 8 | $ 356.00 | | | | | 8 | $ 476.00 |
| 9 | $ 400.50 | | | | | 9 | $ 535.50 |
| 10 | $ 445.00 | | | | | 10 | $ 595.00 |
| 11 | $ 490.00 | | | | | 11 | $ 654.50 |
| 12 | $ 535.00 | | | | | 12 | $ 714.00 |
| 13 | $ 580.00 | | | | | 13 | $ 773.50 |
| 14 | $ 625.00 | | | | | 14 | $ 833.00 |
| 15 | $ 670.00 | | | | | 15 | $ 892.50 |
| 16 | $ 715.00 | | | | | 16 | $ 952.00 |
| 17 | $ 760.00 | | | | | 17 | $1011.50 |
| 18 | $ 805.00 | | | | | 18 | $1071.00 |
| 19 | $ 850.00 | | | | | 19 | $1130.50 |
| 20 | $ 895.00 | | | | | 20 | $1190.00 |
| 21 | $ 940.50 | | | | | 21 | $1249.50 |
| 22 | $ 986.00 | | | | | 22 | $1309.00 |
| 23 | $1031.50 | | | | | 23 | $1368.50 |
| 24 | $1077.00 | | | | | 24 | $1428.00 |
| 25 | $1122.50 | | | | | 25 | $1487.50 |
| 26 | $1168.00 | | | | | 26 | $1547.00 |
| 27 | $1213.50 | | | | | 27 | $1606.50 |
| 28 | $1259.00 | | | | | 28 | $1666.00 |
| 29 | $1304.50 | | | | | 29 | $1725.50 |
| 30 | $1350.00 | | | | | 30 | $1785.00 |
| 31 | $1396.00 | | | | | 31 | $1844.50 |
| 32 | $1442.00 | | | | | 32 | $1904.00 |
| 33 | $1488.00 | | | | | 33 | $1963.50 |
| 34 | $1534.00 | | | | | 34 | $2023.00 |
| 35 | $1580.00 | | | | | 35 | $2082.50 |
| 36 | $1626.00 | | | | | 36 | $2142.00 |
| 37 | $1672.00 | | | | | 37 | $2201.50 |
| 38 | $1718.00 | | | | | 38 | $2261.00 |
| 39 | $1764.00 | | | | | 39 | $2320.50 |
| 40 | $1810.00 | | | | | 40 | $2380.00 |

