APPENDIX B PART II
STRIP AND AUGER MINES (Continued)

| CLASSIFICATION | | JOB TITLE WITHIN CLASSIFICATION | | |
|---|---|---|---|---|
| 3-B | REPAIRMAN | Blacksmith<br>Car Repairman<br>Carpenter<br>Electric Repairman, 2nd Class | Electrician, 2nd Class<br>Machine Repairman<br>Mechanic, 2nd Class<br>Plumber | Prep. Plant Maintenance Man<br>Repairman<br>Shovel Repairman<br>Tipple Repairman |
| 3-C | STATIONARY EQUIPMENT OPERATOR | Auger Crew<br>Auger Operator<br>Barge Loader Operator &<br>Barge Loader<br>Boom Operator<br>Derrick Operator<br>Dock Dumpers | Dock Operator<br>Dryer Operator<br>Plant Operator<br>Portable Crusher Operator<br>Retarder Man<br>Retarder Operator<br>River Dock Operator | Rock Crusher Operator<br>Switchboard Man<br>Tipple Fireman<br>Tipple Operator<br>Tipple Washer Operator<br>Tower Operator at River |
| 3-D | WELDER | Tipple Welder | Welder | Welder Outside |
| 3-E | DRILLER & SHOOTER | Bank Driller<br>Coal Driller<br>Coal Shooter<br>Drill Operator | Driller<br>Driller & Shooter<br>Driller & Shot Firer<br>Driller on Overburden | Shooter on Overburden<br>Shot Firer on Coal<br>Tampman |
| 3-F | MAINTENANCE TRAINEE (Max. 12 mos.) | Maintenance Trainee (Max. 12 mos.) | | |
| 3-G | ELECTRICIAN TRAINEE (Max. 12 mos.) | Electrician Trainee (Max. 12 mos.) | | |
| 2-A | TIPPLE ATTENDANT | Tippleman | Switchman | |
| 2-B | ELECTRICIAN HELPER | Electrician Apprentice | Electrician Helper | |
| 2-C | MECHANIC HELPER | Mechanic Apprentice<br>Mechanic Helper | Mechanic Helper, Mach. Shop | Truck Mechanic Helper |
| 2-D | MACHINIST HELPER | Machinist Helper | Machinist Apprentice | Machinist, 2nd Class |
| 2-E | REPAIRMAN HELPER | Greaser<br>Serviceman | Truck Oiler | Welder Helper |
| 2-F | DECK HAND, BOAT | Deck Hand, Boat | | |
| 2-G | DOCK HAND | Dock Hand | | |
| 2-H | MAINTENANCE TRAINEE (Max. 6 mos.) | Maintenance Trainee (Max. 6 mos.) | | |
| 2-I | ELECTRICIAN TRAINEE (Max. 6 mos.) | Electrician Trainee (Max. 6 mos.) | | |
| 1-A | CAR DROPPER | Car Dropper<br>Car Handler | Car Rider Railroad<br>Car Runner or Spotter | Car Dropper<br>Trip Rider |
| 1-B | CAR DUMPER* | Dumper | * Note: A Car Dumper Operator shall be paid at the Job Class 3 Rate of pay when equipment is being operated to dump the car. | |
| 1-C | CAR TRIMMER | Car Trimmer | | |
| 1-D | SAMPLER | Coal Sampler | | |
| 1-E | TRUCK DRIVER, SERVICE | Supply Truck Driver<br>Teamster<br>Truck Driver | Truck Driver, Outside Pit<br>Truck Driver, Supply<br>Truck Driver, Utility | Truck Driver without Trailer<br>Water Hauler<br>Water Truck Driver |
| 1-F | UTILITY MAN | Driller's Helper<br>Driller's Helper on Overburden<br>Loader Pumper<br>Maintenance, Misc.<br>Painter<br>Preparation Man | Preparation Plant Pumper<br>Pumper<br>Supplyman<br>Track Repairman<br>Trackman<br>Utility Man | Water Boy<br>Water Carrier<br>Waterman<br>Water Treater |
| 1-G | LABORER UNSKILLED | Auger Helper<br>Bin Oiler<br>Car Cleaner<br>Flagger<br>Greaser Helper<br>Janitor<br>Laborer<br>Laborer & Helper<br>Loader Labor<br>Man Working Around Tipple | Night Hostler<br>Nitrate Bagger<br>Outside Tipple Labor<br>Pin Puller<br>Pit Hand Shoveler<br>Pit Man<br>Screen Man<br>Shooter Helper<br>Shooter's Helper on Overburden<br>Shop Laborer | Shop Man<br>Shot Firer Helper<br>Slate Picker<br>Tipple, All Other<br>Tipple Cleaner<br>Tipple Laborer<br>Track Labor<br>Washer<br>Yardman |

