

January 7, 2003

Mr. Joseph Angleton
District President
UMWA District 12
3695 South Sixth Street
Springfield, IL 62703

    Re:    New Freeman United Retirement Plan

Dear Mr. Angleton:

    This is to document our understanding and agreement that any dispute arising under or related to either Articles XX or XX-C of the Freeman United Coal Mining Company and United Mine Workers of America Bituminous Coal Wage Agreement of 2003 ("the 2003 Agreement") shall not be processed under the provisions of Article XXIII of that Agreement.

                        Sincerely,

                        *Donald H Dame*

                        Donald H. Dame
                        Vice President of Human Resources
                        Freeman United Coal Mining Company


*[signature]*                1-8-03

Accepted and Agreed         Date
Joseph R. Angleton
Authorized Representative
International Union
United Mine Workers of America

January 7, 2003

Mr. Joseph Angleton
District President
UMWA District 12
3695 South Sixth Street
Springfield, IL 62703

    Re:    Idle Day Work for New Hires

Dear Mr. Angleton:

    This is to document our understanding and agreement during collective bargaining regarding idle day work and New Hires. New Hires covered by the New Employee Memorandum of Understanding of 2003 may be called out to work on any shift to perform any classified work on Sunday(s), holiday(s) or idle day(s), provided that Employees covered by the Freeman United Coal Mining Company and United Mine Workers of America Bituminous Coal Wage Agreement of 2003 have first had an opportunity to perform the Sunday(s), holiday(s) or idle day(s) work within their respective classification in accordance with the application of the normal turnsheet rules in effect at the mine or facility on such Sunday(s), holiday(s) or idle day(s).

    Sincerely,

*Donald H Dame*

Donald H. Dame
Vice President of Human Resources
Freeman United Coal Mining Company

_____    1-8-03
Accepted and Agreed    Date
Joseph R. Angleton
Authorized Representative
International Union
United Mine Workers of America

January 7, 2003

Mr. Joseph Angleton
District President
UMWA District 12
3695 South Sixth Street
Springfield, IL 62703

      Re:    September 1998 Classified Employees

Dear Mr. Angleton:

      This is to document our understanding and agreement that the use of the word "classification" throughout Article XVII of the Freeman United Coal Mining Company and United Mine Workers of America Bituminous Coal Wage Agreement of 2003 ("the 2003 Agreement") shall not affect or detract from the current rights of any Employee (who held a classified job during September 1998 and has not subsequently been classified Inby or Outby) to maintain their job as provided in Article XIX Section (e) 1.; 2. and 3. of the 2003 Agreement.

      Sincerely,

*Donald H Dame*

Donald H. Dame
Vice President of Human Resources
Freeman United Coal Mining Company


_____    1-8-03
Accepted and Agreed                  Date
Joseph B. Angleton
Authorized Representative
International Union
United Mine Workers of America

January 7, 2003

Mr. Joseph Angleton
District President
UMWA District 12
3695 South Sixth Street
Springfield, IL 62703

    Re:    Employee Classification After Completion of the Apprentice Period

Dear Mr. Angleton:

    This is to document our understanding and agreement that after each New Hire successfully completes his twelve (12) month period as an Apprentice the Company shall assign him an appropriate classification.

    Sincerely,

    *Donald H Dame*

    Donald H. Dame
    Vice President of Human Resources
    Freeman United Coal Mining Company


Accepted and Agreed    1-8-03
Joseph R. Angleton    Date
Authorized Representative
International Union
United Mine Workers of America

January 7, 2003

Mr. Joseph Angleton
United Mine Workers of America
UMWA District 12
3695 South Sixth Street
Springfield, IL  62703

Dear Mr. Angleton:

This is to document our understanding and agreement that each Employee, whose birthday occurred between December 31, 2002, and the effective date of the Freeman United Coal Mining Company and United Mine Workers of America Bituminous Coal Wage Agreement of 2003 ("the 2003 Wage Agreement") and who would have been entitled under such Agreement to a day off, shall be entitled to designate and take off such day no later than thirty (30) days after the effective date of the 2003 Wage Agreement.

*with pay* [handwritten annotation]

Sincerely,

*Donald H Dame* [signature]

Donald H. Dame
Vice President, HR and Govt. Relations
Freeman United Coal Mining Company


_____          1-8-03
Accepted and Agreed                 Date
Joseph R. Angleton
Authorized Representative
International Union
United Mine Workers of America

January 7, 2003

Mr. Joseph Angleton
District President
UMWA District 12
3695 South Sixth Street
Springfield, IL 62703

    Re:    Graduated Vacation Days at the Industry Mine During 2003

Dear Mr. Angleton:

    This is to document our understanding and agreement that at the Industry Mine where the Employer may have paid an Employee for more than three (3) graduated vacation days for calendar year 2003, it is hereby agreed that each Employee who has received such pay as of the Effective Date of the 2003 Collective Bargaining Agreement shall be entitled to take off without pay the number of days for which he has received pay minus three (3) days. Thus, if an Employee is entitled to thirteen (13) graduated vacation days during calendar year 2003, and he has been paid for five (5) such days then he is entitled to take off a total of ten (10) days, eight (8) of which will be paid in accordance with the provisions of Article XIV of the 2003 Collective Bargaining Agreement and two (2) of which will be taken off without pay.

                                        Sincerely,

                                        Donald H. Dame
                                        Vice President of Human Resources
                                        Freeman United Coal Mining Company

_____    1-8-03
Accepted and Agreed            Date
Joseph R. Angleton
Authorized Representative
International Union
United Mine Workers of America

January 7, 2003

Mr. Joseph Angleton
District President
UMWA District 12
3695 South Sixth Street
Springfield, IL 62703

    Re:    Special Arbitration Process

Dear Mr. Angleton:

    This is to document our understanding and agreement regarding the "special arbitration process" referred to in Article II H and other provisions of the Freeman United Coal Mining Company and United Mine Workers of America Bituminous Coal Wage Agreement of 2003 ("the 2003 Collective Bargaining Agreement"). Within ninety (90) days of the Effective Date of the 2003 Agreement the Parties will develop the special arbitration process. It is the understanding of the Parties that Freeman will be solely responsible for paying the costs for an arbitrator in up to a maximum of the first four (4) arbitration proceedings that may be held during the term of the 2003 Collective Bargaining Agreement. In the event there are more than four (4) arbitration proceedings during the term of the above-referenced Agreement, for each arbitration thereafter the costs of each Arbitrator will be shared equally by the Parties.

                          Sincerely,

                          *Donald H Dame*

                          Donald H. Dame
                          Vice President of Human Resources
                          Freeman United Coal Mining Company

*[signature]*                  1-8-03
Accepted and Agreed        Date
Joseph R. Angleton
Authorized Representative
International Union
United Mine Workers of America