# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **FREEMAN UNITED COAL MINING CO.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. ) CIVIL ACTION NO. _____<br>)<br>**INTERNATIONAL UNION, UNITED MINE** )<br>**WORKERS OF AMERICA; REGION 2,** )<br>**UNITED MINE WORKERS OF AMERICA;** )<br>**DISTRICT 12, UNITED MINE WORKERS** )<br>**OF AMERICA; LOCAL UNION 1969,** )<br>**UNITED MINE WORKERS OF AMERICA** )<br>)<br>**Defendants.** ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Freeman United Coal Mining Co., Plaintiff, furnishes the following in compliance with Rule 11.3 of this court.

1. The full name of every party represented by me is:

   Freeman United Coal Mining Corporation

2. a). The name of the parent corporation of the party represented by me is:

   General Dynamics Corporation

   b). All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

   None

3. The names of all law firms and partners or associates that appear for the party represented by me or are expected to appear for the party represented by me in the

case are:

>Michael W. Robinson
>David S. Smith
>Gregory J. Ossi
>Jan W. Sturner
>VENABLE LLP
>8010 Towers Crescent Drive, Suite 300
>McLean, VA 22182
>(703) 760-1684
>(703) 821-8949 (Facsimile)
>
>Dennis S. O'Brien
>Martin Haxel
>LIVINGSTONE, MUELLER, O'BRIEN & DAVLIN, PC
>620 East Edwards Street
>Springfield, IL 62705
>(217) 525-1070

| August 18, 2005 | /s  Martin J. Haxel |
|---|---|
| Date | Martin J. Haxel |