ms2773

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FREEMAN UNITED COAL MINING CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  05 CV 3227 |
| ) | |
| INTERNATIONAL UNION, UNITED MINE ) | |
| WORKERS OF AMERICA; REGION 2, ) | |
| UNITED MINE WORKERS OF AMERICA; ) | |
| DISTRICT 12, UNITED MINE WORKERS ) | |
| OF AMERICA; LOCAL UNION 1969, ) | |
| UNITED MINE WORKERS OF AMERICA ) | |
| ) | |
| Defendants. ) | |

## PROOF OF MAILING NOTICE OF LAWSUIT AND
## REQUEST FOR WAIVER OF SERVICE OF SUMMONS

Now comes the Plaintiff herein, Freeman United Coal Mining Company, by its attorneys, Livingstone, Mueller, O'Brien and Davlin, P.C., who hereby submits this proof of the written notice of lawsuit and request for waiver of service of summons pursuant to Rule 4.1 of the Local Rules of the United States District of Illinois.  Attached hereto are copies of the Notice of Lawsuit and Request for Waiver of Service of Summons as well as a copy of the Waiver of Services of Summons form that was mailed by counsel for the Plaintiff on August 31, 2005 to each of the four named Defendants.

                  Respectfully submitted

                  FREEMAN UNITED COAL MINING
                  COMPANY, Plaintiff

                  By   /s/ Martin J. Haxel
                      One of their Attorneys

Martin J. Haxel (6182016)
Livingstone, Mueller, O'Brien and Davlin, P.C.
620 East Edwards Street
P. O. Box 335
Springfield, IL 62705
Telephone:  217-525-1070