✎AO 458 (Rev. 10/95)   Appearance

**E-FILED**
Thursday, 27 October, 2005   10:52:27 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

DISTRICT OF

FREEMAN UNITED COAL MINING CO.,
    Plaintiff,
  v.
INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA, et al.,
    Defendants.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    I certify that I am admitted to practice in this court.

Date

Signature

Print Name                      Bar Number

Address

Springfield, IL               62702
CityState                     Zip Code

(217) 544-1771

Phone Number                 Fax Number