**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| FREEMAN UNITED COAL MINING CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-3227 |
| ) | |
| INTERNATIONAL UNION, UNITED MINE ) | |
| WORKERS OF AMERICA; REGION 3, ) | |
| UNITED MINE WORKERS OF AMERICA; ) | |
| DISTRICT 12, UNITED MINE WORKERS ) | |
| OF AMERICA; LOCAL UNION 1969, ) | |
| UNITED MINE WORKERS OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for the INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA; REGION 3, UNITED MINE WORKERS OF AMERICA; DISTRICT 12, UNITED MINE WORKERS OF AMERICA; LOCAL UNION 1969, UNITED MINE WORKERS OF AMERICA, Defendants, furnished the following in compliance with Standing Order CDIL-33 of this Court.

(a)  International Union, United Mine Workers of America; Region 3, United Mine Workers of America; District 12, United Mine Workers of America; Local Union 1969, United Mine Workers of America.

(b)  Not applicable.

(c)  CAVANAGH & O'HARA
William K. Cavanagh
Michael O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle

DATED this 27th day of October, 2005.

By:   s/ James P. Moody  
JAMES P. MOODY  
**CAVANAGH & O'HARA**  
407 East Adams Street  
Post Office Box 5043  
Springfield, IL 62701  
Telephone (217) 544-1771  
Fax (217) 544-9894  
jim@cavanagh-ohara.com

F:\files\JIM\UMWACertificate of Interest.wpd