## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

FREEMAN UNITED COAL MINING CO.,                 )
                                                   )
        Plaintiff,                              )
                                                   )
      v.                                          )    Civil Action No. 05-CV-3227
                                                   )
INTERNATIONAL UNION, UNITED MINE                )
WORKERS OF AMERICA; REGION 3,                   )
UNITED MINE WORKERS OF AMERICA;                 )
DISTRICT 12, UNITED MINE WORKERS                )
OF AMERICA; LOCAL UNION 1969,                   )
UNITED MINE WORKERS OF AMERICA,                 )
                                                   )
        Defendants.                             )

## MOTION FOR ADMISSION *PRO HAC VICE* OF JUDITH E. RIVLIN

COMES NOW James P. Moody, a member in good standing of the bar of this Honorable Court, pursuant to the Local Rules of the United States District Court for the Central District of Illinois, and respectfully moves for the admission *pro hac vice* of Judith E. Rivlin.

Judith E. Rivlin's business address is International Union, United Mine Workers of America, 8315 Lee Highway, Fairfax, Virginia 22031. Upon admission, she will be appearing and representing Defendant United Mine Workers of America in the above-captioned case. The undersigned, James P. Moody, will appear as local counsel with Ms. Rivlin.

Attached please find the affidavit of Judith E. Rivlin attesting to the fact that she is a member in good standing of the bar of the District of Columbia.

Respectfully submitted,

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043

Springfield, IL 62701
Telephone (217) 544-1771
Fax (217) 544-5236
jim@cavanagh-ohara.com

## **CERTIFICATE OF SERVICE**

I certify on November 4, 2005, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Martin J. Haxel, mjh@livingstonelaw.com

and that I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

David S. Smith
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182

_s/ James P. Moody_____
Counsel for United Mine Workers of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

FREEMAN UNITED COAL MINING CO.,              )
                                             )
                Plaintiff,                   )
                                             )
        v.                                   )      Civil Action No. 05-CV-3227
                                             )
INTERNATIONAL UNION, UNITED MINE             )
WORKERS OF AMERICA; REGION 3,                )
UNITED MINE WORKERS OF AMERICA;              )
DISTRICT 12, UNITED MINE WORKERS             )
OF AMERICA; LOCAL UNION 1969,                )
UNITED MINE WORKERS OF AMERICA,              )
                                             )
                Defendants.                  )

## AFFIDAVIT OF JUDITH E. RIVLIN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1.      I am an attorney employed by the International Union, United Mine Workers of America, located at 8315 Lee Highway, Fairfax, Virginia 22031, and I seek to appear on behalf of Defendant United Mine Workers of America in the above-captioned case.

2.      William Cavanagh, a permanent member of the bar of this Honorable Court, is the local counsel in this case.  His address is Cavanagh & O'Hara, 407 East Adams, P.O. Box 5043, Springfield, IL 62705, telephone number (217) 544-1771.

3.      I am a member in good standing of the District of Columbia Bar, 1250 H Street, N.W., Sixth Floor, Washington, D.C. 20005-3908, where my bar number is 305797.

4.      I have read the Local Rules of the United States District Court for the Central District of Illinois and I agree to comply with all statutes, rules, and orders applicable to the

procedures and practice of law in this Honorable Court.

_Judith E. Rivlin_

COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX, ss.

Taken, subscribed, and sworn to before me this
26 day of October, 2005.

LAURA MAE ANDERSON
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JAN. 31, 2008