E-FILED
Wednesday, 23 November, 2005  03:19:24 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **FREEMAN UNITED COAL MINING CO.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-03227 |
| | ) |
| **INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA; REGION 3, UNITED MINE WORKERS OF AMERICA; DISTRICT 12, UNITED MINE WORKERS OF AMERICA; LOCAL UNION 1969, UNITED MINE WORKERS OF AMERICA** | ) ) ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## PARTIES' RULE 26 REPORT

Pursuant to FRCP Rule 26(f) and local rule 26.2, the parties, through their respective counsel, submit this rule 26 report. Counsel have met and conferred to develop this joint report.

1. **Pre-discovery disclosures.**

This case is an action to vacate an arbitration award that includes a counter-claim seeking to enforce the arbitrator's decision. Accordingly, the parties submit that it is an action exempt from initial disclosures under Rule 26(a)(1)(e). The parties have conferred about initial disclosures and if the court determines that initial disclosures should be made, the parties propose to exchange the information required by Federal Rule 26 within 14 days from the Court's order.

2. **Discovery plan.**

To the extent that discovery becomes necessary, the parties jointly propose to the court the following discovery plan:

Without waiver of objections, discovery may be needed on the following subjects: plaintiff's claims that the arbitrator exceeded his authority, and otherwise erred in his decision

and/or acted improperly in his award, and defenses to defendants' counterclaims and matters incidental thereto; defendants' defenses, counterclaim that the arbitrator's decision should be enforced, and matters incidental thereto.  To the extent necessary:

All written discovery must be commenced in time to be completed by February 15, 2006 and all fact discovery completed by March 1, 2006.

Maximum of 20 interrogatories and 20 requests for production, including sub-parts, by any party to any other party.  Responses are due 30 days after service.

Maximum of 4 depositions by each party.  No deposition shall exceed six hours unless agreed to by the parties or ordered by the court.

Supplementation under Rule 26(e) is due as soon as is practicable but no later than the discovery cut-off.

The parties do not believe that expert testimony will be needed.  To the extent that a party proposes to use expert testimony, initial expert reports will be exchanged on February 1, 2006 and rebuttal reports exchanged March 1, 2006.  Expert discovery will be concluded by April 1, 2006.

3. **Other items.**

The parties do not request a conference with the court before entry of the scheduling order.

Plaintiff has until December 30, 2005 to join additional parties and to amend the pleadings.  Amendments thereafter solely by leave of court for good cause shown.

Defendant has until January 30, 2006 to join additional parties and to amend the pleadings.  Amendments thereafter solely by leave of court for good cause shown.

All potentially dispositive motions must be served by March 15, 2006.

The parties request a pretrial conference in late July 2006.

Final list of trial evidence under Rule 26(a)(3) is due 30 days before trial.

Parties have 14 days after service of the final lists of trial evidence to state objections under Rule 26(a)(3).

The parties believe that this matter potentially may be resolved on cross-motions for summary judgment and would request a briefing schedule and hearing on such motions. If a trial is necessary, the case should be ready for trial in September 2006 and is expected to take approximately two days.

Respectfully submitted,

/s/ Martin J. Haxel
Martin J. Haxel - #6182016
Attorney for Plaintiff
Livingstone, Mueller, O'Brien & Davlin, P.C.
620 East Edwards Street, P.O. Box 335
Springfield, IL 62705
mjh@livingstonelaw.com

/s/ James P. Moody
James P. Moody - #6256417
Attorney for Defendant
Cavanagh & O'Hara
407 East Adams Street
P.O. Box 5043
Springfield, IL 62701
jim@cavanagh-ohara.com