**E-FILED**
Tuesday, 17 January, 2006  02:21:10 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| FREEMAN UNITED COAL MINING CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-3227 |
| | ) |
| INTERNATIONAL UNION, UNITED MINE | ) |
| WORKERS OF AMERICA; REGION 3, | ) |
| UNITED MINE WORKERS OF AMERICA; | ) |
| DISTRICT 12, UNITED MINE WORKERS | ) |
| OF AMERICA; LOCAL UNION 1969, | ) |
| UNITED MINE WORKERS OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT

Plaintiff Freeman United Coal Mining Company, by counsel, submits this status report in accordance with the Court's direction at the November 29, 2005 status conference.

Since the status conference, the parties have continued efforts to negotiate a full resolution of this matter. Although the parties have been close to settlement on a number of occasions, a final settlement has not been reached.

The parties agree that a settlement conference with the Magistrate Judge may assist the parties in reaching a complete and final resolution. Accordingly, plaintiff requests a settlement conference which defendants do not oppose.

This report has been reviewed by defendants' counsel.

LIVINGSTONE, MUELLER, O'BRIEN & DAVLIN, PC

Martin Haxel, Bar Number: 6182016
620 East Edwards Street
Springfield, IL 62705
Telephone: (217) 525-1070
Fax: (217) 525-1080
Email: mjh@livingstonelaw.com


VENABLE LLP


s/ David S. Smith_____
David S. Smith
Gregory J. Ossi
Jan W. Sturner
8010 Towers Crescent Drive, Suite 300
Vienna, VA 22182
Telephone:  (703) 760-1600
Fax:  (703) 821-8949
Email:  Dssmith@venable.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on January 17, 2006, I electronically filed the foregoing *Status Report* with the Clerk of the Court using the CM/ECF System which will send notification of such filing to:

   James P. Moody, jim@cavanagh-ohara.com


      s/ David S. Smith
      Counsel for Freeman United Coal Mining Co.