UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **FREEMAN UNITED COAL MINING CO.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-03227 |
| | ) |
| **INTERNATIONAL UNION, UNITED MINE** | ) |
| **WORKERS OF AMERICA; REGION 3,** | ) |
| **UNITED MINE WORKERS OF AMERICA;** | ) |
| **DISTRICT 12, UNITED MINE WORKERS** | ) |
| **OF AMERICA; LOCAL UNION 1969,** | ) |
| **UNITED MINE WORKERS OF AMERICA** | ) |
| | ) |
| **Defendants.** | ) |

**AGREED MOTION AND STIPULATED ORDER**

Plaintiff and Defendants (the Parties), by their respective counsel, submit this agreed Motion and Stipulated Order pursuant to Rule 41 Fed.R.Civ.P. The Parties advise the Court that they have entered into a Settlement Agreement that fully resolves the claims in this action. A copy of the Settlement Agreement is attached as Exhibit A. The Parties jointly request that the Court approve the Settlement Agreement and dismiss this case.

The Court having duly considered the matter, it is hereby

ORDERED that the Parties' agreed motion is granted, the attached Settlement Agreement is approved and incorporated into this Order, and this action is dismissed and stricken from the docket of the Court.

Entered this _____ day of _____, 2005.

_____
Judge

We ask for this:
LIVINGSTONE, MUELLER, O'BRIEN
& DAVLIN, PC


s/ Martin Haxel
Martin Haxel, Bar Number: 6182016
620 East Edwards Street
Springfield, IL 62705
Telephone: (217) 525-1070
Fax: (217) 525-1080
E- mail: mjh@livingstonelaw.com

*Counsel for Plaintiffs*

Seen and Agreed:
INTERNATIONAL UNION, UNITED MINE
WORKERS OF AMERICA


s/ Judith Rivlin


REGION 3, UNITED MINE WORKERS OF AMERICA


s/ Judith Rivlin

DISTRICT 12, UNITED MINE WORKERS
OF AMERICA


s/ Judith Rivlin

LOCAL UNION 1969, UNITED MINE WORKERS
OF AMERICA


s/ Judith Rivlin


MC1DOCS1\192022