SETTLEMENT AGREEMENT

WHEREAS:  Freeman United Coal Mining Company (the "Employer") and the International Union, United Mine Workers of America; Region 3; United Mine Workers of America; District 12; Local Union 1969.  United Mine Workers of America (the "Union") were the subject of a labor arbitration decision issued on August 3, 2005, by Arbitrator John J. D'Eletto (ARB 02-12-05-07-FMC), applicable to the Employer's Crown II Mine.  The Employer and the Union are collectively designated herein as the Parties to this Agreement;

WHEREAS:  The August 3, 2005 labor arbitration decision by its terms has created many difficult issues and complications with regard to continued appropriate implementation of the Collective Bargaining Agreement as designated in Article XXIX of the Freeman United Coal Mining Company and United Mine Workers of America Bituminous Coal Wage Agreement of 2003 (the "Collective Bargaining Agreement") between the Parties; and

NOW THEREFORE:  The Parties hereby agree to forego implementation of the August 3, 2005 labor arbitration decision and permanently settle all issues related to such decision as follows:

     1.    The Employer will post nine (9) repairman-trainee positions at the Crown II Mine in accordance with the Parties' Collective Bargaining Agreement of which at least 3 will be on the (A) shift.  The Employer agrees that within one (1) week subsequent to the effective date of this Settlement Agreement, it will post the nine (9) above-referenced repairman-trainee positions at the Crown II Mine.

     2.    Each successful bidder for one of the repairman-trainee positions referred to in paragraph 1 above shall be awarded a position in accordance with the Parties' Collective Bargaining Agreement and shall receive the appropriate wages and benefits related to such position.  Successful repair-trainee bidders shall be paid for time worked in training in accordance with Article XVI Section (e), including time spent in Employer-assigned training off-site.  Successful repairman-trainee bidders who are assigned during a shift to be trained off-site, may only be assigned to work reasonable amounts of overtime subsequent to that off-site training.  Overtime work also may be assigned to successful repairman-trainee bidders subsequent to off-site training when the Employer deems such work necessary to assist in the correction of potential or actual safety conditions and/or to assist in maintenance or repair work necessary for uninterrupted production of coal or operation of the mine.  This Paragraph 2 shall not be used in any grievance or in any manner as precedent or for any purpose in an attempt to limit the Employer's right to assign overtime work to any Employee other than Repairman-trainees.

     3.    Permanent vacancies at the Employer's Crown II Mine shall be filled in accordance with the pertinent provisions of the Parties' Collective Bargaining Agreement;

     4.    The terms of this Settlement Agreement shall supersede the August 3, 2005 labor arbitration decision and such decision shall neither be implemented at the operations of the Employer nor used in  any manner or proceeding involving Article XXIII of the Parties' Collective Bargaining Agreement.

- 2 -

5.       The Parties agree to jointly move the United States District Court for the Central District of Illinois to enter a stipulated order dismissing CA No. 3:05-CV-03227 and approving and incorporating the terms of this Settlement Agreement.

6.       Future repairman-trainee positions shall be posted at the Crown II Mine and awarded in accordance with the Parties' Collective Bargaining Agreement.

7.       If either Party seeks to reference any part of the decision of Arbitrator John J. D'Eletto in ARB 02-12-05-07-FMC in a future arbitration hearing, the other Party may seek and shall be granted an immediate suspension of the arbitration until such time as a new arbitrator is chosen to hear that matter; and the Party referencing the decision shall be required to pay and/or reimburse the other Party for all of its costs and fees associated with the arbitration to that point.

8.       The parties agree to recognize the requirements of Article XVI, Section (e) and the requirements of the Memorandum of Understanding Regarding New Employees 2003.

| | |
|---|---|
| s/ David S. Smith | s/ Judith Rivlin |
| Attorney – Representative | Attorney – Representative; |
| Freeman United Coal Mining Company | International Union, United Mine Workers of America; Region 3, District 12 and Local Union 1969 |