125

## TABLE II
## EARLY RETIREMENT
## AGE

| Approximate Age 62 Benefit Amount | 55 | 56 | 57 | 58 | 59 | 60 | 61 |
|---|---|---|---|---|---|---|---|
| $ 600 | 474.00 | 492.00 | 510.00 | 528.00 | 546.00 | 564.00 | 582.00 |
| $ 625 | 493.75 | 512.50 | 531.25 | 550.00 | 568.75 | 587.50 | 606.25 |
| $ 650 | 513.50 | 533.00 | 552.50 | 572.00 | 591.50 | 611.00 | 630.50 |
| $ 675 | 533.25 | 553.50 | 573.75 | 594.00 | 614.25 | 634.50 | 654.75 |
| $ 700 | 553.00 | 574.00 | 595.00 | 616.00 | 637.00 | 658.00 | 679.00 |
| $ 725 | 572.75 | 594.50 | 616.25 | 638.00 | 659.75 | 681.50 | 703.25 |
| $ 750 | 592.50 | 615.00 | 637.50 | 660.00 | 682.50 | 705.00 | 727.50 |
| $ 775 | 612.25 | 635.50 | 658.75 | 682.00 | 705.25 | 728.50 | 751.75 |
| $ 800 | 632.00 | 656.00 | 680.00 | 704.00 | 728.00 | 752.00 | 776.00 |
| $ 825 | 651.75 | 676.50 | 701.25 | 726.00 | 750.75 | 775.50 | 800.25 |
| $ 850 | 671.50 | 697.00 | 722.50 | 748.00 | 773.50 | 799.00 | 824.50 |
| $ 875 | 691.25 | 717.50 | 743.75 | 770.00 | 796.25 | 822.50 | 848.75 |
| $ 900 | 711.00 | 738.00 | 765.00 | 792.00 | 819.00 | 846.00 | 873.00 |
| $ 925 | 730.75 | 758.50 | 786.25 | 814.00 | 841.75 | 869.50 | 897.25 |
| $ 950 | 750.50 | 779.00 | 807.50 | 836.00 | 864.50 | 893.00 | 921.50 |
| $ 975 | 770.25 | 799.50 | 828.75 | 858.00 | 887.25 | 916.50 | 945.75 |
| $1,000 | 790.00 | 820.00 | 850.00 | 880.00 | 910.00 | 940.00 | 970.00 |
| $1,025 | 809.75 | 840.50 | 871.25 | 902.00 | 932.75 | 963.50 | 994.25 |
| $1,050 | 829.50 | 861.00 | 892.50 | 924.00 | 955.50 | 987.00 | 1018.50 |
| $1,075 | 849.25 | 881.50 | 913.75 | 946.00 | 978.25 | 1010.50 | 1042.75 |
| $1,100 | 869.00 | 902.00 | 935.00 | 968.00 | 1001.00 | 1034.00 | 1067.00 |
| $1,125 | 888.75 | 922.50 | 956.25 | 990.00 | 1023.75 | 1057.50 | 1091.25 |
| $1,150 | 908.50 | 943.00 | 977.50 | 1012.00 | 1046.50 | 1081.00 | 1115.50 |
| $1,175 | 928.25 | 963.50 | 998.75 | 1034.00 | 1069.25 | 1104.50 | 1139.75 |
| $1,200 | 948.00 | 984.00 | 1020.00 | 1056.00 | 1092.00 | 1128.00 | 1164.00 |
| $1,225 | 967.75 | 1004.50 | 1041.25 | 1078.00 | 1114.75 | 1151.50 | 1188.25 |
| $1,250 | 987.50 | 1025.00 | 1062.50 | 1100.00 | 1137.50 | 1175.00 | 1212.50 |
| $1,275 | 1007.25 | 1045.50 | 1083.75 | 1122.00 | 1160.25 | 1198.50 | 1236.75 |
| $1,300 | 1027.00 | 1066.00 | 1105.00 | 1144.00 | 1183.00 | 1222.00 | 1261.00 |
| $1,325 | 1046.75 | 1086.50 | 1126.25 | 1166.00 | 1205.75 | 1245.50 | 1285.25 |
| $1,350 | 1066.50 | 1107.00 | 1147.50 | 1188.00 | 1228.50 | 1269.00 | 1309.50 |
| $1,375 | 1086.25 | 1127.50 | 1168.75 | 1210.00 | 1251.25 | 1292.50 | 1333.75 |
| $1,400 | 1106.00 | 1148.00 | 1190.00 | 1232.00 | 1274.00 | 1316.00 | 1358.00 |
| $1,425 | 1125.75 | 1168.50 | 1211.25 | 1254.00 | 1296.75 | 1339.50 | 1382.25 |
| $1,450 | 1145.50 | 1189.00 | 1232.50 | 1276.00 | 1319.50 | 1363.00 | 1406.50 |
| $1,475 | 1165.25 | 1209.50 | 1253.75 | 1298.00 | 1342.25 | 1386.50 | 1430.75 |
| $1,500 | 1185.00 | 1230.00 | 1275.00 | 1320.00 | 1365.00 | 1410.00 | 1455.00 |
| $1,525 | 1204.75 | 1250.50 | 1296.25 | 1342.00 | 1387.75 | 1433.50 | 1479.25 |
| $1,550 | 1224.50 | 1271.00 | 1317.50 | 1364.00 | 1410.50 | 1457.00 | 1503.50 |
| $1,575 | 1244.25 | 1291.50 | 1338.75 | 1386.00 | 1433.25 | 1480.50 | 1527.75 |
| $1,600 | 1264.00 | 1312.00 | 1360.00 | 1408.00 | 1456.00 | 1504.00 | 1552.00 |
| $1,625 | 1283.75 | 1332.50 | 1381.25 | 1430.00 | 1478.75 | 1527.50 | 1576.25 |
| $1,650 | 1303.50 | 1353.00 | 1402.50 | 1452.00 | 1501.50 | 1551.00 | 1600.50 |
| $1,675 | 1323.25 | 1373.50 | 1423.75 | 1474.00 | 1524.25 | 1574.50 | 1624.75 |
| $1,700 | 1343.00 | 1394.00 | 1445.00 | 1496.00 | 1547.00 | 1598.00 | 1649.00 |
| $1,725 | 1362.75 | 1414.50 | 1466.25 | 1518.00 | 1569.75 | 1621.50 | 1673.25 |
| $1,750 | 1382.50 | 1435.00 | 1487.50 | 1540.00 | 1592.50 | 1645.00 | 1697.50 |
| $1,775 | 1402.25 | 1455.50 | 1508.75 | 1562.00 | 1615.25 | 1668.50 | 1721.75 |
| $1,800 | 1422.00 | 1476.00 | 1530.00 | 1584.00 | 1638.00 | 1692.00 | 1746.00 |