## APPENDIX B PART III
## PREPARATION PLANTS AND OTHER SURFACE FACILITIES FOR DEEP OR SURFACE MINES

| CLASSIFICATION | | JOB TITLE WITHIN CLASSIFICATION | | |
|---|---|---|---|---|
| 4-A | ELECTRICIAN | Armature Winder<br>Coil Winder<br>Electrician<br>Electrician, A. C.<br>Electrician Chief or Head<br>Electrician Crew Leader<br>Electrician, Experienced<br>Electrician, Gang Leader<br>Electrician, 1st Class<br>Electrician Leader | Electrician & Mechanic<br>  Combined<br>Electrician Lineman<br>Electric Motor Repairer<br>Electrician Panel Man Motor<br>Electric Repairman<br>Electric Repairman, 1st Class<br>Electric Repair Crew Leader<br>Electrician, Shop<br>Head Motor Inspector | Lineman<br>Lineman, 1st Class<br>Lineman Leader<br>Master Electrician<br>Inspector<br>Plant Electric Repairman,<br>  1st Class<br>Repairman, A. C.<br>Repairman, Radio & Telephone<br>Shop Electrician<br>Washer Electrician |
| 4-B | MACHINIST | Latheman<br>Lathe Operator<br>Machinist | Machinist, 1st Class<br>Machinist Group Leader<br>Machinist Leader | Machinist Millwright<br>Machine Repairman<br>Maintenance Leader |
| 4-C | MECHANIC | Aerial Tram Mechanic<br>Auto Mechanic<br>Blacksmith, 1st Class<br>Blacksmith, Head<br>Diesel Mechanic<br>Euclid Mechanic<br>Garage Mechanic<br>Head Truck Mechanic | Heavy Equipment Repairman<br>Maintenance Leader<br>Mechanic<br>Mechanic, 1st Class<br>Mechanic Leader<br>Plant Mechanic<br>Repairman, Chief<br>Repairman, 1st Class | Repairman Mechanic<br>Repairman Special<br>Shop Mechanic<br>Tipple Mechanic<br>Top Mechanic<br>Truck Mechanic<br>Truck Repairman, 1st Class<br>Washer Mechanic |
| 4-D | WELDER, FIRST CLASS | *Top Welder<br>*Welder, 1st Class<br>*Welder, Master |  | * Note: Performing any welding work required, including vertical, overhead, and flat welding in accordance with approved standards. |
| 4-E | PREPARATION PLANT CENTRAL CONTROL OPERATOR | *Cleaning Plant Central<br>  Operator<br>*Preparation Plant Operator<br>*Wash Operator, Chief |  | * Note: The operator of a coal preparation plant where the controls for the plant are centrally located and the responsibility for these controls is assigned to this operator. |
| 3-A | MOBILE EQUIPMENT OPERATOR | Athey Wagon<br>Boat Pilot Heavy<br>Boat Operator<br>Bulldozer Operator<br>Bulldozer & Truck Operator<br>Cat Operator<br>Carryall Operator<br>Crane Operator<br>Diesel Engineer<br>Diesel Operator<br>Diesel Truck Operator<br>Diesel Locomotive Operator<br>Dinkey Engineer<br>Dozer Operator, Stockpile Lab.<br>End Loader Operator<br>Euclid Driver<br>Euclid Operator, Refuse<br>  Disposal<br>Front End Loader | Grader Operator<br>Equipment Operator<br>High Lift Operator<br>Hydrocrane Operator<br>Hydraulic Equipment Operator<br>Locomotive Operator<br>Low Boy Operator<br>Michigan Load Operator<br>Mobile Crane Operator<br>Mobile Equipment Operator<br>Motor Grader Operator<br>Motor Grader Operator,<br>  1st Class<br>Motorman, Outside<br>Motorman, Supplyman<br>Payloader Operator<br>Payloader, Tractor & Shovel<br>  Operator<br>Pilot | Refuse on Gob Hauler<br>Scoopmobile Operator<br>Scraper<br>Shuttle Car Operator<br>  Ldg. Coal RR.<br>Skid Load Operator<br>Tractor Operator<br>Tractor Trailer Operator<br>Tractor Truck Operator<br>Tram Operator<br>Truck, Crane & Front End<br>  Loader Operator<br>Truck Driver, Coal<br>Truck Driver, Gob or Refuse<br>Truck Driver, Haulage<br>Truck Driver, Heavy Duty<br>Truck Driver, Heavy Duty, Gob |
| 3-B | REPAIRMAN | Airdox Mechanic<br>Automotive Repairman<br>Battery Repairman<br>Belt Mechanic<br>Belt Vulcanizer<br>Blacksmith<br>Blacksmith, Central Shop<br>Carpenter<br>Carpenter, 1st Class<br>Carpenter, Gang Leader<br>Carpenter, Head<br>Car Repairman<br>Car Repairman, Head | General Repairman<br>Hydraulics Man<br>Hydraulics Repairman<br>Lamphouse Repairman<br>Lear Car Repairman<br>Locomotive Repairman<br>Maintenance Man<br>Mason<br>Millwright<br>Mine Car Repairman<br>Motor Repairman<br>Motor & Machine Repair<br>Outside Repairman | Plumber<br>Repairman<br>Riverman Mechanic<br>Shop Man<br>Steel Worker, Head<br>Steel Worker Rigger<br>Table Repairman<br>Tipple Repairman<br>Top Maintenance<br>Washer Repairman<br>Yard Mechanic |

## APPENDIX B PART III
## PREPARATION PLANTS AND OTHER SURFACE FACILITIES FOR DEEP OR SURFACE MINES (Continued)

| CLASSIFICATION | | JOB TITLE WITHIN CLASSIFICATION | | |
|---|---|---|---|---|
| 3-C | STATIONARY EQUIPMENT OPERATOR | Aerial Tramway Operator<br>Barge Loader Operator<br>  Barge loader<br>Barge Mover<br>Blending Bin Operator<br>Blending Plant Operator<br>Breaker Operator<br>Coarse Coal Operator<br>Cleaning Plant Operator<br>Coal Hoisting Engineer<br>Combination Lampman & Hoist Engineer<br>Cone Operator<br>Control Man<br>Control Operator<br>Crusher House Operator<br>Crusher Operator<br>Cyclone Operator<br>Daniels Washer Operator<br>Deister Table Operator<br>De Waterer<br>Dock Operator<br>Door Thickener Operator<br>Drum Runner<br>Dry Cleaner Operator<br>Dry Plan Operator<br>Dryer Operator<br>Dryer Floor Operator<br>Dryer Unit Operator<br>Flash Dryer Operator<br>Floatation Plant Operator<br>Fine Coal Operator | Filter Operator<br>Froth Cell Operator<br>Furnace Operator<br>Gravity Hoist Operator<br>Head House Operator<br>Heat Dryer Operator<br>Heavy Media Operator<br>Hoistman<br>Hoist Engineer<br>Hoist Operator<br>Hoist Engineer, Supplies<br>Jig Operator<br>Loading Point Operator<br>Main Panel Board Operator<br>Manway Hoist Engineer, Elec.<br>Material Hoistman<br>Media Operator<br>Middling Circuit Operator<br>Pellet Plant Operator<br>Plant Controlman<br>Plant Operator<br>Preparation Plant Panel Operator<br>Processing Plant Operator<br>Pumper & Deister Table Operator<br>Raw Coal Operator<br>Refuse Belt Operator<br>Refuse Crusher Operator<br>River Loading Equipment Operator | River Tipple Operator<br>Screen House Operator<br>Screening Plant Operator<br>Secondary Heavy Media Operator<br>Shakeout Operator<br>Skip Hoist Engineer<br>Slate Hoist Operator<br>Slope & Hoist Engineer<br>Stacker Operator<br>Sub-Station Oper. & Fan Tender<br>Sump Operator<br>Supply Hoist<br>Supplyman-Hoist Engineer<br>Table Operator<br>Table Plant Operator<br>Thickener Operator<br>Tipple Dryerman & Washer<br>Tipple Operator<br>Tipple Operator with Central Control<br>Tipple Starter<br>Tower Operator<br>Vessel Operator<br>Washer Operator<br>Washer Operator, Inside<br>Wet Plant Attendant<br>Wet Plant Operator<br>Whirley Operator | |
| 3-D | WELDER | Shop Welder | Welder | Welder & Repairman |
| 3-E | RAILROAD CAR LOADER OPERATOR | Car Loader Operator | Railroad Car Loader Operator | |
| 3-F | MAINTENANCE TRAINEE (Max. 12 mos.) | Maintenance Trainee (Max. 12 mos.) | | |
| 3-G | ELECTRICIAN TRAINEE (Max. 12 mos.) | Electrician Trainee (Max. 12 mos.) | | |
| 2-A | TIPPLE ATTENDANT | Binman, Outside<br>Blending Bin Oper. Helper<br>Boom Man<br>Cleaning Plant Attendant<br>Cleaning Plant Oper. Helper<br>Dryer Attendant<br>Filter Operator Helper<br>Fine Coal Operator Helper<br>Heavy Media Operator Helper | Mixer Helper<br>Plant Operator Helper<br>Processing Plant Operator Asst,<br>Pump Attendant<br>Pumper<br>Pumper, Floatation Plant<br>Secondary Heavy Media Oper. Helper | Sludge Tank Tender<br>Table Operator Helper<br>Tipple Operator Assistant<br>Wash Box Attendant<br>Washer Helper<br>Washer, Inside<br>Wet Plant Operator Helper |
| 2-B | DOCK MAN | Barge Man<br>Deck Hand, Boat | Dock Hand<br>Head Riverman | Riverman<br>Riverman Helper |
| 2-C | ELECTRICIAN HELPER | Cable Splicer<br>Cable Vulcanizer<br>Electrician Helper<br>Electrician Helper, Outside<br>Electrician, 2nd Class | Electrician, Limited Experience<br>Lineman Helper<br>Lineman, 2nd Class<br>Motor Inspector Helper | Power Man<br>Shop Electrician, 2nd Class<br>Shop Electrician Helper |
| 2-D | MACHINIST HELPER | Machinist Helper | Machinist, 2nd Class | |
| 2-E | MECHANIC HELPER | Building Maintenance<br>Machine Repairman Helper | Mechanic Helper<br>Mechanic, 2nd Class | Motor Inspector Helper<br>Tipple Mechanic Helper |
| 2-F | REPAIRMAN HELPER | Blacksmith, 2nd Class<br>Blacksmith Helper<br>Car Repairman Helper<br>Greaser<br>Oiler<br>Plant Oiler<br>Repairman, 2nd Class | Repairman, Basic<br>Repairman, Helper<br>Steel Worker Helper<br>Sump Repairman<br>Tipple Greaser<br>Tipple Oiler<br>Tipple Repairman Helper | Tire Repairman<br>Truck Repairman, 2nd Class<br>Washer Repairman Helper<br>Welder Helper<br>Welder, 2nd Class |