126

# APPENDIX A PART I
## UNDERGROUND AT DEEP MINES
### STANDARD HOURLY AND STANDARD DAILY WAGE RATES
#### (INCLUDES ANNUAL WAGE INCREASES)

| Effective Date | Eff. Date | Eff. Date | 1/1/04 | 1/1/05 | 1/1/06 |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 5** | | | | | |
| Hourly Rate[1,2] | | $ 19.315 | $ 19.715 | $ 20.115 | $20.415 |
| Daily Rate[3] | | 154.52 | 157.72 | 160.92 | 163.32 |

**CONCENTRATION OF CLASSIFICATIONS**

| | | | |
|---|---|---|---|
| A. | Continuous Mining Machine Operator | E. | Longwall Machine Operator |
| B. | Electrician | F. | Welder, First Class |
| C. | Mechanic | G. | Roof Bolter |
| D. | Fireboss | | |

| | | | | | |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 4** | | | | | |
| Hourly Rate[1,2] | | $ 18.910 | $ 19.310 | $ 19.710 | $ 20.010 |
| Daily Rate[3] | | 151.28 | 154.48 | 157.68 | 160.08 |

**CONCENTRATION OF CLASSIFICATIONS**

| | | | |
|---|---|---|---|
| A. | Cutting Machine Operator | F. | Rock Driller |
| B. | Dispatcher | G. | Continuous Miner Helper-Trainee |
| C. | Loading Machine Operator | H. | Roof Bolter Helper-Trainee |
| D. | Machine Operator Helper | I. | Maintenance Trainee |
| E. | General Inside Repairman & Welder | J. | Electrician Trainee |

| | | | | | |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 3** | | | | | |
| Hourly Rate[1,2] | | $ 18.543 | $ 18.943 | $ 19.343 | $ 19.643 |
| Daily Rate[3] | | 148.34 | 151.54 | 154.74 | 157.14 |

**CONCENTRATION OF CLASSIFICATIONS**

| | | | |
|---|---|---|---|
| A. | Driller-Coal | D. | Faceman |
| B. | Shooter | E. | Dumper |
| C. | Precision Mason-Construction | F. | Shuttle Car Operator |

| | | | | | |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 2** | | | | | |
| Hourly Rate[1,2] | | $ 18.320 | $ 18.720 | $ 19.120 | $ 19.420 |
| Daily Rate[3] | | 146.56 | 149.76 | 152.96 | 155.36 |

**CONCENTRATION OF CLASSIFICATIONS**

| | | | |
|---|---|---|---|
| A. | Motorman | D. | Electrician Helper |
| B. | Maintenance Trainee | E. | Mechanic Helper |
| C. | Electrician Trainee | | |

| | | | | | |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 1** | | | | | |
| Hourly Rate[1,2] | | $ 18.248 | $ 18.648 | $ 19.048 | $ 19.348 |
| Daily Rate[3] | | 145.98 | 149.78 | 152.38 | 154.78 |

**CONCENTRATION OF CLASSIFICATIONS**

| | | | | | |
|---|---|---|---|---|---|
| A. | Beltman | E. | General Inside Labor | I. | Trackman |
| B. | Bonder | F. | Mason | J. | Wireman |
| C. | Brakeman | G. | Pumper | K. | Labor-Unskilled |
| D. | Bratticeman | H. | Timberman | | |

---

[1] The Standard Hourly Wage Rate shall be computed by dividing the Standard Daily Wage Rate by eight (8) hours and rounding off to three (3) decimal places.

[2] The Straight Time Rate is the Hourly Rate set forth in this Appendix A for each classification.

[3] The Daily Rate set forth in this Appendix A applies only to Employees working on traditional schedules under Article IV.

# APPENDIX A PART II
## STRIP AND AUGER MINES
## STANDARD HOURLY AND STANDARD DAILY WAGE RATES
### (INCLUDES ANNUAL WAGE INCREASES)

| Effective Date | Eff. Date | Eff. Date | 1/1/04 | 1/1/05 | 1/1/06 |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 5** | | | | | |
| Hourly Rate[1,2] | | $ 20.078 | $ 20.478 | $ 20.878 | $ 21.178 |
| Daily Rate[3] | | 145.57 | 148.47 | 151.37 | 153.54 |

### CONCENTRATION OF CLASSIFICATIONS
A. Coal Loading Shovel Operator
B. Overburden Stripping Machine Operator
C. Master Electrician

| | | | | | |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 4** | | | | | |
| Hourly Rate[1,2] | | $ 19.427 | $ 19.827 | $ 20.227 | $ 20.527 |
| Daily Rate[3] | | 140.85 | 143.75 | 146.65 | 148.82 |