## APPENDIX B PART III
## PREPARATION PLANTS AND OTHER SURFACE FACILITIES FOR DEEP OR SURFACE MINES (Continued)

| CLASSIFICATION | | JOB TITLE WITHIN CLASSIFICATION | | |
|---|---|---|---|---|
| 2-G | MAINTENANCE TRAINEE (Max. 6 mos.) | Maintenance Trainee (Max. 6 mos.) | | |
| 2-H | ELECTRICIAN TRAINEE (Max. 6 mos.) | Electrician Trainee (Max. 6 mos.) | | |
| 1-A | CAR DROPPER | Brakeman Head Car<br>Car Dropper<br>Car Handler<br>Car Pincher<br>Diesel Brakeman | Dropper<br>Load Dropper<br>Load-Out Attendant<br>Load Out Rider<br>Nipper | Rail Loadouts<br>Railroad Car Dropper<br>Railroad Car Handler |
| 1-B | CAR DUMPER* | Car Coupler<br>Car Dumper<br>Car Dumper-Screen Oper.<br>Car Unloader<br>Dumper<br>Dumper Operator | Mine Car Dumper & Coupler<br>Railroad Car Unloader<br><br>* Note: A Car Dumper Operator shall be paid at the Job Class 3 Rate of pay when equipment is being operated to dump the car. | Tipple Topman & Dumper<br>Top Dumper |
| 1-C | CAR TRIMMER | Barge Trimmer | Car Trimmer | Trimmer |
| 1-D | SAMPLER | Coal Sampler<br>Sample Grinder | Sampler<br>Sampler, Head | |
| 1-E | BIT SHARPENER | Bit Grinder | Bit Sharpener | Bit Sharpener Machine Oper. |
| 1-F | TRUCK DRIVER, SERVICE | Dump Truck Operator<br>Larryman<br>Larry Operator | Rheo Operator, Truck<br>Supply Truck Driver<br>Truck Driver | Truck Driver, Supply<br>Truck Driver, Over 7 Tons<br>Truck Driver, Over 8 Tons |
| 1-G | EQUIPMENT OPERATOR, SERVICE | Car Pusher, Mine Cars at Tipple | Motor Grader Operator, 2nd Class | |
| 1-H | PREPARATION PLANT, UTILITY MAN | Beltman<br>Belt Operator, Refuse<br>Belt Patrolman<br>Binman, Retail<br>Blocker<br>Boom Operator<br>Car Tagger<br>Carpenter Helper<br>Chemist Helper<br>Coal Cleaner<br>Coal Distributor<br>Coal Distributor & Crusherman<br>Coal Treatment Man<br>Cone Operator Helper<br>Cone Operator, 1st Helper<br>Cone Operator, 2nd Helper<br>Conveyor & Boom Operator<br>Conveyorman | Conveyor Unloader<br>Drag Conveyorman<br>Dry Plant Operator Helper<br>Floorman<br>Floorman, Central Cleaning Plant<br>General Relief, Tipple<br>Heavy Media Attendant<br>Heavy Media Circuit<br>Jig Operator Helper<br>Loading Platform Operator<br>Picking Table Operator<br>Plant Cleaner<br>Preparation Man<br>Railroad Maintenance Tipple Trackman<br>Raw Coal Operator Helper<br>Reliefman Washer<br>Scaleman, Retail | Scalp Screenman<br>Screenman<br>Shifter<br>Shipper<br>Shipper Boom Operator<br>Sample Preparer Helper<br>Slate Hoistman<br>Slate Loader<br>Surge Bin Operator<br>Tipple, All Other<br>Tipple, Boom Operator<br>Tippleman<br>Tippleman, Crusherman & Shakerman<br>Utilityman<br>Truck Bins<br>Utility Man |
| 1-I | SURFACE UTILITY MAN | Airdox Man<br>Bathhouse Attendant<br>Block Layer<br>Filter Plant Man and Sampler<br>Fireman<br>Groundman, 1st Class<br>Groundman, Tipple<br>Lamp & Filterman<br>Lamphouse Man<br>Lamphouse & Bathhouse Attendant | Lamphouse Day Man<br>Lamphouse Night Man<br>Lampman<br>Lampman Dispatcher<br>Lampman-Plumber<br>Lampman Watchman<br>Locomotive Switchman<br>Outside Labor Leader<br>Portal Attendant<br>Pumpman<br>Storage Battery Charger | Supply Loader<br>Supplyman<br>Supplyman Top<br>Surface Supplyman<br>Surface Utility Man<br>Surface Yard & Supplyman<br>Track Layer<br>Trackman<br>Water Treater |
| 1-J | LABORER UNSKILLED | Cager<br>Car Cleaner<br>Cleanup Man<br>Floorman, Central Supply<br>General Labor<br>General Outside Labor<br>Janitor<br>Laborer<br>Mine Car Greaser | Other Able Bodied Labor<br>Railroad Maintenance, Trackman Helper<br>Sand Dryer<br>Shop Helper<br>Slate Picker<br>Statewide Basic<br>Stockpile Labor<br>Supply Yard Labor | Supply Yard Leader<br>Tipple Cleaner<br>Tipple Laborer<br>Top Hand<br>Top Laborer<br>Topman<br>Vibrator Cleaner<br>Wood Picker<br>Yardman |