### CONCENTRATION OF CLASSIFICATIONS
A. Electrician    D. Welder, First Class
B. Machinist    E. Shovel and Dragline Oiler
C. Mechanic    F. Groundman

| | | | | | |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 3** | | | | | |
| Hourly Rate[1,2] | | $ 19.062 | $ 19.462 | $ 19.862 | $ 20.162 |
| Daily Rate[3] | | 138.20 | 141.10 | 144.00 | 146.17 |

### CONCENTRATION OF CLASSIFICATIONS
A Mobile Equipment Operator    E. Driller and Shooter
B. Repairman    F. Maintenance Trainee
C. Stationary Equipment Operator    G. Electrician Trainee
D. Welder

| | | | | | |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 2** | | | | | |
| Hourly Rate[1,2] | | $ 18.777 | $ 19.177 | $ 19.577 | $ 19.877 |
| Daily Rate[3] | | 136.31 | 139.03 | 141.93 | 144.11 |

### CONCENTRATION OF CLASSIFICATIONS
A Tipple Attendant    D. Machinist Helper    G. Dock Hand
B. Electrician Helper    E. Repairman Helper    H. Maintenance Trainee
C. Mechanic Helper    F. Deck Hand, Boat    I. Electrician Trainee

| | | | | | |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 1** | | | | | |
| Hourly Rate[1,2] | | $ 18.696 | $ 19.096 | $ 19.496 | $ 19.796 |
| Daily Rate[3] | | 135.55 | 138.45 | 141.35 | 143.52 |

### CONCENTRATION OF CLASSIFICATIONS
A. Car Dropper    E. Truck Driver Service
B. Car Dumper    F. Utility Man
C. Car Trimmer    G. Laborer-Unskilled
D. Sampler

[1] The Standard Hourly Wage Rate shall be computed by dividing the Standard Daily Wage Rate by seven and one-quarter (7 1/4) hours and rounding off to three (3) decimal places.

[2] The Straight Time Rate is the Hourly Rate set forth in this Appendix A for each classification.

[3] The Daily Rate set forth in this Appendix A applies only to Employees working on traditional schedules under Article IV.

128

## APPENDIX A PART III
### PREPARATION PLANTS AND OTHER SURFACE FACILITIES FOR DEEP OR SURFACE MINES
### STANDARD HOURLY AND STANDARD DAILY WAGE RATES
### (INCLUDES ANNUAL WAGE INCREASES)

| Effective Date | Eff. Date | Eff. Date | 1/1/04 | 1/1/05 | 1/1/06 |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 4** | | | | | |
| Hourly Rate[1, 2] | | $ 19.264 | $ 19.664 | $ 20.064 | $ 20.364 |
| Daily Rate[3] | | 139.66 | 142.56 | 145.46 | 147.64 |

### CONCENTRATION OF CLASSIFICATIONS

| | | | |
|---|---|---|---|
| A. | Electrician | D. | Welder, First Class |
| B. | Machinist | E. | Preparation Plant Central Control Operator |
| C. | Mechanic | | |

| | | | | | |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 3** | | | | | |
| Hourly Rate[1, 2] | | $ 19.020 | $ 19.420 | $ 19.820 | $ 20.120 |
| Daily Rate[3] | | 137.90 | 140.80 | 143.70 | 145.87 |

### CONCENTRATION OF CLASSIFICATIONS

| | | | |
|---|---|---|---|
| A. | Mobile Equipment Operator | E. | Railroad Car Loader Operator |
| B. | Repairman | F. | Maintenance Trainee |
| C. | Stationary Equipment Operator | G. | Electrician Trainee |
| D. | Welder | | |

| | | | | | |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 2** | | | | | |
| Hourly Rate[1, 2] | | $ 18.737 | $ 19.137 | $ 19.537 | $ 19.837 |
| Daily Rate[3] | | 135.84 | 138.74 | 141.64 | 143.82 |

### CONCENTRATION OF CLASSIFICATIONS

| | | | |
|---|---|---|---|
| A. | Tipple Attendant | E. | Mechanic Helper |
| B. | Dock Man | F. | Repairman Helper |
| C. | Electrician Helper | G. | Maintenance Trainee |
| D. | Machinist Helper | H. | Electrician Trainee |

| | | | | | |
|---|---|---|---|---|---|
| Wage Increase | $600.00 lump sum | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.30 |
| **Grade 1** | | | | | |
| Hourly Rate[1, 2] | | $ 18.657 | $ 19.057 | $ 19.457 | $ 19.757 |
| Daily Rate[3] | | 135.26 | 138.16 | 141.06 | 143.24 |