# APPENDIX C ALTERNATIVE SCHEDULES

Part 1. **Alternative Schedules.** The Parties recognize that greater flexibility at some operations may be needed to promote greater efficiency in production, and to increase Employee choice in work schedules. Accordingly, and notwithstanding the Traditional Work Schedule set forth in Article IV of this Agreement, the Parties have agreed to the establishment of alternative scheduling at the operations covered by this Agreement, including underground mines, surface mines, and all related facilities, in order to provide continuous operations seven (7) days a week. The Employer may establish seven day continuous operations consistent with the schedules set forth in this Appendix, provided the overall employment level at the operation is increased and mandatory overtime is eliminated. The provisions in this Appendix regarding the elimination of mandatory overtime and increased employment levels are applicable only at the operations where alternative schedules are established. The obligation to increase employment levels shall be subject to an exception for conditions beyond the control of the Employer, e.g., loss or cutback of coal orders, exhaustion of coal reserves, change in geology, and other similar conditions. The determination of whether employment levels have been increased shall be based on the employment level at the time any alternative schedule is established; provided, however, the Employer shall not layoff prior to implementation for the purpose of evading its obligation to increase employment thereafter. Further provided, any layoff more than 6 months before the date of implementation shall not be considered to be for the purpose of evading the obligations to increase employment after implementation. In the event of any conflict between the provisions in this Appendix and other provisions in this Agreement, the provisions in this Appendix shall control with respect to alternative schedules. Where an Employer establishes alternative schedules, the following shall apply:

(a) **Weekend/Holiday Schedules.** The Employer may establish weekend/holiday schedules for any inside and/or any outside (including outside continuous) Employees for work on Friday or Monday, and Saturday and Sunday, and all holidays except as provided in subpart (c) below, so long as such positions are filled by Employees who bid for the job either from the active workforce or from the panel. Selection and bidding procedures shall be governed by Article XVII except the provisions of Article XVII, Section (e) concerning acceptance or rejection of available jobs shall not apply to Employees who bid the weekend/holiday crew from the panel. On a one-time basis, to initially implement the weekend/holiday crew at any operation, an Employee who bids to a weekend/holiday job that carries the same or lower straight time rate will not have such awarded bid count as one of the two occasions under Article XVII, Section (i)(8). Where the weekend/holiday schedule is established, the workday for inside Employees is twelve (12) hours (on Saturday, Sunday and Holidays) and ten (10) hours (on Friday or Monday) from portal to portal, which means collar-to-collar or bank-to-bank, including a staggered thirty (30) minutes for lunch, and without any intermission or suspension of operation throughout the day. The workday for outside Employees on the weekend/holiday schedule is twelve (12) hours (on Saturday, Sunday and Holidays) and ten (10) hours (on Monday or Friday), including a staggered thirty (30) minutes for lunch, and without any intermission or suspension of operation throughout the day. Employees assigned to the weekend/holiday crew will be regularly scheduled for twelve (12) hours per shift on Saturday, Sunday, and holidays, and will be compensated at a premium rate for Saturday, Sunday and holiday work. The premium rate for Saturday, Sunday, and holiday work shall be twenty (20) hours of pay at the straight time rate for twelve (12) hours of work or the applicable pro rata number of hours based on the hours actually worked. On Friday or Monday, Employees will be regularly scheduled for ten (10) hours per shift and will be compensated at the straight time rate for ten (10) hours of work. Where a weekend/holiday schedule is established, the Employer shall have the right to operate multiple shifts with different crews. The weekend/holiday schedule may be maintained only so long as inside Employees on the traditional schedule under Article IV, or on the modified weekday schedule under subpart (e) below, are scheduled for forty (40) hours per week, and outside Employees are scheduled for at least thirty-six and a quarter (36.25) hours per week, whichever is applicable, unless the schedule is reduced due to idle days.

138

(b) **Overtime For Weekend/Holiday Crew.** Overtime work shall be defined as any work performed outside of the Employee's regular schedule (i.e, work in excess of twelve (12) hours on Saturday, Sunday and holidays and in excess of ten (10) hours on Friday or Monday). All overtime work for the weekend/holiday crew is voluntary. For work on Saturday, Sunday, and holidays, overtime in excess of the regular scheduled shift of twelve (12) hours shall be compensated at double the straight time rate, with no pyramiding of overtime. For work on Friday or Monday, overtime in excess of the regular scheduled shift of ten (10) hours shall be compensated at one and one-half times the straight time rate, with no pyramiding of overtime. Notwithstanding the above, if an Employee on the weekend/holiday crew voluntarily works on a weekday outside of his regular schedule, he shall be paid the straight time rate.

(c) **Holidays For Weekend/Holiday Crew.** An Employee on the weekend/holiday crew must work all scheduled holidays set forth in Article XII, except Thanksgiving Day, the Friday after Thanksgiving, Christmas Eve, and Christmas Day. Except for these four (4) holidays, an Employee on the weekend/holiday crew shall not schedule off for any other holiday referenced in Article XII by taking any contractual day set forth in subpart (d) below, except he may use up to forty hours of paid time off to schedule days off on two holidays without regard to the 15% rule set forth in Part 6 below. For Employees working on the weekend/holiday crew, the provisions of Article XII, Sections (a) Holidays Observed, (b) Sunday Holidays, (c) Monday Holidays, (d) Pay for Holidays Worked, (e) Pay for Holidays Not Worked, (f) Holidays During Vacation Period, and (g) Birthday Holidays shall not apply.

(d) **Paid Time Off For Weekend/Holiday Crew.** Except as otherwise provided in this Appendix, Employees assigned to the weekend/holiday crew will receive as paid time off the hourly equivalent (based on eight (8) hours per day) of the number of days they otherwise would have received if they were on a traditional schedule. Employees assigned to the weekend/holiday crew will be eligible to receive up to a maximum of 360 hours of paid time off each calendar year at the Employee's straight time rate, of which 280 hours shall be treated as discretionary time provided all of the conditions and rules of this subpart are met. The 360 hours shall be the maximum annual total paid time off for regular vacation, graduated vacation, floating vacation, personal or sick leave, and holidays (including the birthday holiday). All rules governing the eligibility and qualifications for, and the accrual, scheduling and taking of such days set forth in this Agreement shall apply to Employees on the weekend/holiday crew, except where such rules conflict with the provisions in this Appendix, in which case the provisions of this Appendix shall control. Employees who are not eligible for the maximum number of paid days off in this Agreement shall receive the number of days to which they are eligible, converted to hours based on an 8-hour day. For example, if an Employee is eligible for five (5) days of graduated vacation under Article XIV(a), he shall receive a maximum of forty (40) hours of graduated vacation under this Appendix. The 360-hour maximum (or an individual Employee's lower maximum, where applicable) shall operate as a cap and shall not be exceeded for any reason, unless the Employee has carried over up to 40 hours of personal or sick leave consistent with the requirements of Article IX, Section (e), or has carried over up to 32 hours of floating vacation for use under the Family and Medical Leave Act of 1993, consistent with the requirements of Article XIII, Section (e). Except where such time is carried over, once the 360-hour maximum (or the lower individual maximum) is reached, no additional paid time off will be provided. For Employees on the weekend/holiday crew, paid time off will be allocated as follows: (i) For every Saturday, Sunday, or holiday taken as a paid day off (i.e., Thanksgiving, the day after Thanksgiving, Christmas Eve and Christmas Day), the Employee will be paid for 20 hours at the straight time rate; (ii) for every scheduled Friday or Monday taken as a paid day off, the Employee shall be paid for the total number of hours in his regular scheduled shift of ten (10) hours for that day at the straight time rate, until the maximum number of hours of paid time off for the Employee is reached. All time off shall be subject to the 15% rule as set forth in Part 6 below with the exception of personal or sick leave. An Employee shall have five (5) personal or sick leave days per calendar year, however, a maximum of two (2) personal or sick leave days may be taken on a scheduled holiday. Paid time off for Employees on the weekend/holiday crew shall be