### CONCENTRATION OF CLASSIFICATIONS

| | | | | | |
|---|---|---|---|---|---|
| A. | Car Dropper | E. | Bit Sharpener | H. | Preparation Plant, Utility Man |
| B. | Car Dumper | F. | Truck Driver, Service | I. | Surface Utility Man |
| C. | Car Trimmer | G. | Equipment Operator Service | J. | Laborer-Unskilled |
| D. | Sampler | | | | |

[1] The Standard Hourly Wage Rate shall be computed by dividing the Standard Daily Wage Rate by seven and one-quarter (7¼) hours and rounding off to three (3) decimal places.

[2] The Straight Time Rate is the Hourly Rate set forth in this Appendix A for each classification.

[3] The Daily Rate set forth in this Appendix A applies only to Employees working on traditional schedules under Article IV.

# APPENDIX B PART I
## UNDERGROUND AT DEEP MINES

| CLASSIFICATION | JOB TITLE WITHIN CLASSIFICATION | | |
|---|---|---|---|
| 5-A | CONTINUOUS MINING MACHINE OPERATOR | Continuous Mining Machine Operator | Fully Trained Continuous Mining Machine Operator Helper | |
| 5-B | ELECTRICIAN | Electrician<br>Electrician, Experienced<br>Electrician, Gang Leader<br>Electrician Leader | Electric Repairman<br>Head Motor Inspector<br>Motor Inspector<br>Motor Repairman | Radioman<br>Radio Repairman<br>Radio Telephone Mech. |
| 5-C | MECHANIC | Longwall Mechanic<br>Machine Repairman<br>Machinist<br>Maintenance Man<br>Mechanic | Mechanic, Chief<br>Mechanic, Leader<br>Mechanic, 1st Class<br>Repairman<br>Repairman, Chief | Repairman, A. C.<br>Repairman, 1st Class<br>Repairman--Mechanic<br>Section Repairman |
| 5-D | FIREBOSS | Belts, Pump Examiner<br>Fireboss<br>Gas Watchman | Gas Watchman--Mine Examiner<br>Mine Examiner | |
| 5-E | LONGWALL MACHINE OPERATOR | Longwall Machine Operator<br>Longwall Miner Operator | Longwall Planer Operator<br>Planer Operator | Shear Operator |
| 5-F | WELDER, FIRST CLASS | *Welder, 1st Class | * Note: Performing any welding work required, including vertical, overhead, and flat welding in accordance with approved standards. | |
| 5-G | ROOF BOLTER | Roof Bolter Operating Equipment Mounted on and Part of Continuous Mining Machine | Roof Bolter<br>Roof Bolter, Shift Leader<br>Stoper Operator | Fully Trained Roof Bolter Helper |
| 4-A | CUTTING MACHINE OPERATOR | Arc Wall Cutting Machine Operator<br>Cutter and Scraper<br>Cutting and Loading | Cutting Machine Operator (Shearing)<br>Cutting Machine Helper (Shearing) | Leader or Cutting Machine Operator & Other Face |
| 4-B | DISPATCHER | Dispatcher<br>Dispatcher Bottom Man | Dispatcher--Dumper<br>Dumper Dispatcher | Rotary Dump Operator Dispatcher |
| 4-C | LOADING MACHINE OPERATOR | Gobbing with Joy<br>Loader, Mechanical Unit<br>Loader Operator, Rock<br>Loading Machine HelperRock<br>Loading Machine Operator<br>Loading Machine Operator on Rock | Loading Machine, Slate Man<br>Mobile Rock Loading Machine Operator<br>Rock Joy Operator<br>Rock Loader<br>Rock Loading Machine Operator | Rock Operator<br>Slate Loader<br>Slate and Refuse Handler<br>Stall Machine Operator |
| 4-D | MACHINE OPERATOR HELPER | Continuous Mining Machine Operator Helper<br>Loading Machine Operator Helper<br>Longwall Cornerman | Longwall Headgate Man<br>Longwall Helper<br>Longwall Jack Machine Operator | Longwall Machine Tail Operator<br>Longwall Machine Helper<br>Longwall Prop Man<br>Machine Runner Helper<br>Planer Helper |
| 4-E | GENERAL INSIDE REPAIRMAN AND<br><br>WELDER | Airdox Mechanic<br>Battery Maintenance<br><br>Battery Mechanic<br>Battery Repairman<br>Belt Mechanic<br>Belt Repairman<br>Belt Vulcanizer<br>Bottom Welder<br>Cable Splicer<br>Car Repairman | Conveyor Maintenance Man<br>Dumper--Mechanic<br><br>Electrician, 2nd Class<br>Electrician General Repairman<br>Electric Panel Man<br>General Repairman<br>Machine Repairman, 2nd Class<br>Mechanic, 2nd Class<br>Mine Car Repairman<br>Pump Repairman | Repairman, 2nd Class<br>Repairman, Radio & Telegraph<br>Tipple & Bottom Mechanic<br>Track Welder<br>Vulcanizer<br>Welder<br>Welder, Inside<br>Welder, 2nd Class<br>Welder & Repairman |
| 4-F | ROCK DRILLER | Bolt Crew Leader<br>Bolt Crewman<br>Bolt Recovery | Recovery Wrench Operator<br>Rock Crew<br>Rock Driller | Roof Bolt Reclaimer<br>Roof Driller<br>Stone Driller |