paid at the Employee's straight time rate but not including premiums for Saturday, Sunday, holidays or birthday work.

(e) **Modified Weekday Schedules.** The Employer may establish, in conjunction with the weekend/holiday schedule, a modified weekday schedule that provides for shifts of ten (10) hours per day, either Monday through Thursday, or Tuesday through Friday, at the straight time rate, provided there are minimal or no disruptions caused by any realignment that results from the implementation of such a schedule. In the event an Employee is not assigned to work within his classification after the implementation of this schedule, any job openings in that job title which may occur shall be filled by the most senior Employee previously so classified. The modified weekday schedule may be established for any inside and/or any outside (including outside continuous) Employees. Where the modified weekday schedule is established, mandatory overtime will be eliminated. Where the modified weekday schedule is established, the workday for inside Employees is ten (10) hours from portal to portal, which means collar-to-collar or bank-to-bank, including a staggered thirty (30) minutes for lunch, and without any intermission or suspension of operation throughout the day. The workday for outside Employees on the modified weekday schedule is ten (10) hours, including a staggered thirty (30) minutes for lunch, and without any intermission or suspension of operation throughout the day. The modified weekday schedule of ten (10) hours per day for both inside and outside Employees shall be paid for at the straight time rate. Where the modified weekday schedule is established, the Employer shall have the right to operate multiple shifts with different crews.

(f) **Overtime For Modified Weekday Crew.** Overtime for any Employee assigned to the modified weekday crew shall be paid for actual hours worked in excess of the regular scheduled shift of ten (10) hours and for actual hours worked in excess of forty (40) hours per week, and shall be paid at one and one-half times the applicable straight time rate with no pyramiding of overtime. Notwithstanding the above, an Employee assigned to the modified weekday crew who works on a Saturday or Sunday shall be paid the premium rate of twenty (20) hours of pay at the straight time rate for twelve (12) hours of work, or the applicable pro rata number of hours based on the hours actually worked for all work on Saturday or Sunday. If an Employee assigned to the modified weekday crew works a holiday, the provisions of Article XII, Section (d) shall apply (i.e., he shall be paid triple time). If an Employee works on a day in which a premium applies, only the actual hours worked on that day are counted as "hours worked" for purposes of overtime. For example, if an Employee on the modified weekday crew works twelve (12) hours on a Saturday and gets paid for twenty (20) hours, only twelve (12) hours are counted as "hours worked" for purposes of overtime. If an Employee on the modified weekday crew is off for any regular scheduled work day due to a contractually provided for regular vacation, floating vacation, graduated vacation, personal or sick leave, bereavement, jury duty, military duty, or holiday, that time shall be counted as "hours worked" for purposes of overtime calculation only.

(g) **Paid Time Off For Modified Weekday Crew.** Except as otherwise provided in this Appendix, Employees assigned to the modified weekday crew will receive as paid time off the hourly equivalent (based on eight (8) hours per day) of the number of days they would have received if they were on a traditional schedule. Employees assigned to the modified weekday crew will be eligible to receive up to a maximum of 360 hours of paid time off each calendar year at the Employee's straight time rate, of which 250 hours shall be considered discretionary time off provided all of the conditions and rules of this subpart are met. The 360 hours shall be the maximum annual total paid time off for regular vacation, graduated vacation, floating vacation, personal or sick leave, and holidays (including the birthday holiday). All rules governing the eligibility and qualifications for, and the accrual, scheduling and taking of such days set forth in this Agreement shall apply to Employees on the modified weekday crew, except where such rules conflict with the provisions in this Appendix, in which case the provisions in this Appendix shall control. For Employees working on the modified weekday crew, the provisions of Article XII, Sections

(b) Sunday Holidays, and (c) Monday Holidays, shall not apply. Employees who are not eligible for the maximum number of paid days off in this Agreement shall receive the number of days to which they are eligible, converted to hours based on an 8-hour day. For example, if an Employee is eligible for five (5) days of graduated vacation under Article XIV(a), he shall receive a maximum of forty (40) hours of graduated vacation under this Appendix. The 360-hour maximum (or an individual Employee's lower maximum where applicable) shall operate as a cap and shall not be exceeded for any reason, unless the Employee has carried over up to 40 hours of personal or sick leave consistent with the requirements of Article IX, Section (e), or has carried over up to 32 hours of floating vacation for use under the Family and Medical Leave Act of 1993, consistent with the requirements of Article XIII, Section (e). Except where such time is carried over, once the 360-hour maximum (or the lower individual maximum) is reached, no additional paid time off will be provided. For Employees on the modified weekday crew, paid time off will be allocated as follows: For every paid day off as provided above, the Employee shall be paid for the total number of hours in his regular scheduled shift of ten (10) hours for that day at the straight time rate, until the maximum number of hours of paid time off for the Employee is reached. All time off shall be subject to the 15% rule as set forth in Part 6 below with the exception of personal or sick leave. An Employee shall have five (5) personal or sick leave days per calendar year. Paid time off for Employees on the modified weekday schedule shall be paid at the Employee's straight time rate but not including premiums for Saturday, Sunday, holidays or birthday work.

(h) **Bereavement.** Notwithstanding the above, Employees working on any alternative schedule set forth in this Part 1 shall receive up to 24 hours (up to three (3) days off at eight (8) hours each day) of bereavement pay at the Employee's straight time rate in the event of a death in the Employee's immediate family, provided that the conditions set forth in Article IX(a) are satisfied.