## APPENDIX B PART I
## UNDERGROUND AT DEEP MINES (Continued)

| CLASSIFICATION | | JOB TITLE WITHIN CLASSIFICATION | | |
|---|---|---|---|---|
| 4-G | CONTINUOUS MINER HELPER--TRAINEE | Continuous Miner Helper Trainee | | |
| 4-H | ROOF BOLTER HELPER--TRAINEE | Roof Bolter Helper Trainee | | |
| 4-I | MAINTENANCE TRAINEE (Max. 12 mos.) | Maintenance Trainee (Max. 12 mos.) | | |
| 4-J | ELECTRICIAN TRAINEE (Max. 12 mos.) | Electrician Trainee (Max. 12 mos.) | | |
| 3-A | DRILLER-COAL | Coal Driller Driller | Driller and Shooter | Driller and Shooter, Slate |
| 3-B | SHOOTER | Shooter | Shot Firer | |
| 3-C | PRECISION MASON CONSTRUCTION | Construction of overcasts, underground buildings and foundations, haulage walls, and corners. | | |
| 3-D | FACEMAN | Chock Operator Continuous Miner Faceman Faceman Faceman on Conveyor Facer Foam Spray Machine Operator Grademan Grader Operator Jack Setter | Longwall Faceman Loader Operator Helper, Shuttle Car Loader, Shotfirer and Drillman Longwall Utility Man Longwall Utility Man Helper Mobile Bridge Operator Mobile Lift Machine Operator Molveyor Operator | Nozzleman--Rigiseal Rigi Seal Man Scoop Operator Track Machine Operator Utility Man Utility Man--Continuous Miner UN-A-TRAC Operator |
| 3-E | DUMPER | Car Dumper Dumper | Rotary Dumper | Rotary Operator |
| 3-F | SHUTTLE CAR OPERATOR | Battery Tractor Operator Buggy Operator Car Operator | Rubber Tired Battery Tractor Operator Rubber Tired Jeep Operator | Rubber Tired Shuttle Car Operator Ram Car Operator Shuttle Car Operator |
| 2-A | MOTORMAN* | Belt Motorman Brakeman-Motorman Bratticeman-Motorman Equipment Mover General Labor-Motorman Inside Kersey Operator Motorman Motorman Pumper Motorman Rock Duster | Motorman Wireman Operator, 501 Pumper-Motorman Recovery-Motorman Rock Duster Motorman Supply Jeep Operator Supplyman, Jeep *Main Line Motormen operating motors which take coal to its final destination shall be paid at the Job Class 3 Rate of Pay. | Supplyman-Motorman Supplyman Tractor Operator Timberman, Motorman Track Tamper Trackman, Motorman Tractor Operator Wireman-Motorman |
| 2-B | MAINTENANCE TRAINEE (Max. 6 mos.) | Maintenance Trainee (Max. 6 mos.) | | |
| 2-C | ELECTRICIAN TRAINEE (Max. 6 mos.) | Electrician Trainee (Max. 6 mos.) | | |
| 2-D | ELECTRICIAN HELPER | Battery Charger, Storage Battery Man Electrician Apprentice | Electrician Helper Electrician, Limited Experience | Storage Battery Charger Telephone Man |
| 2-E | MECHANIC HELPER | Car Cleaning Mechanic Car Repairman Helper Greaser Lubricator | Machine Repairman Helper Machinist Helper Mechanic Apprentice Mechanic Helper | Motor Inspector Helper Oiler Repairman-Helper |