(i) **Taking Of Contractual Days.** Any contractual days provided for in this Appendix (including holidays, regular vacation, graduated vacation, floating vacation, personal or sick leave, bereavement, military, or jury duty) shall not be utilized for any period of less than one (1) full day on the Employee's regular scheduled shift. For any unused hours, the Employee will be paid in lieu at the end of the calendar year. No Employee on an alternative schedule shall be entitled to holiday pay if he has been absent on his last scheduled day prior to, or his first scheduled day following, the holiday because of an unauthorized work stoppage. In the event an Employee working on any alternative schedule established pursuant to this Appendix is absent from work and has not requested a Personal or Sick Leave Day in advance of his absence, the Employer may pay the Employee for that day and charge the Employee with a Personal or Sick Leave Day if the Employee has not already exhausted such days. The Employer may charge up to two (2) Personal or Sick Leave Days for each absence occurrence of more than (1) consecutive day. For example, if an Employee is absent four (4) consecutive work days, he may be charged only with two (2) such days. Personal or Sick Leave Days may be charged against the seven (7) day waiting period under the Sickness and Accident Program, but will not affect sickness and accident eligibility.

Part 2. **Other Alternative Schedules.** The Employer or the local union shall have the right to propose other alternative schedules in addition to the schedules established under Part 1 above, including the establishment of premium pay, if any, for Saturday, Sunday and holiday work. Such schedules, if acceptable to the Employer and the local union, may be implemented provided that the local union membership ratifies the schedule, and further provided that the overall employment level at the operation is increased and mandatory overtime is eliminated. Any alternative schedule approved by and resulting from such majority vote shall be final and binding on the parties. Any such vote shall not be subject to the grievance procedure or economic self help.

Part 3. **Notice Of Changes.** Where the Employer establishes alternative schedules under either Parts 1 or 2 above, the Employer has the right to change the scheduled work day, workweek, or the starting

time of any shift on thirty (30) days notice, except in the case of an emergency or circumstances beyond the control of the Employer, in which case reasonable notice shall apply. The Employer also has the right to implement the traditional schedule set forth in Article IV of this Agreement and/or any alternative schedule adopted pursuant to the provisions of this Appendix on thirty (30) days notice except in the case of an emergency or circumstances beyond the control of the Employer, in which case reasonable notice shall apply. The Employer shall have the right to establish a traditional schedule or any combination of alternative and traditional schedules. For example, the Employer may, in conjunction with an alternative schedule, utilize a maintenance and/or construction crew on a traditional schedule (Monday through Friday at eight (8) hours per day), or may schedule a swing shift at eight (8) hours per day as referenced in Article XXI(g). After establishing an alternative schedule pursuant to this Appendix, the Employer shall have the right to return to the traditional schedule under Article IV or change to any other alternative schedule provided for in this Appendix.

Part 4. **Reduction Of The Workforce.** If the workforce is reduced below the base level of employment as set forth in Part 1, the weekend/holiday schedule must be abolished and further scheduling at the mine or facility shall then be governed by the terms and conditions set forth in Article IV. (Traditional Work Schedule). In the event of a reduction in force and the cessation of the weekend/holiday schedule, any realignment shall be conducted in accordance with Article XVII and any other applicable provision of this Agreement.

Part 5. **Straight Time Rate/Shifts.** The straight time rate applicable to Parts 1 and 2 above is the rate set forth in Appendix A for the appropriate job classification. For purposes of payment of shift differentials, any Employee working on an alternative schedule established pursuant to Parts 1 or 2 above shall be considered to be on the shift during which the majority of his work is performed on any given day. For purposes of overtime or premium pay under Parts 1 and 2 above, an Employee shall be considered to be working on the day of the week in which the majority of his work is performed on his regular scheduled shift. In addition, an Employee who begins a shift on one day may be required to work into the next day to complete his scheduled shift.

Part 6. **Scheduling Vacations.** Employees working on any alternative schedule under Parts 1 or 2 above shall have the option to schedule off for staggered regular vacation, floating vacation days, or graduated vacation days, provided that this will not interfere with efficient operations as determined by the Employer and so long as not more than 15 percent of the work force on (i) the weekend/holiday crew at an operation, or (ii) the modified weekday crew at an operation, elects to be off on the same day. The Employer may include in the 15 percent calculation the absenteeism attributable to individuals who have left work on workers' compensation and sickness and accident. Should there be a conflicting choice of vacation between two or more Employees, the choice will be determined on a seniority basis. The Employer retains the right to elect and implement the regular vacation shutdown and staggered regular vacations. Every Employee shall be given an opportunity to schedule his regular vacation in the calendar year whether or not the Employer schedules a regular shutdown. To the extent practicable, the vacation will be scheduled during the period of the Employee's preference consistent with the 15 percent rule as set forth above.

Part 7. **Changing Crews At The Face.** Notwithstanding any provision to the contrary in this Agreement regarding the elimination of mandatory overtime at those operations with alternative schedules, the Employer has the right under any schedule established under Parts 1 or 2 above to change crews at the face, including the right to require reasonable amounts of overtime necessary to allow for changing at the face. However, in no event will an Employee working on a Saturday, Sunday or holiday under the weekend/holiday schedule be required to work beyond his regular scheduled twelve (12) hour shift.

Part 8. **Overtime Work.** Where the Employer establishes alternative schedules under Parts 1 or 2 above, overtime work will be offered by the Employer on an as-needed basis. An overtime roster must be kept up-to-date and posted in each operation for the purpose of distributing overtime on an equitable basis to the extent practicable.

Part 9. **Idle Day Work.** Idle day work, as required by the Employer, will be scheduled on an as-needed basis under any alternative schedule established under Parts 1 or 2 above. Idle day work must be shared on an equitable basis to the extent practicable.

Part 10. **Reporting Pay.** The provisions of Article IX, Section (c) Reporting Pay, shall apply to Employees working on alternative schedules, except as modified below. For Reporting Pay purposes, Employees on the modified weekday crew will be paid five (5) hours at the straight time rate, and Employees on the weekend/holiday crew will be paid five (5) hours at the straight time rate for work on Friday or Monday, and ten (10) hours at the straight time rate for work on Saturday, Sunday and holidays.