131

## APPENDIX B PART I
## UNDERGROUND AT DEEP MINES (Continued)

| CLASSIFICATION | JOB TITLE WITHIN CLASSIFICATION | | |
|---|---|---|---|
| 1-A  BELTMAN | Belt Dumper<br>Belt Greaser<br>Belt Haulage Man<br>Belt Hopper Operator<br>Belt Installer<br>Belt Machine Operator<br>Belt Maintenance<br>Beltman<br>Beltman, A & B<br>Beltman, Inside<br>Belt Moving<br>Belt Operator<br>Belt Patrolman<br>Belt Reliefman<br>Belt Service Man | Belt & Shuttle Car Reliefman<br>Belt/Slate<br>Belt Spillman<br>Belt Vulcanizer Helper<br>Boom Man<br>Boom Operator<br>Conveyor Attendant<br>Conveyor Belt Cleaner<br>Conveyor Belt Man<br>Conveyor--Boom Man<br>Conveyor--Installation Man<br>Conveyor--Move to New<br>  Set Up<br>Conveyor Leader | Conveyorman<br>Load/Head (Loads Pit Cars)<br>Loader Headman<br>Loader/Head Operator<br>Loading Point Operator<br>Longwall Loading Boom Man<br>Slope Belt Patrolman<br>Slopeman<br>Unloader Operator<br>Unloading Operator on Belt<br>Unloading Operator on<br>  Conveyor |
| 1-B  BONDER | Bonder | | |
| 1-C  BRAKEMAN | Brakeman<br>Car Coupler<br>Car Coupler--Shaft Bottom<br>Coupler | Nipper<br>Rock Dust Man or Brakeman<br>Rope Rider | Snapper<br>Supply--Brakeman<br>Trip Rider |
| 1-D  BRATTICEMAN | Brattice Man | Ventilation & Drainage Man | Ventilation Man |
| 1-E  GENERAL INSIDE LABOR | Air Course Laborer<br>Air Sampler<br>Airdox Man<br>Bar Puller<br>Bin Feeder<br>Bin Operator<br>Bottom Belt Hopper Man<br>Bottom Cager<br>Bottom Dropper<br>Bottom Man<br>Cableman<br>Cager<br>Cager Leader<br>Coal Mucker<br>Construction Man, Inside<br>Crusher Operator<br>Crusher & Vibrator Operator<br>Dumper Helper<br>Elevator Operator<br>Face Cleaner<br>General Labor, Inside<br>Haulage Man<br>Head Rockman<br>Hiker Operator<br>Hoist Operator<br>Hoistman, Inside | Hoistman, Other Slope,<br>  Devel. Etc.<br>Materialman<br>Material Recoverer<br>Miscellaneous Face Cleanup<br>Mover<br>Moving Crew<br>Move Crew<br>Move Up, Sectional<br>Moverman<br>Mover & Rockduster<br>Moving Conveyor to New<br>  Set Up<br>Moving Equipment to New<br>  Set Up<br>Pipe & Fresh Water Man<br>Pipe Line Man<br>Pipe Layer<br>Pipeman<br>Pipeworkers<br>Planeman<br>Pointman<br>Powderman<br>Ramp Builder<br>Reclaiming Materials<br>Recovery Crew | Recovery Crew Leaders<br>Recovery Man<br>Rock Driller Helper<br>Rock Dust Crew<br>Rock Duster<br>Rockman<br>Rodman<br>Rollerman<br>Roof Bolt Assembly<br>Set-up Crew<br>Set-up Man<br>Shakeout, Shakeout Operator<br>  or Shaker<br>Shoveler<br>Slate Disposal Man<br>Slateman<br>Slateman Leader<br>Supply Recovery<br>Supplyman<br>Supplyman--Bottom<br>Supplyman Crew<br>Surveyor Helper<br>Tampman<br>Utilityman Apprentice<br>Utilityman Helper<br>Wet Rock Duster |
| 1-F  MASON | Blockman<br>Block Layer | Block & Stoppings<br>Brattice Mason | Mason |
| 1-G  PUMPER | Pump & Pipeman | Pumper | Pumper Leader |
| 1-H  TIMBERMAN | Bridgeman<br>Headerman | Prop Setter<br>Timberman | Timberman--Trackman |
| 1-I  TRACKMAN | Head Track Man<br>Roadman<br>Roadman--Switch & Heavy<br>  Trans. | Track Crew Leader<br>Track Layer<br>Track Leader<br>Track/Trolley Man | Track & Wire Man<br>Trackman<br>Trackman Leader<br>Trackman Pusher |
| 1-J  WIREMAN* | Wire Hanger<br>Wireman | *Wiremen directed by management to perform work for<br>which they must be certified by state or federal law<br>shall be paid at the Job Class 5 Rate of pay. | |