# INDEX

Age 62 Pension ................................................................... 124
APPENDIX A PART I UNDERGROUND AT DEEP MINES ..................... 127
APPENDIX A PART II STRIP AND AUGER MINES ............................ 128
APPENDIX A PART III PREPARATION PLANTS AND OTHER SURFACE FACILITIES .... 129
APPENDIX B PART I UNDERGROUND AT DEEP MINES ...................... 130
APPENDIX B PART II STRIP AND AUGER MINES ............................. 133
APPENDIX B PART III PREPARATION PLANTS AND OTHER SURFACE FACILITIES .... 135
APPENDIX C ALTERNATIVE SCHEDULES .................................... 138
Article I--ENABLING CLAUSE ................................................. 1
Article IA--SCOPE AND COVERAGE ........................................... 2
    Section (a) Work Jurisdiction ................................................ 2
    Section (b) Exemptions Clause ............................................... 2
    Section (c) Supervisors Shall Not Perform Classified Work ................... 3
    Section (d) Management of the Mines ........................................ 3
    Section (e) Union's Rights .................................................... 3
    Section (f) Application of This Contract to the Employer's Coal .............. 3
    Section (g) Contracting and Subcontracting .................................. 3
    Section (h) Leasing, Subleasing and Licensing Out of Coal Lands ............ 4
    Section (i) Construction Work ................................................ 4
    Section (j) Neutral Periods ................................................... 5
Article II JOB OPPORTUNITY AND BENEFIT SECURITY (JOBS) ............. 5
    A. Non-Signatory Operations Of The Signatory Employer ................... 5
    B. Lessee-Licensee ......................................................... 7
    C. Coordination Of Employment Obligations Under the JOBS Program .... 9
    D-1. Employer-Wide Panel Rights To Signatory Operations ................. 9
    D-2. Exhaustion Of Employer Panel ......................................... 9
    D-3. Monitoring Of Job Selections .......................................... 9
    E. UMWA-Freeman Training and Education Fund ........................... 10
    F. Skills Training ............................................................ 11
    G. UMWA-Freeman Labor Management Local Circumstances .............. 12
    H. UMWA-BCOA Resolution of Disputes Trust .............................. 13
Article III--HEALTH AND SAFETY ............................................. 13
    Section (a) Right to a Safe Working Place .................................... 13
    Section (b) Federal Mine Safety and Health Act of 1977, As Amended ...... 13
    Section (c) Freeman UMWA Health and Safety Committee ................... 13
    Section (d) Mine Health and Safety Committee .............................. 14
    Section (e) Access to the Mine ............................................... 15
    Section (f) Reports ........................................................... 16
    Section (g) Safety Rules and Regulations .................................... 16
    Section (h) Cooperation in Development of Mining Plans .................... 16
    Section (i) Preservation of Individual Safety Rights .......................... 17
    Section (j) Physical Examination ............................................. 18
    Section (k) Minimum Age .................................................... 19
    Section (l) Workers' Compensation and Occupational Disease ................ 19
    Section (m) Safety Equipment and Protective Clothing Allowance ........... 19
    Section (n) Maintenance ..................................................... 20
    Section (o) Special Safety Problem Areas .................................... 20
    Section (p) Settlement of Health or Safety Disputes ......................... 21

Article IV--WAGES AND HOURS ................................................. 22
    Section (a) Basic Work Week ............................................... 22
    Section (b) Basic Work Day ................................................ 22
    Section (c) Alternate Work Schedules ....................................... 23
    Section (d) Saturday, Sunday and Premium Work .............................. 23
    Section (e) Standard Daily Wage Rate ....................................... 25
Article IX--ALLOWANCES ....................................................... 29
    Section (a) Bereavement Pay ............................................... 29
    Section (b) Jury Duty ..................................................... 29
    Section (c) Reporting Pay ................................................. 29
    Section (d) Military Duty ................................................. 30
    Section (e) Personal or Sick Leave ........................................ 30
    Section (f) Family & Medical Leave ........................................ 31
Article V--HELPERS ON FACE EQUIPMENT IN UNDERGROUND MINES ..................... 25
    Section (a) Assignment of Helpers ......................................... 25
    Section (b) Duties and Responsibilities of Helpers ........................ 26
    Section (c) Exemption ..................................................... 26
Article VI--SHIFTS AND SHIFT DIFFERENTIALS ................................... 27
    Section (a) Multiple Shifts ............................................... 27
    Section (b) Hoisting of Coal .............................................. 27
    Section (c) Shift Differentials ........................................... 27
    Section (d) Working into the Next Shift ................................... 27
    Section (e) Call-back ..................................................... 27
    Section (f) Shift Rotation ................................................ 27
Article VII--MINE COMMUNICATION COMMITTEES ................................... 28
Article VIII--STARTING TIME .................................................. 28
    Section (a) Shift Starting Time ........................................... 28
    Section (b) Lowering Employees ............................................ 28
    Section (c) Safety and Maintenance ........................................ 29
    Section (d) Surface Facilities ............................................ 29
    Section (e) Changing Crews At The Face .................................... 29
Article X--WAGE INCREASE ..................................................... 33
Article XI--SICKNESS AND ACCIDENT BENEFITS ................................... 34
    Section (a) General Purpose ............................................... 34
    Section (b) Eligibility ................................................... 34
    Section (c) Commencement and Duration of Benefits ......................... 35
    Section (d) Amount and Payment of Benefits ................................ 36
    Section (e) Filing of Claims for Benefits ................................. 36
    Section (f) Structure and Administration .................................. 37
Article XII--HOLIDAYS ........................................................ 38
    Section (a) Holidays Observed ............................................. 38
    Section (b) Sunday Holidays ............................................... 39
    Section (c) Monday Holidays ............................................... 39
    Section (d) Pay for Holidays Worked ....................................... 39
    Section (e) Pay for Holidays Not Worked ................................... 39
    Section (f) Holidays During Vacation Period ............................... 39
    Section (g) Birthday Holidays ............................................. 40
    Section (h) Holidays for Sick and Injured ................................. 40
    Section (i) Time of Payment ............................................... 40
Article XIII--REGULAR VACATION ............................................... 40

Section (a) Annual Vacation ............................................. 40
Section (b) Dates of Regular Vacation Period .............................. 40
Section (c) Staggered Regular Vacation .................................... 41
Section (d) Qualifying Period and Amount of Payment ........................ 41
Section (e) Floating Vacation Days ........................................ 42
Section (f) Time of Payment .............................................. 44
Section (g) Obligation for Payment ........................................ 44
Section (h) Work During Shutdown ......................................... 44
Article XIV--GRADUATED VACATION ............................................ 44
Section (a) General ...................................................... 44
Section (b) Definition of Additional Days ................................. 45
Section (c) Definition of Continuous Employment and Qualifying Plan ........ 45
Section (d) Amount of Continuous Employment ............................... 45
Section (e) Time of Payment .............................................. 46
Section (f) Rate of Payment .............................................. 46
Section (g) Scheduling and Pay in Lieu .................................... 46
Section (h) Sick and Injured Employees .................................... 46
Article XIX--CLASSIFICATION ................................................ 63
Section (a) Working in Classification ..................................... 63
Section (b) Temporary Assignments ......................................... 63
Section (c) Protection Against Discrimination ............................. 64
Section (d) Compensation for Temporary Assignments ........................ 64
Section (e) Classifications at Underground Mines .......................... 64
Section (f) Mine Examiner, Inby Classification, Outby Classification ...... 65
Section (g) Employees Hired After January 16, 2003 ........................ 66
Article XV--CHECKOFF ....................................................... 46
Article XVI--TRAINING ...................................................... 47
Section (a) Priority ..................................................... 47
Section (b) Orientation for New Employees ................................. 47
Section (c) General Retraining Programs ................................... 50
Section (d) Safety Training for Specific Job .............................. 52
Section (e) Maintenance Training and Rate of Pay .......................... 52
Section (f) General Training Provisions ................................... 53
Section (g) Skills Enhancement Program .................................... 53
Article XVII--SENIORITY .................................................... 54
Section (a) Definition of Seniority ....................................... 54
Section (b) Reduction; Realignment ........................................ 54
Section (c) Layoff Procedure .............................................. 56
Section (d) Panels ....................................................... 56
Section (e) Panel Custodians ............................................. 57
Section (f) Panel Members Accrue Seniority ................................ 58
Section (g) Right to be Recalled .......................................... 58
Section (h) Recall of Persons on Layoff Status ............................ 58
Section (i) Bidding ...................................................... 59
Section (j) Training for Vacancy Not Filled by Bidding .................... 61
Section (k) Transfer to Other Mines of Employer ........................... 61
Section (l) Leave of Absence .............................................. 62
Section (m) Permanent and Temporary Supervisors ........................... 62
Section (n) Shift Preference .............................................. 62
Section (o) Potential Job at Crown III .................................... 63