132

## APPENDIX B PART I
### UNDERGROUND AT DEEP MINES (Continued)

| CLASSIFICATION | | JOB TITLE WITHIN CLASSIFICATION | |
|---|---|---|---|
| 1-K | LABORER UNSKILLED | Belt Cleaner | Ditchman | Rock Duster Helper |
| | | Beltman Helper | Drainage Man | Rockman Helper |
| | | Beltman "C" | Feederman | Switch Cleaner |
| | | Belt Operator Helper | Ginman | Timberman Helper |
| | | Bottom Laborer | Labor/Motor | Track Cleaner |
| | | Bratticeman Helper | Laborer | Trackman Helper |
| | | Cagers' Assistant & Helper | Mason Helper | Ventilation Helper |
| | | Cleaner | Other Inside Labor | Warehouse Man |
| | | Cleanup Man | Pipeman Helper | Washer Cleanup |
| | | Coal Loader | Pumper, Apprentice | Wireman Helper |
| | | Conveyor Cleaner | Road Cleaner | Yardman |

## APPENDIX B PART II
### STRIP AND AUGER MINES

| CLASSIFICATION | | JOB TITLE WITHIN CLASSIFICATION | | |
|---|---|---|---|---|
| 5-A | COAL LOADING SHOVEL OPERATOR | Coal Loading Shovel Operator Engineer, Loading | Front End Loader-Coal Loader Engineer | Loader Operator, 10 Yds. Shovel Engineer, Coal Loading |
| 5-B | OVERBURDEN STRIPPING MACHINE OPERATOR | Coal Stripping Shovel Operator Construction Mobile Crane Operator-Erection and Dismantlement Dragline Operator Dragline Operator, 4500 Dragline Operator, 30 Yds. | Front End Loader-Stripping Power Shovel Operator Relief Shovel Operator Shovel Engineer Shovel Engineer, Overburden Shovel or Dragline Operator 4-8 Yds. | Shovel or Dragline Operator over 8 Yds. Shovel Operator Shovel Operator, 10 Yds. Stripping Shovel Operator Wheel Operator |
| 5-C | MASTER ELECTRICIAN | *Electrician Leader *Master Electrician | * Note: The electrician assigned to install electrical components and trouble-shoot electrical failures on electric shovels and draglines. | |
| 4-A | ELECTRICIAN | Electrician Electrician, 1st Class | Electrician, Lineman Shovel Inspector | Tipple Electrician |
| 4-B | MACHINIST | Machinist | Machinist, 1st Class | |
| 4-C | MECHANIC | Mechanic Prep. Mechanic, Garage Mechanic, 1st Class | Plant Mechanic Shop Mechanic | Truck Mechanic Truck & Tractor Mechanic |
| 4-D | WELDER, 1ST CLASS | *Welder, 1st Class *Welder Leader | * Note: Performing any welding work required, including vertical, overhead, and flat welding in accordance with approved standards. | |
| 4-E | SHOVEL & DRAGLINE OILER | Coal Loading Shovel Oiler Coal Stripping Shovel Oiler Dragline Oiler | Shovel Oiler Shovel Oiler, Coal Loading Shovel Oiler, Overburden | Tipple Oiler Wheel Oiler |
| 4-F | GROUNDMAN | Coal Loading Groundman Groundman Around Shovel & Dragline | Groundmen, Loading Shovel Groundmen on Wheel Loader Groundmen | |
| 3-A | MOBILE EQUIPMENT OPERATOR | Auto Patrol Boat Operator Boat Pilot *Bulldozer Operator *Carryall Operator *Dozer Operator *End Loader *Front End Loader Grademan Grader Operator Haulage Trailer Operator Heavy Equipment Operator High Lift Operator Hydraulic Equipment Operator *Le Tourneau Operator (Pan) Locomotive Fireman Locomotive Engineer | Locomotive Operator Low Boy Operator Maintainer Operator Mobile Crane Operator Motor Grader Operator *Payloader Operator Pilot Reclamation Tractor Operator Road Maintenance Road Patrol Operator Rubber Tired Tractor Operator | Semi-Tractor Driver *Tractor Driver, under D-6 *Tractor Operator *Tractor Operator, D-8 Traxcavator Operator Truck Driver, Coal Truck Driver, Gob or Refuse Truck Driver, Haulage Truck Operator, When Hauling Coal Tugboat Pilot |
| | | | *Note: When these machines are engaged in the removal of overburden as an integral part of the overburden removal process, the operator will be paid at Job Rate 5. | |

133