Article XVIII — This Article Has Been Intentionally Omitted ... 63
Article XX--HEALTH AND RETIREMENT BENEFITS ... 66
    (1) PENSIONS FOR MINERS RETIRED UNDER THE 1950 PENSION PLAN: ... 75
    (10) HEALTH CARE: ... 89
    (11) VISION CARE: ... 96
    (12) HEALTH CARE COST CONTAINMENT: ... 96
    (13) NATIONAL HEALTH CARE: ... 97
    (1A) 1950 WIDOWS' PENSION: ... 76
    (2) PENSIONS FOR MINERS WHO RETIRED UNDER THE 1974 PENSION PLAN ... 76
    (3) PENSIONS FOR MINERS WHO RETIRE ON OR AFTER THE EFFECTIVE DATE ... 78
    (4) SIGNATORY SERVICE: ... 80
    (5) PENSIONS AND HEALTH CARE FOR DISABLED MINERS: ... 81
    (6) PENSIONS FOR SURVIVING SPOUSES: ... 82
    (6A) PRE-RETIREMENT SURVIVOR'S PENSION: ... 83
    (7) DEFERRED VESTED OR SPECIAL PENSIONS: ... 84
    (7A) PENSION BONUSES: ... 87
    (8) LIFE AND ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS: ... 87
    (9) PENSIONER'S DEATH BENEFITS: ... 88
    Enhanced Cost Containment Program ... 90
    Explanatory Note on Employer Provided Health Plans ... 90
    GENERAL DESCRIPTION OF THE HEALTH AND RETIREMENT BENEFITS ... 74
    Section (a) General Purpose ... 66
    Section (b) 1950 Pension Plan and Trust ... 67
    Section (c) 1974 Pension Plan and Trust and Employer Benefit Plan ... 67
    Section (d) Contributions by Employer ... 68
    Section (e) Responsibilities and Duties of Trustees ... 71
    Section (f) Audits, Reports and Notices ... 71
    Section (g) Administration of Trusts ... 72
    Section (h) Guarantee of 1950 and 1974 Plans and Trusts ... 73
    Section (i) Medical Reimbursement Fund ... 74
Article XX-C--NEW FREEMAN UNITED RETIREMENT PROGRAM ... 100
    Section (A) GENERAL PURPOSE ... 100
    Section (B) PENSION BENEFITS ... 100
    Section (C) SURVIVOR BENEFITS ... 102
    Section (D) MISCELLANEOUS ... 103
Article XXA — DENTAL PLAN ... 97
Article XXB--UMWA CASH DEFERRED SAVINGS PLAN OF 1988 ... 97
    Section (a) General Purpose ... 97
    Section (b) Trust ... 98
    Section (c) Plan ... 98
    Section (d) Funding ... 98
    Section (e) Administration ... 98
    Section (f) Investments ... 100
    Section (g) Plan and Trust Provisions ... 100
Article XXI--SURFACE MINES ... 104
    Section (a) Parking Areas ... 104
    Section (b) Manning of Surface Mining Equipment ... 105
    Section (c) Eating Place ... 106
    Section (d) Cabs ... 106
    Section (e) Special Health and Safety Problems in Surface Mines ... 106

Section (f)  Toilets .................................................... 107
Section (g)  Swing Shift ............................................... 107
Section (h)  Leasing of Employees' Vehicles ........................... 108
Section (i)  Production and Processing of Coal at Surface Mines ....... 108
Article XXII--MISCELLANEOUS ........................................... 108
Section (a)  Bathhouse ................................................ 108
Section (b)  Access Roads ............................................. 108
Section (c)  Parking Facilities ....................................... 109
Section (d)  Bulletin Boards .......................................... 109
Section (e)  Coke and Cleaning Plants ................................. 109
Section (f)  Compulsory Retirement .................................... 109
Section (g)  House Coal ............................................... 109
Section (h)  House Rent ............................................... 109
Section (i)  Attendance Control ....................................... 109
Section (j)  Memorial Periods ......................................... 111
Section (k)  Closing Following Fatal Accident ......................... 111
Section (l)  New Machinery ............................................ 112
Section (m)  Pay Day .................................................. 112
Section (n)  Lunches .................................................. 112
Section (o)  Portals .................................................. 112
Section (p)  Tools .................................................... 113
Section (q)  Tramming ................................................. 113
Section (r)  Local Union Meeting Place ................................ 113
Section (s)  Bonus Plans .............................................. 113
Article XXIII--SETTLEMENT OF DISPUTES ................................. 113
Section (a)  Mine Committee ........................................... 113
Section (b)  District Arbitrators ..................................... 114
Section (c)  Grievance Procedure ...................................... 115
Section (d)  Ten Day Limitation ....................................... 116
Section (e)  Earnest Effort to Resolve Disputes ....................... 116
Section (f)  Employee's Right to Presence of Member of Mine Committee . 117
Section (g)  Right of Grievant to be Present .......................... 117
Section (h)  Finality of Decision or Settlement ....................... 117
Section (i)  Exclusion of Legal Counsel ............................... 117
Section (j)  Waiver of Time Limits .................................... 117
Section (k)  Prior Agreement .......................................... 117
Article XXIV--DISCHARGE PROCEDURE ..................................... 118
Section (a)  Just Cause Required ...................................... 118
Section (b)  Procedure ................................................ 118
Section (c)  Suspension ............................................... 118
Section (d)  Immediate Arbitration .................................... 118
Section (e)  Regular Arbitration ...................................... 119
Section (f)  Compensation for Lost Earnings ........................... 119
Article XXIX--RATIFICATION AND TERMINATION OF THIS AGREEMENT .......... 121
Article XXV--DISCRIMINATION PROHIBITED ................................ 119
Article XXVI--DISTRICT AGREEMENTS ..................................... 119
Section (a)  New Districts ............................................ 119
Section (b)  Prior Practice and Custom ................................ 119
Section (c)  Protective Wage Clause ................................... 120
Section (d)  Approval of District Agreements .......................... 120

Article XXVII--MAINTAIN INTEGRITY OF CONTRACT AND RESORT TO COURTS ...... 120
Article XXVIII--SEVERABILITY CLAUSE .................................................. 120
    Section (a)  General Rule .......................................................... 121
    Section (b)  Exception ............................................................. 122
TABLE I-A ............................................................................... 123
TABLE I-B ............................................................................... 125
TABLE I-C ............................................................................... 126
TABLE II ................................................................................